| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Western Convenience Stores, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Suncor Energy (USA), Inc. c/o Mark G. Stingley Bryan Cave 1200 Main Street, Suite 3500 Kansas City, MO 64105 | | | Unliquidated Disputed | $7,000,000.00 | | $7,000,000.00 |
| VSD 4, LLC P.O. Box 8216 Waco, TX 76714-8216 | | | | $4,246,242.00 | | $4,246,242.00 |
| Offen Petroleum, Inc. c/o Ronald Fano, Esq./Jamie Cotter, Esq. Spencer Fane, LLP 1700 Lincoln Street, Suite 2000 Denver, CO 80203 | | | | $2,364,053.00 | | $2,364,053.00 |
| High Plains Bank 235 South Ash P.O. Box 329 Bennett, CO 80102 | | | | $1,648,322.00 | | $1,648,322.00 |
| Colorado Lottery 201 West 8th Street Suite 600 P.O. Box 7 Pueblo, CO 81002-0007 | | | | | | $873,654.53 |
| McLane Western, Inc. P.O. Box 6138 Temple, TX 76503 | | | | | | $844,874.34 |

Debtor  **Western Convenience Stores, Inc.**          Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CGRS, Inc.<br>1301 Academy Court<br>Fort Collins, CO 80524 | | | | | | $402,802.56 |
| Swire Coca Cola<br>P.O. Box 1380<br>Draper, UT 84020 | | | | | | $164,021.04 |
| Wildwest Munchies<br>546 SE 8th Street<br>Suite C-12<br>Loveland, CO 80537 | | | | | | $107,319.67 |
| Pepsi-Cola Denver<br>P.O. Box 841828<br>Dallas, TX 75284-1828 | | | | | | $78,002.26 |
| Frito-Lay, Inc.<br>75 Remittance Drive<br>Suite 1217<br>Chicago, IL 60675-1217 | | | | | | $73,494.38 |
| Red Bull Distribution Co. of Colorado<br>P.O. Box 204750<br>Dallas, TX 75320-4750 | | | | | | $60,161.69 |
| Loomis<br>Department 0757<br>P.O. Box 120001<br>Dallas, TX 75312-0757 | | | | | | $47,375.48 |
| Southern Foods Group dba Meadow Gold<br>P.O. Box 710962<br>Denver, CO 80271 | | | | | | $45,351.00 |
| Deli Express<br>16101 West 78th Street<br>Eden Prairie, MN 55344 | | | | | | $33,560.80 |
| Kubat Equipment and Service Co.<br>1070 South Galapago Street<br>Denver, CO 80223 | | | | | | $30,479.91 |
| Seven Up/RC Bottling<br>P.O. Box 504550<br>Saint Louis, MO 63150-4550 | | | | | | $29,693.78 |

Debtor  **Western Convenience Stores, Inc.**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Intermountain Distributing Company P.O. Box 650 New Castle, CO 81647 | | | | | | $28,819.41 |
| Mark VII Equipment, Inc. World Headquarters 5981 Tennyson Street Arvada, CO 80003 | | | | | | $28,115.14 |
| Hi-Way Distributing 3716 East State Street Barberton, OH 44203 | | | | | | $25,186.52 |