UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 15-23977-TBM |
| WESTERN CONVENIENCE STORES, INC. | ) |
| EIN: 84-1160742 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## DECLARATION OF HOSSEIN TARAGHI

I, Hossein Taraghi ("Taraghi"), President, Director, and sole shareholder of Western Convenience Stores, Inc. make this Declaration under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

**Background**

1. The Debtor, Western Convenience Stores, Inc. ("Debtor") filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on December 28, 2015 ("Petition Date").

2. I am the sole shareholder of the Debtor and am a Director and President of the Debtor.

3. The Debtor is a Colorado corporation established in 1989.

4. The Debtor is engaged in business as the operator of a chain of 43 convenience stores that sell gasoline, snack foods, and related products in the States of Colorado and Nebraska.

5. The Debtor's gross sales on a yearly basis from all sources are approximately $250,000,000. The Debtor's headquarters is located at 9849 East Easter Ave., Centennial, Colorado 80112.

6. The Debtor has generally leased 37 of its retail locations from single purpose limited liability companies, each of which owns one location. An additional 7 locations are leased to the Debtor from third parties. Taraghi is the sole owner of not only the Debtor but also HDT, LLC which is the entity that owns each of the 37 single purpose limited liability companies.

7. The Debtor is an unbranded retail seller of gasoline and fuel products and purchases petroleum inventory from a number of wholesale purveyors. The Debtor also

operates convenience stores in connection with each of its gas stations and the stores sell numerous products including snack foods, items related to motor vehicles, restaurant food sales, and in one case alcohol sales.

8. The Debtor currently employs approximately 369 people to operate its business.

9. The Debtor pays its employees on a bi-weekly basis. The Debtor has calculated the amount of its pre-petition payroll for the period extending from December 16 to December 28, 2015. The pre-petition unpaid gross payroll, including all taxes and applicable charges is approximately $312,370. The current pay period that includes the pre-petition amount ends on January 1, 2016 and is payable on January 8, 2016. The majority of the Debtor's employees are low wage employees who staff and operate the Debtor's convenience stores throughout Colorado and Southwest Nebraska. In the event the employees are not paid on time, they will suffer personal hardships since they generally survive on their wages. The loss of employees, if they quit their jobs, would also cost the Debtor a substantial loss in terms of having to rehire and train new employees.

10. The current value of the motor fuel in the ground held by the Debtor is approximately $576,000 and the current value at cost of the inventory of the Debtor's convenience stores is approximately $3,300,000.

11. The greatest volume of sales is from motor fuels. The Debtor's trucks purchase various forms of gasoline and diesel fuels for ongoing reloading of the fuel tanks at each of the stores. The Debtor is required to pay for the fuel purchases on an ongoing basis generally within 5 days of purchase. All payments are required to be handled automatically through ACH payments. While the Debtor does have one fuel service supply contract in place with Phillips 66 for 600,000 gallons of fuel per month, most of the Debtor's fuel is bought on the spot market. The fuel is generally purchased from fuel terminals throughout the state of Colorado pursuant to Fuel Access Agreements to which the Debtor is a party. Payment must be made for fuel pursuant to the Agreements or use of the fuel terminals can be terminated.

**Secured Creditors**

12.   The Debtor is subject to a judgment that was obtained by Suncor Energy (U.S.A.) Inc. ("Suncor") in September 2014. The judgment arose out of certain indebtedness owed by the Debtor to Suncor for fuel product and the Debtor's failed claim against Suncor for violation of one or more antitrust laws. The total judgment is in excess of $10 million. The Debtor and Suncor entered into a Forbearance Agreement on December 23, 2014 that provided for satisfaction of the outstanding indebtedness for payment by the Debtor to Suncor of $5,349,970 with interest over time plus a number of added restrictions and covenants set forth in the Agreement. While the Debtor made all of the payments that were required until approximately October 2015, the Debtor's delay in obtaining a refinanced note from another lender due to the sale of the note by the prior holder, led to a claim of default by Suncor. The Debtor did not believe that an actual default under the terms of the Agreement existed however in a lawsuit initiated by the Debtor on November 13, 2015 in the Denver District Court, the Debtor's motion for a preliminary injunction to stop Suncor's collection action arising out of the Agreement was denied.

13.   The Debtor's default under the Agreement led to Suncor's attempt to take over as a result of a Pledge Agreement, the 37 stores owned by the Debtor and the foreclosure of the 37 stores. Suncor also claims a lien on all assets owned by the Debtor. Suncor's UCC Financing Statement was recorded December 30, 2014.

14.   Offen Petroleum Inc. ("Offen") is another fuel vendor to the Debtor who is owed approximately $2,364,053.80. The claim held by Offen is secured by a Commercial Security Agreement dated effective September 26, 2014 and perfected with a UCC Financing Statement recorded September 26, 2014. The Offen secured claim encumbers all of the motor fuel held by the Debtor and its proceeds. Offen had initiated a lawsuit to obtain a judgment against the Debtor on or about December 7, 2015.

15.   High Plains Bank ("HPB") is a secured creditor with a claim in the amount of approximately $1,648,322. HPB may claim a lien secured by inventory located at 382 E. Mountain Ave., Ft. Collins, Colorado, 816 E. Mulberry St., Ft. Collins, Colorado, and 2714 Thatcher Ave., Pueblo, Colorado. The HPB UCC Financing Statement was recorded on April 22, 2015 with respect to the stated locations. HPB may claim an

additional lien on the inventory located at 1228 Royal Gorge Blvd., Canon City, Colorado which dates back to a UCC Financing Statement recorded on April 4, 2006.

16. VSD 4 LLC, assignee of Vectra Bank, ("VSD") is the holder of a claim in the approximate amount of $4,246,242 plus an additional claim of $482,222.45. VSD may claim a lien secured by inventory and accounts receivable from one or more of the Debtor's locations. The Vectra Bank UCC Financing Statements date to September 2006.

**Use of Cash Collateral**

17. All of the income of the Debtor is derived from the sale of motor fuels, convenience items such as snack foods, restaurant sales, and liquor sales in the case of one location. All of the inventories are subject to the liens claimed by one or more creditors. All of the income is generally cash collateral.

18. In order to maintain ongoing operations, the Debtor needs to pay for ongoing operating expenses such as inventory, employee wages, utilities, insurance, rents due for lease of the store locations, telephones, and all of the expense items set forth on the Budget that accompanies the Motion for use of cash collateral.

19. In the event that the Debtor is not allowed to use cash collateral, the Debtor's stores will close since they will run out of motor fuels and convenience store inventory. In the case of the store leases the failure to pay rents will cause lease defaults, termination of leases, and the resulting failure of the owners of the store locations to make mortgage payments which will result in foreclosures on many of the various store locations.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

December 28, 2015

                                        WESTERN CONVENIENCE STORES, INC.

                                        By: _____
                                               Hossein Taraghi, President