UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-23977-TBM |
| WESTERN CONVENIENCE STORES, INC. ) | |
| EIN: 84-1160742 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### NOTICE OF MOTION TO ASSUME EXECUTORY CONTRACTS WITH CONOCOPHILLIPS COMPANY

### OBJECTION DEADLINE: JANUARY 20, 2016

**YOU ARE HEREBY NOTIFIED** that the Debtor has filed a Motion to Assume Executory Contracts with ConocoPhillips Company, and requests the following relief: entry of an Order authorizing the Debtor to assume its supply agreement and reserve line with ConocoPhillip Conoco. The Agreements allow the Debtor to purchase up to 600,000 gallons of unbranded fuel from ConocoPhillips on a monthly basis. Certain cure payments and an increase in the secured reserve line are also requested. A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: January 6, 2016                         Respectfully submitted,

                                               By: _/s/ Lee M. Kutner_
                                                   Lee M. Kutner, #10966

                                               **KUTNER BRINEN GARBER, P.C.**
                                               1660 Lincoln St., Suite 1850
                                               Denver, CO 80264
                                               Telephone: (303) 832-2400
                                               Telecopier: (303) 832-1510
                                               Email: lmk@kutnerlaw.com