**Fill in this information to identify the case:**

Debtor name  **Western Convenience Stores, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **15-23977-TBM**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

---

**2.1  American Express Bank, FSB**
Creditor's Name

**4315 South 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/3/14**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$532,000.00**    Column B: **$0.00**

---

**2.2  American Express Travel Related Services**
Creditor's Name

**200 Vesey Street**
**New York, NY 10080**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/25/12**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$0.00**    Column B: **$0.00**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 **Hossein Taragahi**

| First Name | Middle Name | Last Name |

Case number (if know)   **15-23977-TBM**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GE Capital Commercial, Inc.** | | $7,160,000.00 | $0.00 |

Creditor's Name

**c/ Adam Hirsch**
**Kutak Rock, LLP**
**1801 California Street, STE 3000**
**Denver, CO 80202-2658**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts, equipment, fixtures, documents, contract rights, intangibles, and proceeds except inventory**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **High Plains Bank** | | $1,648,322.00 | $0.00 |

Creditor's Name

**235 South Ash**
**P.O. Box 329**
**Bennett, CO 80102**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Inventory at 1228 Royal Horge Blvd, and cerrtain Fort Collins and Pueblo Stores**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Offen Petroleum, Inc.** | Describe debtor's property that is subject to a lien | $2,364,053.00 | $0.00 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Hossein Taragahi** | | | Case number (if know) | **15-23977-TBM** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Creditor's Name

**c/o Ronald Fano,
Esq./Jamie Cotter, Esq.
Spencer Fane, LLP
1700 Lincoln Street, Suite
2000
Denver, CO 80203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/26/14**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Motor fuels and proceeds**

**Describe the lien
Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Suncor Energy (USA), Inc.** | **Describe debtor's property that is subject to a lien** | **$7,800,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Mark G. Stingley
Bryan Cave
1200 Main Street, Suite
3500
Kansas City, MO 64105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/30/14**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All assets of the Debtor**

**Describe the lien
Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **VSD 4, LLC** | **Describe debtor's property that is subject to a lien** | **$4,246,242.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 8216
Waco, TX 76714-8216**

Creditor's mailing address

Creditor's email address, if known

**Inventory, fuel, convenience stores, and
accounts receivable**

**Describe the lien
Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Hossein Taragahi**                                             Case number (if know)    **15-23977-TBM**
_____
First Name          Middle Name          Last Name

**Date debt was incurred**                    ■ No
**9/28/06**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$23,750,617.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **High Plains Bank**<br>**3000 Youngfield**<br>**Suite 338**<br>**Lakewood, CO 80215** | Line **2.4** | |
| **Suncor Energy (USA), Inc.**<br>**717 17th Street, Suite 2900**<br>**Denver, CO 80202** | Line **2.6** | |

**Fill in this information to identify the case:**

Debtor name ___**Western Convenience Stores, Inc.**___

United States Bankruptcy Court for the: ___DISTRICT OF COLORADO___

Case number (if known) ___**15-23977-TBM**___

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**          $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Purposes only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

**2.2** | **Priority creditor's name and mailing address**
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**          $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Notice Purposes Only**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor 1    **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number (*if know*)    **15-23977-TBM**

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**1-Iron Commercial Premiium**
**P.O. Box 17600**
**Denver, CO 80217-0600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**4-B Distributing, Inc.**
**3042 Belford Court**
**Grand Junction, CO 81504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **7,201.48** |
|---|---|---|---|

**500 South Lincoln, LLC**
**P.O. Box 882978**
**Steamboat Springs, CO 80488**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,790.10** |
|---|---|---|---|

---

Debtor 1 **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (*if know*)   **15-23977-TBM**

---

**52/80 Designs**
**3833 Steele Street**
**Suite A**
**Denver, CO 80205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **134.95** |

**A-1 Backflow**
**410 Arrawanna Street**
**Colorado Springs, CO 80909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **60.00** |

**A-1 Backflow**
**9816 WCR 7**
**Longmont, CO 80504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **3,019.38** |

**Ace Ice Co., Inc. d/b/a Front Range Ice**
**221 Hospital Road**
**Brush, CO 80723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1   **Hossein Taragahi**

First Name   Middle Name   Last Name

Case number (if know)   **15-23977-TBM**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,478.00 |
|---|---|---|---|

**ACI Services**
**2695 South Raritan Street**
**Englewood, CO 80110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,879.00 |
|---|---|---|---|

**Affiliated Wastewater Environmental**
**Serv**
**1701 West 64th Lane**
**Denver, CO 80221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 135.00 |
|---|---|---|---|

**Affordable Water Service, Inc.**
**3086 Shrider Road**
**Colorado Springs, CO 80920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,703.24 |
|---|---|---|---|

**Ahlers Baking, Inc.**
**1446 10th Street**
**Gering, NE 69341-2817**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)   **15-23977-TBM**

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 2 | **Nonpriority creditor's name and mailing address** | | $ | **575.28** |

**Nonpriority creditor's name and mailing address**
**AHT Cooling Systems USA, Inc.**
**3235 Industry Drive**
**Suite C**
**North Charleston, SC 29418**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **575.28**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 3 |

**Nonpriority creditor's name and mailing address**
**Alert Security, Inc.**
**5261 South Quebec Street**
**Suite 200**
**Englewood, CO 80111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **101.97**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 4 |

**Nonpriority creditor's name and mailing address**
**All Temp Services, Inc.**
**714 A Scarlett Drive**
**Grand Junction, CO 81505-9429**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **395.70**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 5 |

**Nonpriority creditor's name and mailing address**
**AMEX Merchant Financing**
**P.O. Box 981555**
**El Paso, TX 79998-1555**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **532,120.00**

---

Debtor 1    **Hossein Taragahi**                                             Case number (*if know*)    **15-23977-TBM**
First Name          Middle Name          Last Name

**Basis for the claim:**

Date or dates debt was incurred _____            **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number _____             ☐ Yes

---

| | | |
|---|---|---|
| 3.1 6 | **Nonpriority creditor's name and mailing address**<br>**AmuseMints**<br>**3833 Steele Street**<br>**Suite A**<br>**Denver, CO 80205** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |

$ 213.60

Date or dates debt was incurred _____            **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number _____             ☐ Yes

---

| | | |
|---|---|---|
| 3.1 7 | **Nonpriority creditor's name and mailing address**<br>**Arctic Glacier/Icehouse**<br>**1654 Marthaler Lane**<br>**Saint Paul, MN 55118** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |

$ 558.75

Date or dates debt was incurred _____            **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number _____             ☐ Yes

---

| | | |
|---|---|---|
| 3.1 8 | **Nonpriority creditor's name and mailing address**<br>**Arrowhead Distributing Co.**<br>**P.O. Box 118**<br>**Gering, NE 69341** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |

