**Fill in this information to identify the case:**

Debtor name  **Western Convenience Stores, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **15-23977-TBM**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $ **26,046,011.71**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $ **26,046,011.71**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **23,750,617.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................................ +$ **4,961,011.26**

4. **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b                                                                             $ **28,711,628.26**