UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-23977-TBM |
| WESTERN CONVENIENCE STORES, INC. ) | |
| EIN: 84-1160742 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

# NOTICE OF APPLICATION TO EMPLOY NRC REALTY & CAPITAL ADVISORS, LLC AS FINANCIAL ANALYST

## OBJECTION DEADLINE: January 22, 2016

**YOU ARE HEREBY NOTIFIED** that the Debtor has filed an Application to employ NRC Realty & Capital Advisors, LLC ("NRC") as Financial Analyst. NRC is being employed to locate new financing for the Debtor and its affiliated entities in order to refinance its business including gas station and convenience store properties. NRC will be paid commissions and fees based upon its success as set forth in the letter agreement that accompanies the Application. Payments and fees to NRC will be subject to Court approval.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: January 12, 2016

Respectfully submitted,

By: _____
Lee M. Kutner #10966
**KUTNER BRINEN GARBER, P.C.**
1660 Lincoln St, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
Email: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned further certifies that on January 12, 2016, I served by prepaid first class mail a copy of the foregoing **NOTICE OF APPLICATION TO EMPLOY NRC REALTY & CAPITAL ADVISORS, LLC AS FINANCIAL ANALYST** was served by U.S. Regular Mail in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, and attached matrix form to court dated January 12, 2016:

DATED: Jan. 12, 2016            By: _____
                                     Vicky Martina

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 15-23977-TBM<br>District of Colorado<br>Denver<br>Tue Jan 12 10:26:01 MST 2016 | 1-Iron Commercial Premiium<br>P.O. Box 17600<br>Denver, CO 80217-0600 | 4-B Distributing, Inc.<br>3042 Belford Court<br>Grand Junction, CO 81504-5836 |
| 500 South Lincoln LLC - Fuel<br>500 South Lincoln - Fuel<br>Steamboat Springs, CO 80487 | 500 South Lincoln, LLC<br>P.O. Box 882978<br>Steamboat Springs, CO 80488-2978 | 500 South Lincoln, LLC - MDSE<br>500 South Lincoln<br>Steamboat Springs, CO 80487 |
| 52/80 Designs<br>3833 Steele Street<br>Suite A<br>Denver, CO 80205-3657 | A-1 Backflow<br>410 Arrawanna Street<br>Colorado Springs, CO 80909-6205 | A-1 Backflow<br>9816 WCR 7<br>Longmont, CO 80504-9463 |
| ACI Services<br>2695 South Raritan Street<br>Englewood, CO 80110-1126 | AHT Cooling Systems USA, Inc.<br>3235 Industry Drive<br>Suite C<br>North Charleston, SC 29418-8479 | AMEX Merchant Financing<br>P.O. Box 981555<br>El Paso, TX 79998-1555 |
| Steven E. Abelman<br>410 Seventeenth St<br>22nd floor<br>Denver, CO 80202-4437 | Ace Ice Co., Inc. d/b/a Front Range Ice<br>221 Hospital Road<br>Brush, CO 80723-1711 | Affiliated Wastewater Environmental Serv<br>1701 West 64th Lane<br>Denver, CO 80221-2346 |
| Affordable Water Service, Inc.<br>3086 Shrider Road<br>Colorado Springs, CO 80920-3555 | Ahlers Baking, Inc.<br>1446 10th Street<br>Gering, NE 69341-2817 | Alert Security, Inc.<br>5261 South Quebec Street<br>Suite 200<br>Englewood, CO 80111-1819 |
| All Temp Services, Inc.<br>714 A Scarlett Drive<br>Grand Junction, CO 81505-9441 | American Express Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184-0002 | American Express Travel Related Services<br>200 Vesey Street<br>New York, NY 10080-0001 |
| AmuseMints<br>3833 Steele Street<br>Suite A<br>Denver, CO 80205-3657 | Arctic Glacier/Icehouse<br>1654 Marthaler Lane<br>Saint Paul, MN 55118-3516 | Arrowhead Distributing Co.<br>P.O. Box 118<br>Gering, NE 69341-0118 |
| Lynda L. Atkins<br>1300 Broadway<br>8th Floor<br>Denver, CO 80203-2104 | Atmos Energy<br>P.O. Box 790311<br>Saint Louis, MO 63179-0311 | B & B Petroleum, LLC<br>P.O. Box 1561<br>North Platte, NE 69103-1561 |
| B & K Distributing, Inc.<br>P.O. Box 772172<br>Steamboat Springs, CO 80477-2172 | BIMBO<br>File 52176<br>Los Angeles, CA 90074-0001 | Bauer Built, Inc.<br>Highway 25 South<br>P.O. Box 248<br>Durand, WI 54736-0248 |

