UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding/Minute Order

Date: January 15, 2016          **Honorable Thomas B. McNamara, Presiding**
                                                  Anne E.R. Tunnell, Law Clerk

In re: Western Convenience Stores, Inc.                    Case No. 15-23977  TBM

                                                                              Chapter 11

Debtor(s).

| | Appearances | | |
|---|---|---|---|
| Trustee | **U.S. Trustee** | Counsel | **Alan K. Motes** |
| Debtor(s) | | Counsel | **Lee M. Kutner** |
| Creditor | **Offen Petroleum, Inc.** | Counsel | **Jamie N. Cotter** |
| Creditor | **Suncor Energy (U.S.A.), Inc.** | Counsel | **Craig Schuenemann, Mark Stingley** |
| Creditor | **VSD 4 LLC** | Counsel | **Steven Abelman** |
| Creditor | **Colonial Pacific Leasing Corporation f/k/a GE Capital Commercial, Inc.** | Counsel | **Adam L. Hirsch** |
| Creditor | **State of Colorado** | Counsel | **James Holden, Lynda Atkins** |
| Creditor | **C.G.R.S., Inc.** | Counsel | **Scott Clark** |
| Creditor | **American Express Bank, FSB and American Express Travel Related Services Company, Inc.** | Counsel | **Paul Urtz, Darryl Laddin** |
| Creditor | **McLane Company, Inc.** | Counsel | **Gregory Hesse** |

Proceedings:   Final Hearing on Debtor's Motion for Use of Cash Collateral (Docket No. 7) and Objections/Limited Objections filed by: the State of Colorado, Lottery Division (Docket No. 77); Suncor Energy (U.S.A.) Inc. (Docket Nos. 91 & 97); Offen Petroleum, Inc. (Docket No. 92); VSD 4 (Docket No. 93); GE Capital Commercial, Inc. (Docket No. 96); and the State of Colorado Department of Revenue (Docket No. 99).  The United States Trustee presented oral objections.

[X] Debtor tendered a copy of the Second Interim Order Authorizing Postpetition Use of Cash Collateral along with the Budget as Exhibit 1 attached thereto.

[X] Suncor Energy (U.S.A.), Inc., VSD 4 LLC, Colonial Pacific Leasing Corp., American Express Bank, FSB and American Express Travel Related Services Company, Inc. consented to Debtor's use of cash collateral in accordance with the Budget and the form of Order tendered to the Court.

[X] Witnesses Sworn: Hossein Taraghi;   [X] Debtor marked the Budget attached as Exhibit 1 to the Second Interim Order Authorizing Postpetition Use of Cash Collateral as Exhibit A.

[X] Following the examination of Hossein Taraghi and the testimony he offered, Offen Petroleum, Inc. and the State of Colorado consented to Debtor's use of cash collateral in accordance with the Budget and the form of Order tendered to the Court.

[X] Debtor provided a minor revision to ¶ 7(a) to meet the comments of the United States Trustee.

[X] Oral Findings and Conclusions made of record.

Orders:

[X] In light of all parties with interests in cash collateral consenting to Debtor's use of cash collateral, Debtor is authorized to use cash collateral pursuant to the form of Order as modified and the Budget attached thereto.

[X] The objections of the United States Trustee are overruled.

[X] Debtor's counsel shall submit a form of order with the agreed revised language to the Court electronically.

---

Date: January 15, 2016

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: *Anne E. R. Jurrell*