**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| Western Convenience Stores, Inc. | ) Case No. 15-23977-TBM |
| Tax ID / EIN: 84-1160742 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**UNITED STATES TRUSTEE'S APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following creditors to the Official Unsecured Creditors' Committee in this case:

- Wild West Munchies
  Attn:  Dan McGeen
  546 SE 8th St., c-12
  Loveland, CO 80537
  Tel:  (970) 396-9042
  Fax:  (970) 776-9527
  email:  danmcgeen@hotmail.com

- Kubat Equipment and Service Co.
  Attn:  Craig Hoyer
  1070 S. Galapago St.
  Denver, CO 80223
  Tel:  (303) 210-4441
  Fax:  (303) 777-2324
  choyer@kubatequip.com

- PepsiCo, Inc.
  Attn:  Conrad Ragan
  1100 Reynolds Blvd.
  Winston-Salem, NC  27105
  Tel:  (336) 896-5699
  Fax:  (336) 896-6003
  email:  conrad.ragan@pepsico.com

Dated: January 20, 2016            Respectfully submitted,

                                                     PATRICK S. LAYNG
                                                     UNITED STATES TRUSTEE

                                                     /s/ Alan K. Motes
                                                     By: Alan K. Motes, #33997
                                                     Trial Attorney for the U.S. Trustee
                                                     1961 Stout Street, Suite 12-200
                                                     Denver, Colorado 80294
                                                     (303) 312-7999 telephone
                                                     (303) 312-7259 facsimile
                                                     Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2016, a copy of the UNITED STATES TRUSTEE'S APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS was served by deposit in the United States Mail, postage prepaid, on the following parties:

Western Convenience Stores, Inc.
9849 East Easter Avenue
Centennial, CO 80112

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264

Wild West Munchies
Attn: Dan McGeen
546 SE 8th St., c-12
Loveland, CO 80537

Kubat Equipment and Service Co.
Attn: Craig Hoyer
1070 S. Galapago St.
Denver, CO 80223

PepsiCo, Inc.
Attn: Conrad Ragan
1100 Reynolds Blvd.
Winston-Salem, NC 27105

                                                     /s/ Alan K. Motes
                                                     Office of the United States Trustee