UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| WESTERN CONVENIENCE | ) Case No. 15-23977-TBM |
| STORES, INC. | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION FOR APPROVAL OF RESTRUCTURING SUPPORT AND SETTLEMENT AGREEMENT (SUNCOR ENERGY (U.S.A.) INC.)**

Offen Petroleum, Inc. ("**Offen**"), by and through its undersigned counsel, respectfully requests that the Court grant it an unopposed five day extension of time within which to file an objection to the Motion for Approval of Restructuring Support and Settlement Agreement (Suncor Energy (U.S.A) Inc.) (the "**Suncor Motion**"), and for support states:

1.  The Debtor filed the Suncor Motion on January 29, 2016. Currently, the objection deadline is set for February 19, 2016.

2.  Today, the Debtor also filed its Motion for Approval of Letter of Intent Regarding Prospective Financing (the "**LOI Motion**").

3.  In light of the information contained in the LOI Motion, Offen requests an additional five days, up to and including February 24, 2016, to evaluate the LOI and attempt to resolve its concerns regarding the Suncor Motion with the Debtor.

4.  The Debtor does not object to this request. Offen has not previously requested any extensions to this deadline, and no party will be prejudiced by this request. In fact, it is Offen's hope that this additional time will give the Debtor and Offen time to negotiate and potentially resolve these issues.

WHEREFORE, Offen respectfully requests that the Court will enter an Order granting it five additional days to file any objection to the Suncor Motion, with such objection to be due on or before February 24, 2016, and for such further and additional relief as may be just and proper.

Dated this 19th day of February, 2016

    SPENCER FANE LLP

    s/ Jamie N. Cotter, Esq.
    Philip A. Pearlman, #11426
    Jamie N. Cotter, #40309
    1700 Lincoln Street, Suite 2000
    Denver, Colorado 80203
    Ph.: (303) 839-3800
    Fax: (303) 839-3838
    E-mail:jcotter@spencerfane.com;
    ppearlman@spencerfane.com
    ATTORNEYS FOR OFFEN PETROLEUM, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 19, 2016, I served by prepaid first class mail a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION FOR APPROVAL OF RESTRUCTURING SUPPORT AND SETTLEMENT AGREEMENT (SUNCOR ENERGY (U.S.A.) INC.) on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

United States Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

Steven E. Abelman
410 Seventeenth St.
22nd floor
Denver, CO 80202

Adam L. Hirsch
1801 California St., Ste. 3100
Denver, CO 80202-2626

John A. O'Brien
1200 17th. St.
Ste. 1900
Denver, CO 80202-5854

Craig K. Schuenemann
1700 Lincoln St. Ste. 4100
Denver, CO 80203-4541

Paul G. Urtz
1660 Lincoln St.
Ste. 2850
Denver, CO 80264-2800

Ericka F. Houck Englert
1801 California St., Ste. 3400
Denver, CO 80202-2655

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202-4432

William J. Maloney
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Mark G. Stingley
1200 Main St., Ste. 3800
Kansas City, MO 64105-2122

Lynda L. Atkins
1300 Broadway
8th Floor
Denver, CO 80203-2104

Gregory G. Hesse
1445 Ross Ave.
Ste. 3700
Dallas, TX 75202-2755

Alan K. Motes
Bryon G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver CO 80264-9911

Gregory S. Bell
322 E. Oak St.
Fort Collins, CO 80524-2915

Jeffrey W. Dulberg
10100 Santa Monica Blvd.
13th Fl.
Los Angeles, CA 90067-4003

3

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067-4003

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80264-9911
Scott A. Clark
6400 S. Fiddler's Green Cir.
Ste. 1000
Greenwood Village, CO 80111-4957

Neal K. Dunning
2000 S. Colorado Blvd.
Tower Two
Ste. 700
Denver, CO 80222-7900

Ronald E. Gold
3300 Great American Tower
301 E. Fourth St.
Cincinnati, OH 45202-4245

James B. Holden
1300 Broadway
8th Floor
Denver, CO 80203-2104

Scottie S. Kleypas
6901 Shawnee Mission Parkway
Ste. 250
Overland Park, KS 66202-4029

Peter W. Ito
1550 Larimer St.
Ste. 667
Denver, CO 80202-1602

Douglas D. Koktavy
10200 E. Girard Ave.
Building B Ste 120
Denver, CO 80231-5500

Kutner Brinen Garber, P.C.
1660 Lincoln St., Ste. 1850
Denver, CO 80264-9911


Joseph D. Frank
325 N. LaSalle St.
Ste. 625
Chicago, IL 60654-6465

*/s/ Nikki M. Hoff*
Nikki M. Hoff