UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 15-23977-TBM
WESTERN CONVENIENCE STORES, INC. )
EIN: 84-1160742 ) Chapter 11
)
Debtor. )

### ORDER AUTHORIZING DEBTOR TO ASSUME
### SALES AND SERVICE AGREEMENT WITH KENT NEWS COMPANY

THIS MATTER having come before the Court on the Debtor's Motion to Assume Sales and Service Agreement with Kent News Company (the "Motion"), notice having been provided; no objection having been received; and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED;

2. The Debtor is authorized to assume the Service and Sale Agreement with Kent News Company; and

3. The Debtor is authorized to execute all necessary documents and make cure payments in compliance with this Order.

DONE and entered this __9th__ day of __March__, 2016 at Denver, Colorado.

_____
Honorable Thomas B. McNamara
United States Bankruptcy Judge