UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
 ) Case No. 15-23977-TBM
WESTERN CONVENIENCE STORES, INC. )
EIN: 84-1160742 ) Chapter 11
 )
  Debtor. )

## ORDER GRANTING MOTION FOR APPROVAL OF LETTER OF INTENT REGARDING PROSPECTIVE FINANCING

UPON CONSIDERATION OF Debtor's Motion For Approval of Letter of Intent Regarding Prospective Financing ("Motion"), the Court finds that Debtor asserts it has provided proper of its Motion and no objections have been filed. Accordingly, for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Debtor's Motion is granted and the Letter of Intent attached to the Motion as Exhibit A is approved as to the Debtor; and

2. The Debtor is authorized to take all actions and make all payments necessary to implement the Letter of Intent.

Date: March 9, 2016

BY THE COURT:

*Thomas B. McNamara*

Judge Thomas B. McNamara
United States Bankruptcy Judge