UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-23977-TBM |
| WESTERN CONVENIENCE STORES, INC. ) | |
| EIN: 84-1160742 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER
MOTION FOR APPROVAL OF RESTRUCTURING SUPPORT AND SETTLEMENT AGREEMENT (SUNCOR ENERGY (U.S.A.) INC.)**

On January 29, 2016, the Debtor, Western Convenience Stores, Inc., Movant, Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled Motion for Approval of Restructuring Support and Settlement Agreement (Suncor Energy (U.S.A.) Inc.)

Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on January 29, 2016.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Notice on January 29, 2016.

3. The docket numbers for each of the following relevant documents are:
    a. the motion and all documents attached thereto and served therewith, (Docket No. 149);
       the Notice attached thereto and served therewith, (Docket No. 150)
    b. the certificate of service of the motion and notice, (Docket Nos. 149 and 150); and
    d. the proposed order, (Docket No. 149).

4. Two reservations of rights ("Reservations") were filed with respect to the motion by the following parties:

    a. Colonial Pacific Leasing Corporation, Successor in Interest to G.E. Capital Commercial, Inc. (Docket No. 197);
    b. Offen Petroleum, Inc. (Docket No. 215)

5. Counsel for the Debtor has conferred with both of the parties who filed the Reservations and neither party objects to the Motion nor requires any form of hearing on their Reservation.

6. The Reservations filed by the two creditors are particular statements as to whatever rights they believe they retain. No party has or is required to agree with the Reservations and in particular Suncor Energy (U.S.A.) Inc. does not agree with or consent to the statements contained in the Reservations. Notwithstanding these positions, there is no need for the Court to determine any matter associated with the Motion.

7. Contemporaneously with the filing of this Certificate, the Debtor is filing a Notice of Amendments To Agreements With Suncor Energy (U.S.A.) Inc. The amendments do not substantively impact creditors in the case and clarify certain obligations of the parties.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted with the motion, granting the requested relief.

Dated: March 9, 2016

Respectfully submitted,

By: */s/ Lee M. Kutner*
Lee M. Kutner #10966
**KUTNER BRINEN GARBER, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-mail: lmk@kutnerlaw.com