$ 6,663.70

Date or dates debt was incurred _____            **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number _____             ☐ Yes

---

| | | |
|---|---|---|
| 3.1 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

$ 335.41

---

| Debtor 1 | **Hossein Taraghi** | | | Case number *(if know)* | **15-23977-TBM** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Atmos Energy**
**P.O. Box 790311**
**Saint Louis, MO 63179-0311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **45.31** |
|---|---|---|---|

**B & B Petroleum, LLC**
**P.O. Box 1561**
**North Platte, NE 69103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,097.40** |
|---|---|---|---|

**B & K Distributing, Inc.**
**P.O. Box 772172**
**Steamboat Springs, CO 80477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,689.14** |
|---|---|---|---|

**Bauer Built, Inc.**
**Highway 25 South**
**P.O. Box 248**
**Durand, WI 54736**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)   **15-23977-TBM**

---

| 3.2 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 392.36 |
|---|---|---|---|

**Baywatch Enterprises**
**4895 Moline Street**
**Denver, CO 80239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2 4 | **Nonpriority creditor's name and mailing address** | | $ 244.50 |

**Best Western**
**Grande River Inn & Suites**
**3228 I-70 Business Loop**
**Clifton, CO 81520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2 5 | **Nonpriority creditor's name and mailing address** | | $ 4,170.35 |

**Beverage Distributing**
**P.O. Box 17647**
**Denver, CO 80217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2 6 | **Nonpriority creditor's name and mailing address** | | $ 666.91 |

**Big Family Foods, Inc.**
**3390 Peoria Street**
**Unit 302**
**Aurora, CO 80010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1    **Hossein Taragahi**
_____
First Name          Middle Name          Last Name

Case number (*if know*)    **15-23977-TBM**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ☑ No<br>☐ Yes |

---

| 3.2<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,500.23** |
|---|---|---|---|
| | **BIMBO**<br>**File 52176**<br>**Los Angeles, CA 90074** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ☑ No<br>☐ Yes |

---

| 3.2<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,169.77** |
|---|---|---|---|
| | **Black Hills Energy**<br>**105 South Victoria Avenue**<br>**ATTN: New Business**<br>**Pueblo, CO 81003** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ☑ No<br>☐ Yes |

---

| 3.2<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **277.95** |
|---|---|---|---|
| | **Blazer Electric Supply Co.**<br>**P.O. Box 636**<br>**Pueblo, CO 81002-0636** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number _____ | ☑ No<br>☐ Yes |

---

| 3.3<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **15,446.00** |
|---|---|---|---|
| | **Blue Rhino Corp.**<br>**P.O. Box 281956**<br>**Atlanta, GA 30384-1956** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

Debtor 1    **Hossein Taragahi**
First Name    Middle Name    Last Name

Case number (*if know*)    **15-23977-TBM**

---

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.3 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **159.50** |
|---|---|---|---|

**Blue Ridge Distributing
8945 J Street
Bay 9
Omaha, NE 68127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.3 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **176.05** |
|---|---|---|---|

**Board of Water Works of Pueblo,
Colorado
P.O. Box 755
Pueblo, CO 81002-0755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.3 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **333.50** |
|---|---|---|---|

**Bristol Brewing Co.
1604 South Cascade Avenue
Colorado Springs, CO 80905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.3 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **71.82** |
|---|---|---|---|

Debtor 1   **Hossein Taragahi**
First Name     Middle Name          Last Name

Case number (if know)   **15-23977-TBM**

**Brown Transfer Company**
**P.O. Box 158**
**Kearney, NE 68848-2244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,500.00** |
|---|---|---|---|

**Cabo Partners, LLC**
**8130 Buck Run**
**Salida, CO 81201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **829.50** |
|---|---|---|---|

**Calplush Mfg. Corporation**
**3575 South Santa Fe Avenue**
**Vernon, CA 90058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **595.41** |
|---|---|---|---|

**Canon Business Solutions Central, Inc.**
**15004 Collections Center Drive**
**Chicago, IL 60693**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1   **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

---

| 3.3 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **15,117.91** |
|---|---|---|---|

**Cash-Wa Distributing**
**401 West 4th Street**
**Kearney, NE 68847**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,812.92** |

**Casper's Donuts, LLC**
**1706 Santa Fe Drive**
**Pueblo, CO 81006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.4 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **235.00** |

**CDOT Property Management**
**15285 South Golden Road**
**Building 47**
**Golden, CO 80401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.4 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,023.52** |

**Central Distributing**
**3244 F 1/2 Road**
**Clifton, CO 81520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1 **Hossein Taragahi**

First Name | Middle Name | Last Name

Case number (if know)   **15-23977-TBM**

---

| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 2 | | | $ | **124.01** |

**Nonpriority creditor's name and mailing address**
**Century Link**
**P.O. Box 29040**
**Phoenix, AZ 85038-9040**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 3 | | | $ | **402,802.56** |

**Nonpriority creditor's name and mailing address**
**CGRS, Inc.**
**1301 Academy Court**
**Fort Collins, CO 80524**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 4 | | | $ | **200.00** |

**Nonpriority creditor's name and mailing address**
**Chamber of Commerce Heart of the Rockies**
**406 West Highway 50**
**Salida, CO 80112**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 5 | | | $ | **1,391.44** |

**Nonpriority creditor's name and mailing address**
**Charles Dowden**
**12201 West Amherst Circle**
**Aurora, CO 80014**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Hossein Taragahi**

First Name            Middle Name            Last Name

Case number (*if know*)    **15-23977-TBM**

---

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **5,254.15** |
| --- | --- | --- | --- |
| | **Ciccarelli Enterprises, LLLP** | *Check all that apply.* | |
| | **1010 Pikeview Street** | ☐ Contingent | |
| | **Lakewood, CO 80215** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **93.59** |
| --- | --- | --- | --- |
| | **Cintas Corporation** | *Check all that apply.* | |
| | **P.O. Box 88005** | ☐ Contingent | |
| | **Chicago, IL 60680-1005** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **14,027.53** |
| --- | --- | --- | --- |
| | **Citi Business Card** | *Check all that apply.* | |
| | **Processing Center** | ☐ Contingent | |
| | **Des Moines, IA 50363-0001** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.4 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **19.60** |
| --- | --- | --- | --- |

---

Debtor 1 **Hossein Taragahi**
First Name        Middle Name              Last Name

Case number (if know) **15-23977-TBM**

---

**City of Grand Junction**
**250 North 5th Street**
**Grand Junction, CO 81501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 0 |
|---|