Baywatch Enterprises
4895 Moline Street
Denver, CO 80239-2600

Best Western
Grande River Inn & Suites
3228 I-70 Business Loop
Clifton, CO 81520-7600

Best Western Inn - Bents Fort
P.O. Box 6
10950 E US 50
Las Animas, CO 81054-9416

Best Western Rambler Motel
457 Highway 85-87
Walsenburg, CO 81089-9202

Best Western Royal Gorge
1925 Fremont Drive
Canon City, CO 81212-2499

Beverage Distributing
P.O. Box 17647
Denver, CO 80217-0647

Big Family Foods, Inc.
3390 Peoria Street
Unit 302
Aurora, CO 80010-1410

Black Hills Energy
105 South Victoria Avenue
ATTN  New Business
Pueblo, CO 81003-3432

Black Hills Energy
P.O. Box 6001
Rapid City, SD 57709-6001

Blazer Electric Supply Co.
P.O. Box 636
Pueblo, CO 81002-0636

Blue Rhino Corp.
P.O. Box 281956
Atlanta, GA 30384-1956

Blue Ridge Distributing
8945 J Street
Bay 9
Omaha, NE 68127-1409

Board of Water Works of Pueblo, Colorado
P.O. Box 755
Pueblo, CO 81002-0755

Bristol Brewing Co.
1604 South Cascade Avenue
Colorado Springs, CO 80905-2237

Brown Transfer Company
P.O. Box 158
Kearney, NE 68848-0158

CDOT Property Management
15285 South Golden Road
Building 47
Golden, CO 80401-3992

CGRS, Inc.
1301 Academy Court
Fort Collins, CO 80524-8957

CWPMA
1410 Grant Street
Suite B-103
Denver, CO 80203-1821

Cabo Partners, LLC
8130 Buck Run
Salida, CO 81201-9377

Calplush Mfg. Corporation
3575 South Santa Fe Avenue
Vernon, CA 90058-1443

Canon Business Solutions Central, Inc.
15004 Collections Center Drive
Chicago, IL 60693-0150

Cash-Wa Distributing
401 West 4th Street
Kearney, NE 68845-7825

Casper's Donuts, LLC
1706 Santa Fe Drive
Pueblo, CO 81006-1448

Central Distributing
3244 F 1/2 Road
Clifton, CO 81520-8174

Century Link
P.O. Box 29040
Phoenix, AZ 85038-9040

Century Link
P.O. Box 4300
Carol Stream, IL 60197-4300

Century Link
P.O. Box 91154
Seattle, WA 98111-9254

Chamber of Commerce Heart of the Rockies
406 West Highway 50
Salida, CO 81201-2299

Charles Dowden
12201 West Amherst Circle
Aurora, CO 80014

Ciccarelli Enterprises, LLLP
1010 Pikeview Street
Lakewood, CO 80215-4626

Cintas Corporation
P.O. Box 88005
Chicago, IL 60680-1005

Citi Business Card
Processing Center
Des Moines, IA 50363-0001

Citicorp Leasing, Inc.
2600 Michelson Drive
Suite 1200
Irvine, CA 92612-6514

City of Grand Junction
250 North 5th Street
Grand Junction, CO 81501-2668

City of Thornton
Sales/Use Tax
P.O. Box 910222
Denver, CO 80291-0222

City of Thornton
Utility Billing
9500 Civic Center Drive
Denver, CO 80229-4326

Coca Cola
P.O. Box 102703
Atlanta, GA 30368-2703

Coca Cola Bottling Co. High Country
P.O. Box 798
Rapid City, SD 57709-0798

Coca-Cola Company
P.O. Box 840232
Dallas, TX 75284-0232

Coca-Cola Refreshments USA, Inc.
P.O. Box 840232
Dallas, TX 75284-0232

State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
8th Floor
Denver, CO 80203-2104