**Nonpriority creditor's name and mailing address**
**City of Thornton**
**Utility Billing**
**9500 Civic Center Drive**
**Denver, CO 80229-4326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **230.10**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Coca Cola**
**P.O. Box 102703**
**Atlanta, GA 30368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **15,645.04**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Coca Cola Bottling Co. High Country**
**P.O. Box 798**
**Rapid City, SD 57709-0798**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **4,005.42**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **Hossein Taragahi**

First Name       Middle Name       Last Name

Case number (*if know*)   **15-23977-TBM**

---

**3.5 3**

**Nonpriority creditor's name and mailing address**
**Coca-Cola Refreshments USA, Inc.**
**P.O. Box 840232**
**Dallas, TX 75284-0232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   9,724.64

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.5 4**

**Nonpriority creditor's name and mailing address**
**Colorado Logos, Inc.**
**7717 West 6th Avenue**
**Suite #H**
**Lakewood, CO 80214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   16,500.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.5 5**

**Nonpriority creditor's name and mailing address**
**Colorado Lottery**
**201 West 8th Street**
**Suite 600**
**P.O. Box 7**
**Pueblo, CO 81002-0007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   509,498.53

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.5 6**

**Nonpriority creditor's name and mailing address**
**Colorado Petroleum Products Co.**
**5590 High Street**
**Denver, CO 80216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$   19,791.30

---

Debtor 1   **Hossein Taragahi**

First Name       Middle Name       Last Name

Case number (if know)   **15-23977-TBM**

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.5 7 | **Nonpriority creditor's name and mailing address** **Colorado Springs Utilities** P.O. Box 1103 Colorado Springs, CO 80947-0010 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $  **686.73** |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.5 8 | **Nonpriority creditor's name and mailing address** **Comcast** P.O. Box 37601 Philadelphia, PA 19101-0601 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $  **107.33** |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.5 9 | **Nonpriority creditor's name and mailing address** **Complete Door Systems, Inc.** **8100 Dahlia Street** **Building 4** **Henderson, CO 80640** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $  **474.15** |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.6 0 | **Nonpriority creditor's name and mailing address** **Compufact Research, Inc.** **1236 Jungermann Road** **Suite H-1** **Saint Peters, MO 63376** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $  **1,180.54** |

---

Debtor 1   **Hossein Taragahi**                                    Case number (*if know*)   **15-23977-TBM**
First Name       Middle Name       Last Name

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.6 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **10,031.08** |

**Coors Distribution of North Platte**
**642 North Willow Street**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.6 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **1,237.03** |

**Corporate Grounds Maintenance, LLC**
**2139 Savage Road**
**Elizabeth, CO 80107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.6 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **60.00** |

**Cranmore Fire Protection**
**17460 Colorado Road 36**
**Julesburg, CO 80737**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.6 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **867.16** |

Debtor 1  **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (if know)  **15-23977-TBM**

**Creager Mercantile**
**4900 Acoma Street**
**Denver, CO 80216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 5 | | | |

**Nonpriority creditor's name and mailing address**
**Crestview Water & Sanitation**
**P.O. Box 21299**
**Denver, CO 80221**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **87.23**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 6 |

**Nonpriority creditor's name and mailing address**
**Crystal Clear WaterTreatment**
**12834 West 7th Place**
**Golden, CO 80401**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **275.50**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 7 |

**Nonpriority creditor's name and mailing address**
**Culligan - Ogallala**
**120 East J Street**
**Ogallala, NE 69153**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **23.54**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1    **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)    **15-23977-TBM**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Culligan of Denver**
**Lockbox Processing**
**P.O. Box 2932**
**Wichita, KS 67201-2932**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

$    **31.00**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

**3.69**

**Nonpriority creditor's name and mailing address**

**CWPMA**
**1410 Grant Street**
**Suite B-103**
**Denver, CO 80203**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

$    **3,181.00**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

**3.70**

**Nonpriority creditor's name and mailing address**

**DAGS, LLC**
**ATTN: Dana Houlton**
**P.O. Box 3743**
**Littleton, CO 80161**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

$    **5,000.00**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Daylight Donuts - La Junta**
**114 Santa Fe**
**La Junta, CO 81050**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

$    **2,442.75**

---

Debtor 1  **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)   **15-23977-TBM**

---

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 2 | **Nonpriority creditor's name and mailing address**<br>**Days Inn - Sidney**<br>**3042 Silverberg Drive**<br>**Sidney, NE 69162** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $   **127.23** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 3 | **Nonpriority creditor's name and mailing address**<br>**Deli Express**<br>**16101 West 78th Street**<br>**Eden Prairie, MN 55344** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $   **33,560.80** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 4 | **Nonpriority creditor's name and mailing address**<br>**Delta-Montrose Electric Association**<br>**P.O. Box 1608**<br>**Montrose, CO 81402-1608** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $   **1,973.53** |
|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 5 | **Nonpriority creditor's name and mailing address**<br>**Dietrich Distributing**<br>**102 Lake View Drive**<br>**Gering, NE 69341** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   **3,797.95** |
|---|---|---|---|

---

Debtor 1    **Hossein Taragahi**                                        Case number (if know)    **15-23977-TBM**

First Name          Middle Name          Last Name

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,942.74** |
|---|---|---|---|

**DMF Bait Co.**
**1130 Sylvertis Street**
**Waterford, MI 48328**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **166.50** |
|---|---|---|---|

**Don Ramon's Burritos**
**11214 Vrain Drive**
**Westminster, CO 80331**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,187.50** |
|---|---|---|---|

**Douglas County Septic**
**P.O. Box 418**
**Franktown, CO 80116**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **12.87** |
|---|---|---|---|

Debtor 1    **Hossein Taragahi**

First Name        Middle Name              Last Name

Case number (*if know*)    **15-23977-TBM**

---

**Drydun, Inc./Shield Services,Inc.**
**2034 South Bannock**
**Denver, CO 80223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,163.85** |

**Eagle Emblems, Inc.**
**11365 Commercial Parkway**
**Castroville, CA 95012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **16.65** |

**Earthgrains**
**21066 Network Place**
**Chicago, IL 60673-1210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **477.68** |

**Eaton Sales & Service, LLC**
**P.O. Box 16405**
**Denver, CO 80216-0405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| Debtor 1 | **Hossein Taragahi** | | Case number (if know) | **15-23977-TBM** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

**3.8 3**

**Nonpriority creditor's name and mailing address**
eCignatures, Inc.
50 South Havana Street
Suite 514
Aurora, CO 80012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **1,001.65**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.8 4**

**Nonpriority creditor's name and mailing address**
Elite Snow Removal
ATTN: Jerilyn Harmon
P.O. Box 1480
Parker, CO 80134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **8,000.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.8 5**

**Nonpriority creditor's name and mailing address**
Envirotech Pest Solutions
7344 South Alton Way
Unit C
Centennial, CO 80112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **476.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.8 6**