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Colorado Logos, Inc.
7717 West 6th Avenue
Suite #H
Lakewood, CO 80214-6402

(p)COLORADO LOTTERY
225 N MAIN STREET
PUEBLO CO 81003-3074

Colorado Petroleum Products Co.
5590 High Street
Denver, CO 80216-1523

Colorado Springs Utilities
P.O. Box 1103
Colorado Springs, CO 80947-0010

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Complete Door Systems, Inc.
8100 Dahlia Street
Building 4
Henderson, CO 80640-7940

Compufact Research, Inc.
1236 Jungermann Road
Suite H-1
Saint Peters, MO 63376-6962

Coors Distribution of North Platte
642 North Willow Street
North Platte, NE 69101-2976

Corporate Grounds Maintenance, LLC
2139 Savage Road
Elizabeth, CO 80107-8468

Jamie N. Cotter
1700 Lincoln St.
Ste. 2000
Denver, CO 80203-4554

Cranmore Fire Protection
17460 Colorado Road 36
Julesburg, CO 80737

Creager Mercantile
4900 Acoma Street
Denver, CO 80216-2031

Crestview Water & Sanitation
P.O. Box 21299
Denver, CO 80221-0299

Crystal Clear WaterTreatment
12834 West 7th Place
Golden, CO 80401-4641

Culligan - Ogallala
120 East J Street
Ogallala, NE 69153-2751

Culligan of Denver
Lockbox Processing
P.O. Box 2932
Wichita, KS 67201-2932

DAGS, LLC
ATTN Dana Houlton
P.O. Box 3743
Littleton, CO 80161-3743

DMF Bait Co.
1130 Sylvertis Street
Waterford, MI 48328-2028

Daylight Donuts - La Junta
114 Santa Fe
La Junta, CO 81050-1523

Days Inn - Sidney
3042 Silverberg Drive
Sidney, NE 69162-3033

Deli Express
16101 West 78th Street
Eden Prairie, MN 55344-5798


Delta-Montrose Electric Association
P.O. Box 1608
Montrose, CO 81402-1608

Dietrich Distributing
102 Lake View Drive
Gering, NE 69341-1757

Don Ramon's Burritos
11214 Vrain Drive
Westminster, CO 80031-7806


Douglas County Septic
P.O. Box 418
Franktown, CO 80116-0418

Drydun, Inc./Shield Services,Inc.
2034 South Bannock
Denver, CO 80223-3913

Eagle Emblems, Inc.
11365 Commercial Parkway
Castroville, CA 95012-3203


Earthgrains
21066 Network Place
Chicago, IL 60673-1210

Eaton Sales & Service, LLC
P.O. Box 16405
Denver, CO 80216-0405

Elite Snow Removal
ATTN  Jerilyn Harmon
P.O. Box 1480
Parker, CO 80134-1401


Ericka F. Houck Englert
1801 California St., Ste. 3400
Denver, CO 80202-2655

Envirotech Pest Solutions
7344 South Alton Way
Unit C
Centennial, CO 80112-2326

Evers General Construction Co.
P.O. Box 369
Castle Rock, CO 80104-0369


Express Toll
22470 East 6th Parkway
Suite 110
Aurora, CO 80018-2426

Express Toll
E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217-5470

Faison Office Products Co.
3251 Revere Street
Suite 200
Aurora, CO 80011-1847


Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

Ferrellgas Propane
P.O. Box 173940
Denver, CO 80217-3940

Freeman Signs, Inc.
3883 North Monaco Parkway
Denver, CO 80207-1435


Frito-Lay, Inc.
75 Remittance Drive
Suite 1217
Chicago, IL 60675-1217

Frosty Freeze West, LLC
2591 Legacy Way
Grand Junction, CO 81503-1789

G. Bradford Enterprises, Inc.
P.O. Box 9327
Raytown, MO 64133-0127


GCR Tire Centers
518 East 4th Street
North Platte, NE 69101-6907

Gehl's Guernsey Farms, Inc.
P.O. Box 88238
Milwaukee, WI 53288-0230

Global Petroleum Electronic Builders
4880 Robb, Unit 5
Wheat Ridge, CO 80033-2163