**Nonpriority creditor's name and mailing address**
Evers General Construction Co.
P.O. Box 369
Castle Rock, CO 80104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ **2,438.36**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| 3.8 7 | **Nonpriority creditor's name and mailing address**<br>**Express Toll**<br>**E-470 Public Highway Authority**<br>**P.O. Box 5470**<br>**Denver, CO 80217-5470** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **27.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| 3.8 8 | **Nonpriority creditor's name and mailing address**<br>**Faison Office Products Co.**<br>**3251 Revere Street**<br>**Suite 200**<br>**Aurora, CO 80011** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **508.39**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| 3.8 9 | **Nonpriority creditor's name and mailing address**<br>**Federal Express**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ **1,150.53**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| 3.9 0 | **Nonpriority creditor's name and mailing address**<br>**Ferrellgas Propane**<br>**P.O. Box 173940**<br>**Denver, CO 80217-3940** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **8,166.56**

---

Debtor 1  **Hossein Taragahi**
         First Name   Middle Name   Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.9 1 | | | | $ | **594.69** |

**Nonpriority creditor's name and mailing address**

**Freeman Signs, Inc.**
**3883 North Monaco Parkway**
**Denver, CO 80207**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.9 2 | | | | $ | **73,494.38** |

**Nonpriority creditor's name and mailing address**

**Frito-Lay, Inc.**
**75 Remittance Drive**
**Suite 1217**
**Chicago, IL 60675-1217**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.9 3 | | | | $ | **2,406.63** |

**Nonpriority creditor's name and mailing address**

**Frosty Freeze West, LLC**
**2591 Legacy Way**
**Grand Junction, CO 81503**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.9 4 | | | | $ | **102.97** |

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

---

Debtor 1   **Hossein Taragahi**

First Name        Middle Name            Last Name

Case number (*if know*)   **15-23977-TBM**

---

**G. Bradford Enterprises, Inc.**
**P.O. Box 9327**
**Raytown, MO 64133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.9 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,291.40 |

**GCR Tire Centers**
**518 East 4th Street**
**North Platte, NE 69101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.9 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 100.00 |

**Gehl's Guemsey Farms, Inc.**
**P.O. Box 88238**
**Milwaukee, WI 53288-0230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.9 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,604.00 |

**Global Petroleum Electronic Builders**
**4880 Robb, Unit 5**
**Wheat Ridge, CO 80033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1    **Hossein Taragahi**
First Name    Middle Name    Last Name

Case number (if know)    **15-23977-TBM**

| 3.9 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 5,743.17 |
|---|---|---|---|

**Grainger**
**Department 851137257**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9 9 | **Nonpriority creditor's name and mailing address** | | $ 5,254.89 |
|---|---|---|---|

**Gustave A Larson Company**
**Box 774402**
**4402 Solution Center**
**Chicago, IL 60677-4004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 00 | **Nonpriority creditor's name and mailing address** | | $ 115.55 |
|---|---|---|---|

**Hampton Inn North Platte**
**200 Platte Oasis Parkway**
**North Platte, NE 69101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 01 | **Nonpriority creditor's name and mailing address** | | $ 580.85 |
|---|---|---|---|

**Hampton Inn Pueblo**
**3315 Gateway Drive**
**Pueblo, CO 81004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

Debtor 1  **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)    **15-23977-TBM**

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 02 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **344.22** |
|---|---|---|---|
| | **Hampton Inn Steamboat Springs** | Check all that apply. | |
| | **725 South Lincoln Avenue** | ☐ Contingent | |
| | **P.O. Box 881510** | ☐ Unliquidated | |
| | **Steamboat Springs, CO 80488** | ☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,321,000.00** |
|---|---|---|---|
| | **Harpel  Oil Co.** | Check all that apply. | |
| | **5480 Brighton Blvd.** | ☐ Contingent | |
| | **Commerce City, CO** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,008.48** |
|---|---|---|---|
| | **Hendrix Outdoors** | Check all that apply. | |
| | **222 East Center Street** | ☐ Contingent | |
| | **Fallon, NV 89406** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.1 05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **147.00** |
|---|---|---|---|
| | **Henning Brothers Leasing** | Check all that apply. | |
| | **P.O. Box 309** | ☐ Contingent | |
| | **Kearney, NE 68848** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

Debtor 1  **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (*if know*)    **15-23977-TBM**

---

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 06 | | | | $ **25,186.52** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hi-Way Distributing**
**3716 East State Street**
**Barberton, OH 44203**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 07 | | | | $ **10,382.10** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**High Plains**
**P.O. Box 771**
**Scottsbluff, NE 69363**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 08 | | | | $ **4,513.05** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Hiland Diary Foods Company, LLC**
**P.O. Box 3825**
**Omaha, NE 68103-0825**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 09 | | | | $ **1,551.57** |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

---

Debtor 1  **Hossein Taragahi**

First Name          Middle Name                Last Name

Case number (if know)    **15-23977-TBM**

---

**Home Fresh Foods**
**4340 Glencoe Street**
**Denver, CO 80216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 10 | **Nonpriority creditor's name and mailing address** | | $ 322.29 |
|---|---|---|---|

**Home Lumber & Supply Co.**
**300 West Railroad Street**
**Hershey, NE 69143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 11 | **Nonpriority creditor's name and mailing address** | | $ 742.27 |
|---|---|---|---|

**HR Direct**
**P.O.Box 669390**
**Pompano Beach, FL 33066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1 12 | **Nonpriority creditor's name and mailing address** | | $ 726.35 |
|---|---|---|---|

**Hubert Company**
**25401 Network Place**
**Chicago, IL 60673-1254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1  **Hossein Taragahi**
    First Name           Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

---

**3.1 13**

**Nonpriority creditor's name and mailing address**
**inComm New E-Pay LLC**
**9701 Higgins Road**
**Suite 200**
**Rosemont, IL 60018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ **2,029.76**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.1 14**

**Nonpriority creditor's name and mailing address**
**Ingle Supply Company**
**904 West 10th Street**
**Pueblo, CO 81003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ **468.88**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.1 15**

**Nonpriority creditor's name and mailing address**
**Intermountain Distributing Company**
**P.O. Box 650**
**New Castle, CO 81647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ **28,819.41**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.1 16**

**Nonpriority creditor's name and mailing address**
**Intermountain Rural Electric Association**
**P.O. Box Drawer A**
**Sedalia, CO 80135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

$ **6,623.79**

---

Debtor 1    **Hossein Taragahi**
    First Name          Middle Name       Last Name

Case number *(if know)*    **15-23977-TBM**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 17**

**Nonpriority creditor's name and mailing address**
**International Wholesale Supply**
**ATTN: Accounts Receivable**
**11559 Rock Island Court**
**Maryland Heights, MO 63043**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **13,345.86**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 18**