Grainger
Department 851137257
P.O. Box 419267
Kansas City, MO 64141-6267

Gustave A Larson Company
Box 774402
4402 Solution Center
Chicago, IL 60677-4004

HR Direct
P.O.Box 669390
Pompano Beach, FL 33066-9390

| | | |
|---|---|---|
| Hampton Inn North Platte<br>200 Platte Oasis Parkway<br>North Platte, NE 69101-7665 | Hampton Inn Pueblo<br>3315 Gateway Drive<br>Pueblo, CO 81004-3873 | Hampton Inn Steamboat Springs<br>725 South Lincoln Avenue<br>P.O. Box 881510<br>Steamboat Springs, CO 80488-1510 |
| Harpel Oil Co.<br>ATTN: Douglas Harpel<br>5480 Brighton Blvd.<br>Commerce City, CO 80022-3607 | Hendrix Outdoors<br>222 East Center Street<br>Fallon, NV 89406-3410 | Henning Brothers Leasing<br>P.O. Box 309<br>Kearney, NE 68848-0309 |
| Gregory G. Hesse<br>1445 Ross Ave.<br>Ste. 3700<br>Dallas, TX 75202-2755 | Hi-Way Distributing<br>3716 East State Street<br>Barberton, OH 44203-4548 | High Plains<br>P.O. Box 771<br>Scottsbluff, NE 69363-0771 |
| High Plains Bank<br>235 South Ash<br>P.O. Box 329<br>Bennett, CO 80102-0329 | High Plains Bank<br>3000 Youngfield<br>Suite 338<br>Lakewood, CO 80215-6553 | Hiland Diary Foods Company, LLC<br>P.O. Box 3825<br>Omaha, NE 68103-0825 |
| Adam L. Hirsch<br>1801 California St., Ste. 3100<br>Denver, CO 80202-2626 | Home Fresh Foods<br>4340 Glencoe Street<br>Denver, CO 80216-4508 | Home Lumber & Supply Co.<br>300 West Railroad Street<br>Hershey, NE 69143 |
| Hubert Company<br>25401 Network Place<br>Chicago, IL 60673-1254 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Ingle Supply Company<br>904 West 10th Street<br>Pueblo, CO 81003-2096 |
| Intermountain Distributing Company<br>P.O. Box 650<br>New Castle, CO 81647-0650 | Intermountain Rural Electric Association<br>P.O. Box Drawer A<br>Sedalia, CO 80135 | International Wholesale Supply<br>ATTN  Accounts Receivable<br>11559 Rock Island Court<br>Maryland Heights, MO 63043-3522 |
| Iron Mountain<br>P.O. Box 915004<br>Dallas, TX 75391-5004 | J-8 Equipment Company, Inc.<br>P.O. Box 40402<br>Denver, CO 80204-0402 | J.E. Adams Industries Ltd.<br>P.O. Box 2483<br>Cedar Rapids, IA 52406-2483 |
| JIA, LLC d/b/a Santiagos<br>15310 East 108th Way<br>Commerce City, CO 80022-9852 | Jimco Sales and Manufacturing<br>3113 St. Louis Avenue<br>Fort Worth, TX 76110-4132 | John Masterson<br>3932 Azalea Street<br>Pueblo, CO 81005-3034 |
| Johnson Brothers Finocchiaro<br>9320 J Street<br>Omaha, NE 68127-1207 | Johnstone Supply<br>P.O. Box 40605<br>Denver, CO 80204-0605 | KSG Distributing<br>1121 West Flint Meadow<br>Kaysville, UT 84037-9564 |

Kent News Co., LLC
100511 Airport Road
Scottsbluff, NE 69361-7619

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202-4432

Krispy Kreme
P.O. Box 400730
Las Vegas, NV 89140-0730

Kubat Equipment and Service Co.
1070 South Galapago Street
Denver, CO 80223-2804

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

Kutner Brinen Garber, P.C.
1660 Lincoln St., Ste. 1850
Denver, CO 80264-9911

L. Frances Camel Company
2500C North Lynndale Drive
Appleton, WI 54914-6078

Larry's Glass
211 West 5th Street
North Platte, NE 69101-3925

Loomis
Department 0757
P.O. Box 120001
Dallas, TX 75312-0757

Ludvik Propane Gas
111 West 7th Street
Walsenburg, CO 81089-2209

MC2 Equipment and Parts
P.O. Box 4868
Parker, CO 80134-1454

MK 19 Investments, LLC
c/o Palmer Property Management
3711 John F. Kennedy Parkway
Suite 340
Fort Collins, CO 80525-2658