**Nonpriority creditor's name and mailing address**
**Investigative Resources**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **817.50**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 19**

**Nonpriority creditor's name and mailing address**
**Iron Mountain**
**P.O. Box 915004**
**Dallas, TX 75391-5004**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **128.76**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.1 20**

**Nonpriority creditor's name and mailing address**
**J-8 Equipment Company, Inc.**
**P.O. Box 40402**
**Denver, CO 80204-0402**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,801.94**

---

Debtor 1   **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.1 21 | | | $ **177.36** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**J.E. Adams Industries Ltd.**
**P.O. Box 2483**
**Cedar Rapids, IA 52406-2483**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.1 22 | | | $ **112.50** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JIA, LLC d/b/a Santiagos**
**15310 East 108th Way**
**Commerce City, CO 80022**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.1 23 | | | $ **2,923.13** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jimco Sales and Manufacturing**
**3113 St. Louis Avenue**
**Fort Worth, TX 76110**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.1 24 | | | $ **235.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

---

| Debtor 1 | **Hossein Taragahi** | | Case number (*if know*) | **15-23977-TBM** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**John Masterson**
**3932 Azalea Street**
**Pueblo, CO 81005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 |
|-----|
| 25  |

**Nonpriority creditor's name and mailing address**
**Johnson Brothers Finocchiaro**
**9320 J Street**
**Omaha, NE 68127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 670.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 |
|-----|
| 26  |

**Nonpriority creditor's name and mailing address**
**Johnstone Supply**
**P.O. Box 40605**
**Denver, CO 80204-0605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 545.96

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 |
|-----|
| 27  |

**Nonpriority creditor's name and mailing address**
**Kent News Co., LLC**
**100511 Airport Road**
**Scottsbluff, NE 69361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,780.73

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1   **Hossein Taragahi**

First Name    Middle Name    Last Name

Case number (*if know*)   **15-23977-TBM**

---

| 3.1 28 | Nonpriority creditor's name and mailing address<br>**Krispy Kreme**<br>**P.O. Box 400730**<br>**Las Vegas, NV 89140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **9,939.71** |
|---|---|---|---|
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.1 29 | Nonpriority creditor's name and mailing address<br>**KSG Distributing**<br>**1121 West Flint Meadow**<br>**Kaysville, UT 84037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **1,594.25** |
|---|---|---|---|
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.1 30 | Nonpriority creditor's name and mailing address<br>**Kubat Equipment and Service Co.**<br>**1070 South Galapago Street**<br>**Denver, CO 80223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **30,479.91** |
|---|---|---|---|
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.1 31 | Nonpriority creditor's name and mailing address<br>**L. Frances Camel Company**<br>**2500C North Lynndale Drive**<br>**Appleton, WI 54914** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **2,485.00** |
|---|---|---|---|

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (if know)   **15-23977-TBM**

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | | |
|---|---|---|---|
| 3.1 32 | **Nonpriority creditor's name and mailing address** **Larry's Glass** **211 West 5th Street** **North Platte, NE 69101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **4,231.71** |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | | |
|---|---|---|---|
| 3.1 33 | **Nonpriority creditor's name and mailing address** **Loomis** **Department 0757** **P.O. Box 120001** **Dallas, TX 75312-0757** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **47,375.48** |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | | |
|---|---|---|---|
| 3.1 34 | **Nonpriority creditor's name and mailing address** **Ludvik Propane Gas** **111 West 7th Street** **Walsenburg, CO 81089** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **231.79** |

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | | |
|---|---|---|---|
| 3.1 35 | **Nonpriority creditor's name and mailing address** **Mark VII Equipment, Inc.** **World Headquarters** **5981 Tennyson Street** **Arvada, CO 80003** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ **28,115.14** |

---

Debtor 1  **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number (if know)   **15-23977-TBM**

---

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | | |
|---|---|---|
| 3.1 36 | **Nonpriority creditor's name and mailing address** <br> **Matheson Tri-Gas, Inc.** <br> **Department 3028** <br> **P.O. Box 123028** <br> **Dallas, TX 75312** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** |

$ **772.27**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | | |
|---|---|---|
| 3.1 37 | **Nonpriority creditor's name and mailing address** <br> **MC2 Equipment and Parts** <br> **P.O. Box 4868** <br> **Parker, CO 80134** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** |

$ **279.71**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | | |
|---|---|---|
| 3.1 38 | **Nonpriority creditor's name and mailing address** <br> **McLane Western, Inc.** <br> **P.O. Box 6138** <br> **Temple, TX 76503** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** |

$ **517,205.66**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | | |
|---|---|---|
| 3.1 39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

$ **324.25**

---

Debtor 1    **Hossein Taragahi**

First Name     Middle Name     Last Name

Case number (if know)    **15-23977-TBM**

---

**Meier Business Systems, Inc.**
**7872 Solution Center**
**Chicago, IL 60677-7008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 466.87 |

**Micro Center**
**P.O. Box 848**
**Hilliard, OH 43026-0848**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 8,198.19 |

**MK 19 Investments, LLC**
**c/o Palmer Property Management**
**3711 John F. Kennedy Parkway**
**Suite 340**
**Fort Collins, CO 80525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number

☐ Yes

---

| 3.1 42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 510.24 |

**Mountain States Specialties, Inc.**
**1671 Valtec Lane**
**Boulder, CO 80301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

| Debtor 1 | **Hossein Taragahi** | | Case number *(if know)* | **15-23977-TBM** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,905.20** |
|---|---|---|---|

**Multiline International Imports, Inc.**
5786 Logan Court
Denver, CO 80216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **69.97** |
|---|---|---|---|

**Nabisco**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,400.00** |
|---|---|---|---|

**Nebraska Logos, Inc.**
315 South 9th Street
Suite 207
Lincoln, NE 68508

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **836.20** |
|---|---|---|---|

**Nebraska Lottery**
301 Centennial South
P.O. Box 98901
Lincoln, NE 68509-8901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Hossein Taragahi**                                    Case number (*if know*)    **15-23977-TBM**
_____
First Name    Middle Name    Last Name

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1 47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Net Sales, Inc.**
**P.O. Box 22438**
**Eugene, OR 97402**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **335.20**

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1 48 |
|---|

**Nonpriority creditor's name and mailing address**
**New Age Beverage Company**
**1700 East 68th Avenue**
**Denver, CO 80229**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **10,082.51**

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1 49 |
|---|

**Nonpriority creditor's name and mailing address**
**NMC Exchange, LLC**
**Department 1784**
**P.O. Box 911784**
**Denver, CO 80291-1784**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **335.99**

**Basis for the claim:** _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1 50 |
|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$    **65.00**