William J Maloney
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Mark VII Equipment, Inc.
World Headquarters
5981 Tennyson Street
Arvada, CO 80003-6904

Matheson Tri-Gas, Inc.
Department 3028
P.O. Box 123028
Dallas, TX 75312-3028

McLane Western, Inc.
P.O. Box 6138
Temple, TX 76503-6138

Meier Business Systems, Inc.
7872 Solution Center
Chicago, IL 60677-7008

Micro Center
P.O. Box 848
Hilliard, OH 43026-0848

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

Mountain States Specialties, Inc.
1671 Valtec Lane
Boulder, CO 80301-4620

Multiline Internatinal Imports, Inc.
5786 Logan Court
Denver, CO 80216-1405

NMC Exchange, LLC
Department 1784
P.O. Box 911784
Denver, CO 80291-1784

Nebraska Logos, Inc.
315 South 9th Street
Suite 207
Lincoln, NE 68508-2276

Nebraska Lottery
301 Centennial South
P.O. Box 98901
Lincoln, NE 68509-8901

Net Sales, Inc.
P.O. Box 22438
Eugene, OR 97402-0418

New Age Beverage Company
1700 East 68th Avenue
Denver, CO 80229-7303

North Platte Bulletin
1300 East 4th
Suite F
North Platte, NE 69101-4393

Northeast Fire Safety
P.O. Box 935
Fort Morgan, CO 80701-0935

Northwest Concessions Supply
10800 S.E. Highway 12
Clackamas, OR 97015

Northwest Fire Extinguisher
850 North Franklin Avenue
P.O. Box 894
Colby, KS 67701-0894

| | | |
|---|---|---|
| Northwest Parkway, LLC<br>3701 Northwest Parkway<br>Broomfield, CO 80023-9479 | NuCo2, LLC<br>P.O. Box 417902<br>Boston, MA 02241-7902 | John A. O'Brien<br>1200 17th St.<br>Ste. 1900<br>Denver, CO 80202-5854 |
| Offen Petroleum, Inc.<br>c/o Ronald Fano, Esq./Jamie Cotter, Esq.<br>Spencer Fane, LLP<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203-4554 | Office Pride<br>P.O. Box 577<br>Franklin, IN 46131-0577 | Opis<br>Oil Price Information Service, LLC<br>P.O. Box 9407<br>Gaithersburg, MD 20898-9407 |
| PDI<br>3407 South 31st Street<br>Temple, TX 76502-1944 | Parker Car Care Partners, LLC<br>10555 East Dartmouth Avenue<br>Suite 360<br>Aurora, CO 80014-2635 | Paulson Enterprises<br>8000 Robb Parkway<br>Arvada, CO 80005-2075 |
| Philip A. Pearlman<br>1700 Lincoln St.<br>Ste. 2000<br>Denver, CO 80203-4554 | PenSys, Inc.<br>2440 Professional Drive<br>Suite 100<br>Roseville, CA 95661-7773 | Pepsi Cola of Western Nebraska<br>ATTN  Accounts Receivable<br>1901 Windhoek Drive<br>Lincoln, NE 68512-1269 |
| Pepsi-Cola Denver<br>P.O. Box 841828<br>Dallas, TX 75284-1828 | Pioneer Distributing Co.<br>P.O. Box 118<br>Gering, NE 69341-0118 | Platinum Sign Company, LLC<br>2916 Highway 6 and 24<br>I70B<br>Grand Junction, CO 81504-8613 |
| Polisnelli Shughart, P.C.<br>P.O. Box 878681<br>Kansas City, MO 64187-8681 | Presto-X<br>P.O. Box 14087<br>Reading, PA 19612-4087 | Property Tax Advisors, Inc.<br>3090 South Jamaica Court<br>Suite 204<br>Aurora, CO 80014-2683 |
| Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Quality Sound and Communications<br>P.O. Box 51<br>Hastings, NE 68902-0051 | Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 |
| Ramons Burritos<br>2695 West 92nd Avenue<br>Suite #C<br>Federal Heights, CO 80260-5259 | Rampart Supply, Inc.<br>P.O. Box 1089<br>Colorado Springs, CO 80901-1089 | Red Bull Distribution Co. of Colorado<br>P.O. Box 204750<br>Dallas, TX 75320-4750 |
| Red Hawk Fire & Security<br>P.O. Box 677685<br>Dallas, TX 75267-7685 | Reddy Ice Corporation<br>P.O. Box 730505<br>Dallas, TX 75373-0505 | Republic National Distributing Company<br>8000 Southpark Terrace<br>Littleton, CO 80120-5605 |
| Republic National Distributing Company<br>8648 South 117 Street<br>La Vista, NE 68128-5525 | Resource Environmental Group Services<br>7871 Brighton Road<br>Commerce City, CO 80022 | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 |