---

Debtor 1   **Hossein Taragahi**
_____     Case number (if know)   **15-23977-TBM**
First Name       Middle Name       Last Name

**North Platte Bulletin**
**1300 East 4th**
**Suite F**
**North Platte, NE 69101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.1 51 |

**Nonpriority creditor's name and mailing address**
**Northeast Fire Safety**
**P.O. Box 935**
**Fort Morgan, CO 80701**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$   **35.00**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.1 52 |

**Nonpriority creditor's name and mailing address**
**Northwest Concessions Supply**
**10800 S.E. Highway 12**
**Clackamas, OR 97015**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$   **5,374.00**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

| 3.1 53 |

**Nonpriority creditor's name and mailing address**
**Northwest Fire Extinguisher**
**850 North Franklin Avenue**
**P.O. Box 894**
**Colby, KS 67701**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$   **64.83**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____

☐ Yes

---

Debtor 1    **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (*if know*)    **15-23977-TBM**

---

| 3.1 54 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Northwest Parkway, LLC**
**3701 Northwest Parkway**
**Broomfield, CO 80023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$  **2.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 55 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**NuCo2, LLC**
**P.O. Box 417902**
**Boston, MA 02241-7902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$  **928.90**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 56 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Office Pride**
**P.O. Box 577**
**Franklin, IN 46131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$  **3,234.98**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 57 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Opis**
**Oil Price Information Service, LLC**
**P.O. Box 9407**
**Gaithersburg, MD 20898-9407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$  **1,781.76**

---

Debtor 1  **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (if know)    **15-23977-TBM**

---

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.1 58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,495.00 |
|---|---|---|---|

**Parker Car Care Partners, LLC**
**10555 East Dartmouth Avenue**
**Suite 360**
**Aurora, CO 80014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.1 59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,253.13 |
|---|---|---|---|

**Paulson Enterprises**
**8000 Robb Parkway**
**Arvada, CO 80005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.1 60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,011.50 |
|---|---|---|---|

**PDI**
**3407 South 31st Street**
**Temple, TX 76502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.1 61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,871.67 |
|---|---|---|---|

**PenSys, Inc.**
**2440 Professional Drive**
**Suite 100**
**Roseville, CA 95678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pepsi Cola of Western Nebraska**
**ATTN: Accounts Receivable**
**1901 Windhoek Drive**
**Lincoln, NE 68512**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$   **8,518.90**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 63 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pepsi-Cola Denver**
**P.O. Box 841828**
**Dallas, TX 75284-1828**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$   **78,002.26**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pioneer Distributing Co.**
**P.O. Box 118**
**Gering, NE 69341**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$   **5,509.65**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 65 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$   **575.00**

---

Debtor 1  **Hossein Taragahi**
           First Name        Middle Name        Last Name

Case number (if know)  **15-23977-TBM**

---

**Platinum Sign Company, LLC**
**2916 Highway 6 and 24**
**I70B**
**Grand Junction, CO 81504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 66 | **Nonpriority creditor's name and mailing address** **Polisnelli Shughart, P.C.** **P.O. Box 878681** **Kansas City, MO 64187-8681** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **386.50** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 67 | **Nonpriority creditor's name and mailing address** **Presto-X** **P.O. Box 14087** **Reading, PA 19612-4087** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **202.26** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 68 | **Nonpriority creditor's name and mailing address** **Property Tax Advisors, Inc.** **3090 South Jamaica Court** **Suite 204** **Aurora, CO 80014** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **2,637.00** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Debtor 1  **Hossein Taragahi**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if know)  **15-23977-TBM**

---

| 3.1 69 | **Nonpriority creditor's name and mailing address** | | $ **1,947.49** |
|---|---|---|---|

**Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 70 | **Nonpriority creditor's name and mailing address** | | $ **135.00** |
|---|---|---|---|

**Quality Sound and Communications**
P.O. Box 51
Hastings, NE 68902-0051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 71 | **Nonpriority creditor's name and mailing address** | | $ **1,649.90** |
|---|---|---|---|

**Quill Corporation**
P.O. Box 37600
Philadelphia, PA 19101-0600

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 72 | **Nonpriority creditor's name and mailing address** | | $ **8,285.96** |
|---|---|---|---|

**Ramons Burritos**
2695 West 92nd Avenue
Suite #C
Federal Heights, CO 80260-5202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1   **Hossein Taragahi**

First Name      Middle Name      Last Name

Case number (*if know*)   **15-23977-TBM**

---

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 73 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rampart Supply, Inc.**
**P.O. Box 1089**
**Colorado Springs, CO 80901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **352.95**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 74 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Red Bull Distribution Co. of Colorado**
**P.O. Box 204750**
**Dallas, TX 75320-4750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **60,161.69**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 75 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Red Hawk Fire & Security**
**P.O. Box 677685**
**Dallas, TX 75267-7685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **942.75**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 76 | | | | |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reddy Ice Corporation**
**P.O. Box 730505**
**Dallas, TX 75373-0505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,185.00**

---

Debtor 1   **Hossein Taragahi**
First Name   Middle Name   Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1 77 | **Nonpriority creditor's name and mailing address** **Republic National Distributing Company** **8000 Southpark Terrace** **Littleton, CO 80120** | $ **4,018.87** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1 78 | **Nonpriority creditor's name and mailing address** **Republic National Distributing Company** **8648 South 117 Street** **La Vista, NE 68128** | $ **4,043.19** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1 79 | **Nonpriority creditor's name and mailing address** **Resource Environmental Group Services** **7871 Brighton Road** **Commerce City, CO 80022** | $ **3,253.13** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1 80 | **Nonpriority creditor's name and mailing address** | $ **2,415.61** |

As of the petition filing date, the claim is:

---

Debtor 1  **Hossein Taragahi**
First Name     Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Rising Sun Bakery**
**208 Clayton Street**
**Brush, CO 80723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **11,110.45** |

**Rocky Mountain Coors Distributing Co.**
**4710 Northpark Drive**
**Colorado Springs, CO 80918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **71.85** |

**Rocky Mountain Electronic Security, LLC**
**575 Valley Street**
**Unit 5**
**Colorado Springs, CO 80915-3715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1 83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **1,029.80** |

**Rocky Mountain Ice Corp.**
**P.O. Box 501**
**Olathe, CO 81425**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor 1    **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (*if know*)    **15-23977-TBM**

---

| 3.1 84 | Nonpriority creditor's name and mailing address **Rocky Mountain Petroleum Services** **4490 South Wilcott Court** **Denver, CO 80236** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **22,717.77** |

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 85 | Nonpriority creditor's name and mailing address **Rocky Mountain Pipeline** **P.O. Box 414486** **Boston, MA 02241-4486** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **14,530.85** |