Rising Sun Bakery
208 Clayton Street
Brush, CO 80723-2104

Rocky Mountain Coors Distributing Co.
4710 Northpark Drive
Colorado Springs, CO 80918-3816

Rocky Mountain Electronic Security, LLC
575 Valley Street
Unit 5
Colorado Springs, CO 80915-3715

Rocky Mountain Ice Corp.
P.O. Box 501
Olathe, CO 81425-0501

Rocky Mountain Petroleum Services
4490 South Wilcott Court
Denver, CO 80236-3324

Rocky Mountain Pipeline
P.O. Box 414486
Boston, MA 02241-4486

Rye Septic Service
8245 Park Road
Rye, CO 81069-8700

Ryko
3217 Momentum Place
Dept. CH 16670
Chicago, IL 60689-5332

Safe Systems, Inc.
421 South Pierce Avenue
Louisville, CO 80027-3019

Salida Fire Extinguisher
944 East Rainbow Blvd.
Suite 302
Salida, CO 81201-2971

Sandhills Distributing
720 Lake Drive
North Platte, NE 69101-7845

Santiago's Johnstown, LLC
12 South Parish Avenue
Johnstown, CO 80534-7800

Santiagos Mexican Restaurant
16698 Leyden Street
Brighton, CO 80602-6049

Scent Bomb
8728 Apache Plume Drive
Parker, CO 80134-3963

Craig K. Schuenemann
1700 Lincoln St., Ste. 4100
Denver, CO 80203-4541

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Seven Up/RC Bottling
P.O. Box 504550
Saint Louis, MO 63150-4550

Snell Services, Inc.
P.O. Box 629
North Platte, NE 69103-0629

Snowball Distribution
P.O. Box 150988
Lakewood, CO 80215-0988

Southern Foods Group dba Meadow Gold
P.O. Box 710962
Denver, CO 80271-0962

Southern Wine & Spirits
5270 Fox Street
Denver, CO 80216-1604

Spectrum Screen Print & Design
4258 Kearney Street
Denver, CO 80216-4621

Springer and Steinberg
1600 Broadway
Suite 1200
Denver, CO 80202-4920

Standard Sales Co., LP - Pueblo
130 Greenhorn Drive
Pueblo, CO 81004-4075

Standard Sales Company - Colo. Springs
4330 Mark Dabling Blvd.
Colorado Springs, CO 80907-4208