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 86 | Nonpriority creditor's name and mailing address **Rocky Mountain Pipeline System** **P.O. Box 414486** **Boston, MA 02241** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **169,508.65** |

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 87 | Nonpriority creditor's name and mailing address **Rye Septic Service** **8245 Park Road** **Rye, CO 81069** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **1,500.00** |

---

Debtor 1   **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)   **15-23977-TBM**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.1 88 | **Nonpriority creditor's name and mailing address**<br>**Ryko**<br>**3217 Momentum Place**<br>**Dept. CH 16670**<br>**Chicago, IL 60689-5332** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |

$ **958.73**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.1 89 | **Nonpriority creditor's name and mailing address**<br>**Safe Systems, Inc.**<br>**421 South Pierce Avenue**<br>**Louisville, CO 80027-3019** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |

$ **240.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.1 90 | **Nonpriority creditor's name and mailing address**<br>**Salida Fire Extinguisher**<br>**944 East Rainbow Blvd.**<br>**Suite 302**<br>**Salida, CO 81201-2910** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |

$ **49.00**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| | | |
|---|---|---|
| 3.1 91 | **Nonpriority creditor's name and mailing address**<br>**Sandhills Distributing**<br>**720 Lake Drive**<br>**North Platte, NE 69101** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$ **6,049.20**

---

Debtor 1 **Hossein Taragahi**
First Name          Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 92 | Nonpriority creditor's name and mailing address **Santiago's Johnstown, LLC** **12 South Parish Avenue** **Johnstown, CO 80534-7800** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **1,462.50** |

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 93 | Nonpriority creditor's name and mailing address **Santiagos Mexican Restaurant** **16698 Leyden Street** **Brighton, CO 80602** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **21,125.25** |

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 94 | Nonpriority creditor's name and mailing address **Scent Bomb** **8728 Apache Plume Drive** **Parker, CO 80134** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ **79.60** |

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.1 95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **29,693.78** |

---

Debtor 1   **Hossein Taragahi**
      First Name     Middle Name       Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Seven Up/RC Bottling**
**P.O. Box 504550**
**Saint Louis, MO 63150-4550**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.1 96 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Snell Services, Inc.**
**P.O. Box 629**
**North Platte, NE 69103**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$    **5,356.51**

---

| 3.1 97 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Snowball Distribution**
**P.O. Box 150988**
**Lakewood, CO 80228**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$    **20,153.15**

---

| 3.1 98 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Southern Foods Group dba Meadow**
**Gold**
**P.O. Box 710962**
**Denver, CO 80271**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$    **45,351.00**

---

Debtor 1   **Hossein Taragahi**

First Name   Middle Name   Last Name

Case number (if know)   **15-23977-TBM**

---

| 3.1 99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,779.65 |
|---|---|---|---|

**Southern Wine & Spirits**
**5270 Fox Street**
**Denver, CO 80216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 00 | **Nonpriority creditor's name and mailing address** | | $ 1,051.06 |
|---|---|---|---|

**Spectrum Screen Print & Design**
**4258 Kearney Street**
**Denver, CO 80216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 01 | **Nonpriority creditor's name and mailing address** | | $ 550.00 |
|---|---|---|---|

**Springer and Steinberg**
**1600 Broadway**
**Suite 1200**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 02 | **Nonpriority creditor's name and mailing address** | | $ 1,365.30 |
|---|---|---|---|

**Standard Sales Co., LP - Pueblo**
**130 Greenhorn Drive**
**Pueblo, CO 81004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Debtor 1    **Hossein Taragahi**
First Name       Middle Name       Last Name

Case number (*if know*)    **15-23977-TBM**

---

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.2<br>03 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 10,343.80 |
|---|---|---|---|
| | **Standard Sales Company - Colo. Springs**<br>**4330 Mark Dabling Blvd.**<br>**Colorado Springs, CO 80907** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.2<br>04 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 6,449.10 |
|---|---|---|---|
| | **Steamboat Ice Co., LLC**<br>**32790 South Elk Drive**<br>**Steamboat Springs, CO 80487-9480** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.2<br>05 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,020.00 |
|---|---|---|---|
| | **Sterling Distributing**<br>**4433 South 96th Street**<br>**ATTN: Debbie**<br>**Omaha, NE 68127** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number | ■ No<br>☐ Yes |

---

| 3.2<br>06 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 450.00 |
|---|---|---|---|
| | **Stone Paving Co.**<br>**1210 Skinner Drive**<br>**North Platte, NE 69101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

Debtor 1   **Hossein Taragahi**
First Name        Middle Name        Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2 07 | **Nonpriority creditor's name and mailing address** <br> **Stone Sales and Marketing, LLC** <br> **11494 West 105th Way** <br> **Westminster, CO 80021** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

$   **328.18**

---

| 3.2 08 | **Nonpriority creditor's name and mailing address** <br> **Superior Alarm & Fire Protection** <br> **P.O. Box 1706** <br> **Montrose, CO 81402** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

$   **132.00**

---

| 3.2 09 | **Nonpriority creditor's name and mailing address** <br> **Superior Firewood** <br> **11000 Northeast Frontage Road** <br> **Wellington, CO 80549** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

$   **276.75**

---

| 3.2 10 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**

$   **2,198.36**

---

Debtor 1  **Hossein Taragahi**
First Name      Middle Name           Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Surveillance-Video.com**
**387 Canal Street**
**New York, NY 10013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 60.00 |

**Sutherland Rodeo**
**38174 West Walker Road**
**Sutherland, NE 69165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 164,021.04 |

**Swire Coca Cola**
**P.O. Box 1380**
**Draper, UT 84020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 10,227.50 |

**Sysco Lincoln**
**P.O. Box 80068**
**Lincoln, NE 68501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number *(if know)*   **15-23977-TBM**

---

**3.2 14**

**Nonpriority creditor's name and mailing address**
**Tanya Faye Enteprises dba Santiagos**
**860 Kinner Street**
**Castle Rock, CO 80109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$ **6,390.00**

---

**3.2 15**

**Nonpriority creditor's name and mailing address**
**Taste of Paradise**
**814 West 1st Street**
**Ogallala, NE 69153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$ **729.50**

---

**3.2 16**

**Nonpriority creditor's name and mailing address**
**TEBO Store Fixtures**
**5771 Logan Street**
**Denver, CO 80216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$ **2,564.59**

---

**3.2 17**

**Nonpriority creditor's name and mailing address**
**Telvent DTN**
**26385 Network Place**
**Chicago, IL 60673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **1,049.90**

---

Debtor 1  **Hossein Taragahi**                                          Case number (if know)    **15-23977-TBM**
_____
First Name        Middle Name        Last Name