Steamboat Ice Co., LLC
32790 South Elk Drive
Steamboat Springs, CO 80487-9480

Sterling Distributing
4433 South 96th Street
ATTN  Debbie
Omaha, NE 68127-1241

Mark G. Stingley
1200 Main St., Ste. 3800
Kansas City, MO 64105-2122

Stone Paving Co.
1210 Skinner Drive
North Platte, NE 69101-7271

Stone Sales and Marketing, LLC
11494 West 105th Way
Westminster, CO 80021-6678

| | | |
|---|---|---|
| Suncor Energy USA , Inc.<br>717 17th Street, Suite 2900<br>Denver, CO 80202-3324 | Suncor Energy USA , Inc.<br>c/o Mark G. Stingley<br>Bryan Cave<br>1200 Main Street, Suite 3500<br>Kansas City, MO 64105-2139 | Superior Alarm & Fire Protection<br>P.O. Box 1706<br>Montrose, CO 81402-1706 |
| Superior Firewood<br>11000 Northeast Frontage Road<br>Wellington, CO 80549-1705 | Surveillance-Video.com<br>387 Canal Street<br>New York, NY 10013-1615 | Sutherland Rodeo<br>38174 West Walker Road<br>Sutherland, NE 69165-2034 |
| Swire Coca Cola<br>P.O. Box 1380<br>Draper, UT 84020-1380 | Sysco Lincoln<br>P.O. Box 80068<br>Lincoln, NE 68501-0068 | TEBO Store Fixtures<br>5771 Logan Street<br>Denver, CO 80216-1323 |
| TNCI<br>P.O. Box 981038<br>Boston, MA 02298-1038 | Tanya Faye Enteprises dba Santiagos<br>860 Kinner Street<br>Castle Rock, CO 80109-1514 | Taste of Paradise<br>814 West 1st Street<br>Ogallala, NE 69153-2421 |
| Telvent DTN<br>26385 Network Place<br>Chicago, IL 60673-1263 | Terminix Processing Center<br>P.O. Box 742592<br>Cincinnati, OH 45274-2592 | The Brenmar Company, Inc.<br>P.O. Box 3770<br>Omaha, NE 68103-0770 |
| The Style N, Inc.<br>326 North Western Avenue<br>Suite 216<br>Los Angeles, CA 90004-2602 | Tielke's Sandwich<br>87291 486th Avenue<br>Emmet, NE 68734-3813 | Titan Distributing, LLC<br>2031 Bryant Street<br>Unit 5<br>Denver, CO 80211-5114 |
| Topics Entertainment<br>Countertop Software<br>P.O. Box 1419<br>Renton, WA 98057-1419 | Transpac, Inc.<br>Lockbox FBO Transpac, Inc.<br>5337 Reliable Parkway<br>Chicago, IL 60686-0053 | Tri County Fire Protection<br>P.O. Box 309<br>Rifle, CO 81650-0309 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 | Ultimax, Inc.<br>1981 West 64th Lane<br>Denver, CO 80221-2348 | Paul G. Urtz<br>1660 Lincoln St.<br>Ste. 2850<br>Denver, CO 80264-2800 |
| VSD 4, LLC<br>P.O. Box 8216<br>Waco, TX 76714-8216 | Valiant Store Fixtures<br>12498 West Prentice Drive<br>Littleton, CO 80127-6215 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| Virgil Curry<br>12910 Road 16<br>Sidney, NE 69162-3023 | Wells Fargo Bank<br>ATTN: Mike Lazerri<br>9350 East Arapahoe Road<br>Greenwood Village, CO 80112-3699 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |

| | | |
|---|---|---|
| Western Convenience Stores, Inc.<br>9849 East Easter Avenue<br>Centennial, CO 80112-3723 | Western Resources Group<br>3305 West H Street<br>Ogallala, NE 69153 | Wildwest Munchies<br>546 SE 8th Street<br>Suite C-12<br>Loveland, CO 80537-6551 |
| Wyoming Beverage of Wyoming<br>P.O. Box 46<br>Cheyenne, WY 82003-0046 | Yant Equipment, Inc.<br>202 East River Street<br>Box 284<br>Ogallala, NE 69153-2711 | eCignatures, Inc.<br>50 South Havana Street<br>Suite 514<br>Aurora, CO 80012-1074 |
| inComm New E-Pay LLC<br>9701 Higgins Road<br>Suite 200<br>Rosemont, IL 60018-4714 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Colorado Lottery
Fiscal A/R Department
225 North Main Street
Pueblo, CO 81003

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Express Bank, FSB | (u)GE CAPITAL COMMERCIAL INC. | (u)High Plains Bank |
| (u)Investigative Resources | (u)McLane Company, Inc.<br>Dallas | (u)Nabisco |
| (u)Offen Petroleum, Inc. | (u)Suncor Energy (U.S.A.) Inc.<br>717 17th Street<br>Suite 2900<br>Denver | (u)VSD 4 |

End of Label Matrix
Mailable recipients    276
Bypassed recipients      9
Total                  285