---

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.2 18 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $ **447.00**
**Terminix Processing Center**                             Check all that apply.
P.O. Box 742592                                            ☐ Contingent
Cincinnati, OH 45274-2592                                  ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
                                                           _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.2 19 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $ **2,653.88**
**The Brenmar Company, Inc.**                              Check all that apply.
P.O. Box 3770                                              ☐ Contingent
Omaha, NE 68103-0770                                       ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**
                                                           _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.2 20 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $ **10,133.72**
**The Style N, Inc.**                                      Check all that apply.
326 North Western Avenue                                   ☐ Contingent
Suite 216                                                  ☐ Unliquidated
Los Angeles, CA 90004                                      ☐ Disputed

                                                           **Basis for the claim:**
                                                           _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                      ☐ Yes

---

| 3.2 21 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $ **2,577.61**
**Tielke's Sandwich**                                      Check all that apply.
87291 486th Avenue                                         ☐ Contingent
Emmet, NE 68734                                            ☐ Unliquidated
                                                           ☐ Disputed

---

Debtor 1 **Hossein Taragahi**

First Name    Middle Name    Last Name

Case number (*if know*)   **15-23977-TBM**

---

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.2 22 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Titan Distributing, LLC**
**2031 Bryant Street**
**Unit 5**
**Denver, CO 80211**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **2,983.50**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.2 23 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TNCI**
**P.O. Box 981038**
**Boston, MA 02298-1038**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **3,348.61**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.2 24 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Topics Entertainment**
**Countertop Software**
**P.O. Box 1419**
**Renton, WA 98507-1419**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **155.44**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.2 25 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$  **852.78**

---

Debtor 1    **Hossein Taragahi**
First Name    Middle Name    Last Name

Case number (if know)    **15-23977-TBM**

**Transpac, Inc.**
**Lockbox FBO Transpac, Inc.**
**5337 Reliable Parkway**
**Chicago, IL 60686-0053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 26 | **Nonpriority creditor's name and mailing address**
**Tri County Fire Protection**
**P.O. Box 309**
**Rifle, CO 81650** | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** | $    398.27 |

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 27 | **Nonpriority creditor's name and mailing address**
**Ultimax, Inc.**
**1981 West 64th Lane**
**Denver, CO 80221** | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** | $    1,536.56 |

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 28 | **Nonpriority creditor's name and mailing address**
**Valiant Store Fixtures**
**12498 West Prentice Drive**
**Littleton, CO 80127** | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** | $    1,940.63 |

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Debtor 1   **Hossein Taragahi**

First Name          Middle Name          Last Name

Case number (*if know*)   **15-23977-TBM**

---

| 3.2 29 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **6,118.15**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2 30 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Virgil Curry**
**12910 Road 16**
**Sidney, NE 69162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **448.38**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2 31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Wells Fargo Bank**
**9350 East Arapahoe Road**
**Greenwood Village, CO 80112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **120,963.33**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2 32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Western Resources Group**
**3305 West H Street**
**Ogallala, NE 69153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$  **30.00**

---

Debtor 1    **Hossein Taragahi**

First Name        Middle Name        Last Name

Case number (if know)    **15-23977-TBM**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2<br>33 | **Nonpriority creditor's name and mailing address**<br>**Wildwest Munchies**<br>**546 SE 8th Street**<br>**Suite C-12**<br>**Loveland, CO 80537** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **107,319.67** |
|---|---|---|---|

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2<br>34 | **Nonpriority creditor's name and mailing address**<br>**Wyoming Beverage of Wyoming**<br>**P.O. Box 46**<br>**Cheyenne, WY 82003-0046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **7,411.07** |
|---|---|---|---|

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.2<br>35 | **Nonpriority creditor's name and mailing address**<br>**Yant Equipment, Inc.**<br>**202 East River Street**<br>**Box 284**<br>**Ogallala, NE 69153** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ **1,399.40** |
|---|---|---|---|

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor 1  **Hossein Taragahi**
First Name          Middle Name          Last Name

Case number (if know)    **15-23977-TBM**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **500 South Lincoln LLC - Fuel**<br>500 South Lincoln - Fuel<br>Steamboat Springs, CO 80487 | Line **3.3**<br>☐ Not listed. Explain | |
| 4.2 | **500 South Lincoln, LLC - MDSE**<br>500 South Lincoln<br>Steamboat Springs, CO 80487 | Line **3.3**<br>☐ Not listed. Explain | |
| 4.3 | **Best Western Inn - Bents Fort**<br>P.O. Box 6<br>10950 E US 50<br>Las Animas, CO 81054 | Line **3.24**<br>☐ Not listed. Explain | |
| 4.4 | **Best Western Rambler Motel**<br>457 Highway 85-87<br>Walsenburg, CO 81089 | Line **3.24**<br>☐ Not listed. Explain | |
| 4.5 | **Best Western Royal Gorge**<br>1925 Fremont Drive<br>Canon City, CO 81212 | Line **3.24**<br>☐ Not listed. Explain | |
| 4.6 | **Black Hills Energy**<br>P.O. Box 6001<br>Rapid City, SD 57709-6001 | Line **3.28**<br>☐ Not listed. Explain | |
| 4.7 | **Century Link**<br>P.O. Box 4300<br>Carol Stream, IL 60197-4300 | Line **3.42**<br>☐ Not listed. Explain | |
| 4.8 | **Century Link**<br>P.O. Box 91154<br>Seattle, WA 98111-9254 | Line **3.42**<br>☐ Not listed. Explain | |
| 4.9 | **City of Thornton**<br>Sales/Use Tax<br>P.O. Box 910222<br>Denver, CO 80291-0222 | Line **3.50**<br>☐ Not listed. Explain | |
| 4.10 | **Coca-Cola Company**<br>P.O. Box 840232<br>Dallas, TX 75284-0232 | Line **3.51**<br>☐ Not listed. Explain | |
| 4.11 | **Express Toll**<br>22470 East 6th Parkway<br>Suite 110<br>Aurora, CO 80018 | Line **3.87**<br>☐ Not listed. Explain | |
| 4.12 | **Internal Revenue Service**<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | Line **2.2**<br>☐ Not listed. Explain | |

Debtor 1    **Hossein Taragahi**                                          Case number (if know)    **15-23977-TBM**

First Name          Middle Name          Last Name

| | | | |
|---|---|---|---|
| 4.1<br>3 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.2**<br><br>☐   Not listed. Explain | |
| 4.1<br>4 | **Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street, 7th Floor**<br>**Denver, CO 80203** | Line **2.1**<br><br>☐   Not listed. Explain | |
| 4.1<br>5 | **Office of the US Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street, Suite 700**<br>**Denver, CO 80202-5598** | Line **2.2**<br><br>☐   Not listed. Explain | |
| 4.1<br>6 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.1**<br><br>☐   Not listed. Explain | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $               0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $        4,961,011.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        4,961,011.26 |