UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )   Case No. 15-23977-TBM
WESTERN CONVENIENCE STORES, INC. )
EIN: 84-1160742                                 )   Chapter 11
                                                )
    Debtor.                                     )

**NOTICE OF MOTION TO APPROVE AGREEMENT WITH HIGH PLAINS BANK**

**OBJECTION DEADLINE: JULY 5, 2016**

    **YOU ARE HEREBY NOTIFIED** that the Debtor has filed a Motion to Approve Agreement with High Plains Bank ("Motion") and requests the following relief: approval of an Agreement with High Plains Bank ("Bank"). The Agreement clarifies the two loans the Debtor has with the Bank, the Bank's collateral positions, payment on the loans, and relief for the Bank should the Debtor not repay the loans by December 1, 2016. The Debtor expects to repay the loans with the proposed refinancing assuming its Plan of Reorganization is approved by the Court. The Agreement provides for the Debtor to continue to pay the Bank $11,398.96 and $3,000 per month respectively on the two loans until they are paid or mature. A copy of the pleading and its supporting exhibits is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

    In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: June 8, 2016                             Respectfully submitted,

                                                By:  */s/ Lee M. Kutner*
                                                     Lee M. Kutner, #10966

                                                **KUTNER BRINEN, P.C.**
                                                1660 Lincoln St., Suite 1850
                                                Denver, CO 80264
                                                Telephone: (303) 832-2400
                                                Telecopier: (303) 832-1510
                                                Email: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned further certifies that on June 8, 2016, I served by prepaid first class mail a copy of the foregoing **NOTICE OF MOTION TO APPROVE AGREEMENT WITH HIGH PLAINS BANK** was served by U.S. Regular Mail in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, and attached matrix form to court dated June 8, 2016:

DATED: June 8, 2016

By: /s/ Vicky Martina
Vicky Martina
**Kutner Brinen Garber, P.C.**
**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 15-23977-TBM<br>District of Colorado<br>Denver<br>Wed Jun  8 15:54:45 MDT 2016 | 1-Iron Commercial Premium<br>P.O. Box 17600<br>Denver, CO 80217-0600 | 4-B Distributing, Inc.<br>3042 Belford Court<br>Grand Junction, CO 81504-5836 |
| 500 South Lincoln LLC - Fuel<br>500 South Lincoln - Fuel<br>Steamboat Springs, CO 80487 | 500 South Lincoln, LLC<br>P.O. Box 882978<br>Steamboat Springs, CO 80488-2978 | 500 South Lincoln, LLC - MDSE<br>500 South Lincoln<br>Steamboat Springs, CO 80487 |
| 52/80 Designs<br>3833 Steele Street<br>Suite A<br>Denver, CO 80205-3612 | A-1 Backflow<br>410 Arrawanna Street<br>Colorado Springs, CO 80909-6205 | A-1 Backflow<br>9816 WCR 7<br>Longmont, CO 80504-9463 |
| A.C. Ice Company, Inc.<br>221 Hospital Road<br>Brush, CO 80723-1711 | ACI Services<br>2695 South Raritan Street<br>Englewood, CO 80110-1126 | AHT Cooling Systems USA, Inc.<br>3235 Industry Drive<br>Suite C<br>North Charleston, SC 29418-8479 |
| AMEX Merchant Financing<br>P.O. Box 981555<br>El Paso, TX 79998-1555 | Steven E. Abelman<br>410 Seventeenth St<br>22nd floor<br>Denver, CO 80202-4437 | Ace Ice Co., Inc. d/b/a Front Range Ice<br>221 Hospital Road<br>Brush, CO 80723-1711 |
| Affiliated Wastewater Environmental Serv<br>1701 West 64th Lane<br>Denver, CO 80221-2346 | Affordable Water Service, Inc.<br>3086 Shrider Road<br>Colorado Springs, CO 80920-3555 | Ahlers Baking, Inc.<br>1446 10th Street<br>Gering, NE 69341-2817 |
| Alert Security, Inc.<br>5261 South Quebec Street<br>Suite 200<br>Englewood, CO 80111-1819 | All Temp Services, Inc.<br>714 A Scarlett Drive<br>Grand Junction, CO 81505-9441 | American Express Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184-0002 |
| American Express Bank, FSB<br>c/o Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA 30363-1031 | American Express Travel Related Services<br>200 Vesey Street<br>New York, NY 10080-0001 | AmuseMints<br>3833 Steele Street<br>Suite A<br>Denver, CO 80205-3612 |
| Arctic Glacier/Icehouse<br>1654 Marthaler Lane<br>Saint Paul, MN 55118-3516 | Argo Partners<br>12 West 37th St 9th Fl<br>New York, NY 10018-7381 | Arrowhead Distributing Co.<br>P.O. Box 118<br>Gering, NE 69341-0118 |
| Lynda L. Atkins<br>1300 Broadway<br>8th Floor<br>Denver, CO 80203-2104 | Atmos Energy<br>P.O. Box 790311<br>Saint Louis, MO 63179-0311 | B & B Petroleum, LLC<br>P.O. Box 1561<br>North Platte, NE 69103-1561 |

| | | |
|---|---|---|
| B & K Distributing, Inc.<br>P.O. Box 772172<br>Steamboat Springs, CO 80477-2172 | BIMBO<br>Bimbo Bakeries USA<br>Attn Legal Dept.<br>255 Business Center Dr.<br>Horsham, PA 19044-3424 | Bauer Built, Inc.<br>Highway 25 South<br>P.O. Box 248<br>Durand, WI 54736-0248 |
| Baywatch Enterprises<br>4895 Moline Street<br>Denver, CO 80239-2600 | Gregory S. Bell<br>322 E. Oak St.<br>Fort Collins, CO 80524-2915 | Best Western<br>Grande River Inn & Suites<br>3228 I-70 Business Loop<br>Clifton, CO 81520-7600 |
| Best Western Inn - Bents Fort<br>P.O. Box 6<br>10950 E US 50<br>Las Animas, CO 81054-9416 | Best Western Rambler Motel<br>457 Highway 85-87<br>Walsenburg, CO 81089-9202 | Best Western Royal Gorge<br>1925 Fremont Drive<br>Canon City, CO 81212-2499 |
| Beverage Distributing<br>P.O. Box 17647<br>Denver, CO 80217-0647 | Big Family Foods, Inc.<br>3390 Peoria Street<br>Unit 302<br>Aurora, CO 80010-1410 | Black Hills Energy<br>105 South Victoria Avenue<br>ATTN New Business<br>Pueblo, CO 81003-3432 |
| Black Hills Energy<br>1102 East First Street<br>Papillion, NE 68046-7641 | Black Hills Energy<br>P.O. Box 6001<br>Rapid City, SD 57709-6001 | Blazer Electric Supply Co.<br>P.O. Box 636<br>Pueblo, CO 81002-0636 |
| Blue Rhino Corp.<br>P. O. Box 281956<br>Atlanta, GA 30384-1956 | Blue Rhino Corporation<br>One Liberty Plaza MD 40<br>Liberty, MO 64068-2970 | Blue Ridge Distributing<br>8945 J Street<br>Bay 9<br>Omaha, NE 68127-1409 |
| Board of Water Works of Pueblo, Colorado<br>P.O. Box 755<br>Pueblo, CO 81002-0755 | Bottling Group, LLC<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654-6465 | Breakthru Beverage Colorado<br>14200 E. Moncrieff Pl.<br>Aurora, CO 80011-1647 |
| Bristol Brewing Co.<br>1604 South Cascade Avenue<br>Colorado Springs, CO 80905-2237 | Brown Transfer Company<br>911 E. 11th St.<br>PO Box 158<br>Kearney, NE 68848-0158 | Brown Transfer Company<br>P.O. Box 158<br>Kearney, NE 68848-0158 |
| C.G.R.S., Inc.<br>1301 Academy Court<br>Fort Collins, Colorado 80524-8957 | CDOT Property Management<br>15285 South Golden Road<br>Building 47<br>Golden, CO 80401-3992 | CGRS, Inc.<br>1301 Academy Court<br>Fort Collins, CO 80524-8957 |
| CWPMA<br>1410 Grant Street<br>Suite B-103<br>Denver, CO 80203-1821 | Cabo Partners, LLC<br>8130 Buck Run<br>Salida, CO 81201-9377 | Calplush Mfg. Corporation<br>3575 South Santa Fe Avenue<br>Vernon, CA 90058-1443 |

Canon Business Solutions Central, Inc.
15004 Collections Center Drive
Chicago, IL 60693-0150

Cash-Wa Distributing
401 West 4th Street
Kearney, NE 68845-7825

Casper's Donuts, LLC
1706 Santa Fe Drive
Pueblo, CO 81006-1448

Central Distributing
3244 F 1/2 Road
Clifton, CO 81520-8174

Century Link
P.O. Box 29040
Phoenix, AZ 85038-9040

Century Link
P.O. Box 4300
Carol Stream, IL 60197-4300

Century Link
P.O. Box 91154
Seattle, WA 98111-9254

Chamber of Commerce Heart of the Rockies
406 West Highway 50
Salida, CO 81201-2299

Charles Dowden
12201 West Amherst Circle
Aurora, CO 80014

A. Troy Ciccarelli
2616 West Alamo Ave.
Littleton, CO 80120-1921

Ciccarelli Enterprises, LLLP
1010 Pikeview Street
Lakewood, CO 80215-4626

Ciccarelli Enterprises, LLLP
C/O A. Troy Ciccarelli
2616 West Alamo Ave.
Littleton, CO 80120-1921

Cintas Corporation
P.O. Box 88005
Chicago, IL 60680-1005

Citi Business Card
Processing Center
Des Moines, IA 50363-0001

Citicorp Leasing, Inc.
2600 Michelson Drive
Suite 1200
Irvine, CA 92612-6514

City of Fort Collins
Attn: Robin Cochran
300 LaPorte Ave.
PO Box 580
Fort Collins, CO 80522-0580

City of Fort Collins, Sales Tax
City Attorney's Office
Attn:  Robin Cochran
Fort Collins, CO 80522-0580

City of Grand Junction
250 North 5th Street
Grand Junction, CO 81501-2668

City of Thornton
Sales/Use Tax
P.O. Box 910222
Denver, CO 80291-0222

City of Thornton
Utility Billing
9500 Civic Center Drive
Denver, CO 80229-4326

Claims Recovery Group, LLC
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Ahlers Baking, Inc.
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Arrowhead Distributing
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Eagle Emblems, Inc.
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Hendrix Outdoors
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Mark VII Equipment
92 Union Ave.
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: New Age Beverage Company
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Pioneer Distributing
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Santiago's Johnstown, LLC
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Santiago's Mexican Restaurant
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Southern Foods Group
dba Meadow Gold
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
re: Tielke's Sandwich
92 Union Avenue
Cresskill, NJ 07626-2128

Scott A. Clark
6400 S. Fiddler's Green Cir.
Ste. 1000
Greenwood Village, CO 80111-4957

Coca Cola
P.O. Box 102703
Atlanta, GA 30368-2703

Coca Cola Bottling Co. High Country
P.O. Box 798
Rapid City, SD 57709-0798

Coca-Cola Bottling Co. High Country
2150 Coca-Cola Lane
Rapid City, SD 57702-9358

Coca-Cola Company
P.O. Box 840232
Dallas, TX 75284-0232

Coca-Cola Refreshments USA, Inc.
P.O. Box 840232
Dallas, TX 75284-0232

Colonial Pacific Leasing Corporation
c/o Kutak Rock LLP
1801 California Street, Suite 3000
Denver, Colorado 80202-2652
Attn: Adam L. Hirsch

State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
8th Floor
Denver, CO 80203-2104

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Colorado Logos
C/O Lamar Advertising Company
PO Box 70896
Baton Rouge, LA 70896

Colorado Logos, Inc.
7717 West 6th Avenue
Suite #H
Lakewood, CO 80214-6402

(p)COLORADO LOTTERY
225 N MAIN STREET
PUEBLO CO 81003-3074

Colorado Petroleum Products Co.
5590 High Street
Denver, CO 80216-1523

Colorado Petroleum Products Company
C/O Susan Linsley Martineau
12151 Spruce Street
Thornton, CO 80602-8186

Colorado Springs Utilities
P.O. Box 1103
Colorado Springs, CO 80947-0010

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Complete Door Systems, Inc.
8100 Dahlia Street
Building 4
Henderson, CO 80640-7940

Compufact Research, Inc.
1236 Jungermann Road
Suite H-1
Saint Peters, MO 63376-6962

Coors Distribution of North Platte
642 North Willow Street
North Platte, NE 69101-2976

Corporate Grounds Maintenance, LLC
2139 Savage Road
Elizabeth, CO 80107-8468

Jamie N. Cotter
1700 Lincoln St.
Ste. 2000
Denver, CO 80203-4554

Cranmore Fire Protection
17460 Colorado Road 36
Julesburg, CO 80737

Creager Mercantile
4900 Acoma Street
Denver, CO 80216-2031

Crestview Water & Sanitation
P.O. Box 21299
Denver, CO 80221-0299

Crystal Clear WaterTreatment
12834 West 7th Place
Golden, CO 80401-4641

Culligan - Ogallala
120 East J Street
Ogallala, NE 69153-2751

Culligan of Denver
Lockbox Processing
P.O. Box 2932
Wichita, KS 67201-2932

DAGS, LLC
ATTN Dana Houlton
P.O. Box 3743
Littleton, CO 80161-3743

DMF Bait Co.
1130 Sylvertis Street
Waterford, MI 48328-2028

Daylight Donuts - La Junta
114 Santa Fe
La Junta, CO 81050-1523

Days Inn - Sidney
3042 Silverberg Drive
Sidney, NE 69162-3033


Debra Taraghi
4285 South Hudson Parkway
Englewood, Colorado 80113-5053

Deli Express
16101 West 78th Street
Eden Prairie, MN 55344-5798

Delta-Montrose Electric Association
P.O. Box 910
Montrose, CO 81402-0910


Dietrich Distributing
102 Lake View Drive
Gering, NE 69341-1757

Don Ramon's Burritos
11214 Vrain Drive
Westminster, CO 80031-7806

Donald G. Wolfe
dba Rising Sun Bakery
208 Clayton St.
Brush, CO 80723-2104


Douglas County Septic
P.O. Box 418
Franktown, CO 80116-0418

Douglas Harpel
c/o Douglas D. Koktavy, P.C.
Building B, Suite 120
10200 E. Girard Ave.
Denver, CO 80231-5500

Drydun, Inc./Shield Services, Inc.
2034 South Bannock
Denver, CO 80223-3913


Jeffrey W. Dulberg
10100 Santa Monica Blvd.
13th Fl.
Los Angeles, CA 90067-4003

Neal K. Dunning
2000 S. Colorado Blvd.
Tower Two
Ste. 700
Denver, CO 80222-7900

Eagle Emblems, Inc.
11365 Commercial Parkway
Castroville, CA 95012-3203


Earthgrains
21066 Network Place
Chicago, IL 60673-1210

Eaton Sales & Service, LLC
P.O. Box 16405
Denver, CO 80216-0405

El Paso County Treasurer
PO Box 2018
Colorado Springs, CO 80901-2018


Elite Snow Removal
ATTN  Jerilyn Harmon
P.O. Box 1480
Parker, CO 80134-1401

Elite Snow Removal
P. O. Box 1480
Parker, CO 80134-1401

Ericka F. Houck Englert
1801 California St., Ste. 3400
Denver, CO 80202-2655


Envirotech Pest Solutions
7344 South Alton Way
Unit C
Centennial, CO 80112-2326

Evers General Const. Co LLC
6330 Washington #17
Denver, CO 80216-1146

Evers General Construction Co.
P.O. Box 369
Castle Rock, CO 80104-0369


Express Toll
22470 East 6th Parkway
Suite 110
Aurora, CO 80018-2426

Express Toll
E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217-5470

Faison Office Products Co.
3251 Revere Street
Suite 200
Aurora, CO 80011-1847


FedEx TechConnect, Inc.
3965 Airways Blvd.
Module G, 3rd Floor
Memphis, TN  38116-5017

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515

Ferrellgas Propane
P.O. Box 173940
Denver, CO 80217-3940

Ferrellgas, Inc.
One Liberty Plaza, MD 40
Liberty, MO 64068-2971

Fox Rothschild
1225 17th Street
Suite 2200
Denver, CO 80202-5516

Fox Rothschild
c/o Prince Thomas
2000 Market Street
20th Floor
Philadelphia, PA 19103-3222

Joseph D. Frank
325 N. LaSalle St.
Ste. 625
Chicago, IL 60654-6465

Freeman Signs, Inc.
3883 North Monaco Parkway
Denver, CO 80207-1435

Frito-Lay North America, Inc.
c/o Joseph D. Frank
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60654-6465

Frito-Lay, Inc.
75 Remittance Drive
Suite 1217
Chicago, IL 60675-1217

Frosty Freeze West, LLC
2591 Legacy Way
Grand Junction, CO 81503-1789

G. Bradford Enterprises, Inc.
P.O. Box 9327
Raytown, MO 64133-0127

GCR Tire Centers
518 East 4th Street
North Platte, NE 69101-6907

Gehl's Guernsey Farms, Inc.
P.O. Box 88238
Milwaukee, WI 53288-0230

Global Petroleum Electronic Builders
4880 Robb, Unit 5
Wheat Ridge, CO 80033-2163

Matthew A Gold
Argo Partners
12 West 37th St.
9th Fl
NY, NY 10018-7381

Ronald E. Gold
3300 Great American Tower
301 E. Fourth St.
Cincinnati, OH 45202-4245

Grainger
Department 851137257
P.O. Box 419267
Kansas City, MO 64141-6267

Gustave A Larson Company
Box 774402
4402 Solution Center
Chicago, IL 60677-4004

H.D.T. Eight Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Eighteen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Eleven Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Fifteen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Five Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Forty Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Forty Three Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Forty Two Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Four Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Fourteen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Nineteen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. One Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Seven Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Seventeen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Six Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Sixteen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Ten Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirteen Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Eight Limited Liability Compan
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Five Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Four Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Nine Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty One Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Seven Limited Liability Compan
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Three Limited Liability Compan
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Thirty Two Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Three Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Eight Limited Liability Compan
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Five Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Four Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Nine Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty One Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Seven Limited Liability Compan
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Six Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Three Limited Liability Compan
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Twenty Two Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

H.D.T. Two Limited Liability Company
c/o Michael Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

HR Direct
P.O.Box 669390
Pompano Beach, FL 33066-9390

Hampton Inn North Platte
200 Platte Oasis Parkway
North Platte, NE 69101-7665

Hampton Inn Pueblo
3315 Gateway Drive
Pueblo, CO 81004-3873

Hampton Inn Steamboat Springs
725 South Lincoln Avenue
P.O. Box 881510
Steamboat Springs, CO 80488-1510

| | | |
|---|---|---|
| Harpel Oil Co.<br>ATTN: Douglas Harpel<br>5480 Brighton Blvd.<br>Commerce City, CO 80022-3607 | Harpel Oil Company<br>c/o Douglas D. Koktavy, P.C.<br>10200 E. Girard Avenue<br>Suite B-120<br>Denver, CO 80231-5590 | Hendrix Outdoors<br>222 East Center Street<br>Fallon, NV 89406-3410 |
| Henning Brothers Leasing<br>P.O. Box 309<br>Kearney, NE 68848-0309 | Gregory G. Hesse<br>1445 Ross Ave.<br>Ste. 3700<br>Dallas, TX 75202-2755 | Hi-Way Distributing<br>3716 East State Street<br>Barberton, OH 44203-4548 |
| Hi-Way Distributing<br>C/O Claims Recovery Group, LLC<br>92 Union Ave.<br>Cresskill, NJ 07626-2128 | High Plains<br>P.O. Box 771<br>Scottsbluff, NE 69363-0771 | High Plains Bank<br>235 South Ash<br>P.O. Box 329<br>Bennett, CO 80102-0329 |
| High Plains Bank<br>3000 Youngfield<br>Suite 338<br>Lakewood, CO 80215-6553 | High Plains Bank<br>C/O John O'Brien<br>1200 Seventeenth St. Ste 1900<br>Denver, CO 80202-5854 | Hiland Diary Foods Company, LLC<br>P.O. Box 3825<br>Omaha, NE 68103-0825 |
| Adam L. Hirsch<br>1801 California St., Ste. 3100<br>Denver, CO 80202-2626 | James B. Holden<br>1300 Broadway<br>8th Floor<br>Denver, CO 80203-2104 | Home Fresh Foods<br>4340 Glencoe Street<br>Denver, CO 80216-4508 |
| Home Lumber & Supply Co.<br>300 West Railroad Street<br>Hershey, NE 69143 | Hubert Company<br>25401 Network Place<br>Chicago, IL 60673-1254 | Hubert Company LLC<br>9555 Dry Fork Rd.<br>Harrison, OH 45030-1994 |
| IPC (USA), Inc.<br>Bucknell Stehlik Sato & Stubner LLP<br>ATTN: Jerry N. Stehlik<br>2003 Western Ave., Suite 400<br>Seattle, WA 98121-2142 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Ingle Supply Company<br>904 West 10th Street<br>Pueblo, CO 81003-2096 |
| Intermountain Distributing Company<br>P.O. Box 650<br>New Castle, CO 81647-0650 | Intermountain Rural Electric Association<br>P.O. Box Drawer A<br>Sedalia, CO 80135 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| International Wholesale Supply<br>ATTN  Accounts Receivable<br>11559 Rock Island Court<br>Maryland Heights, MO 63043-3522 | International Wholesale Supply, Inc.<br>11559 Rock Island Ct.<br>Maryland Heights, MO 63043-3522 | Iron Mountain<br>P.O. Box 915004<br>Dallas, TX 75391-5004 |
| Peter W. Ito<br>1550 Larimer St.<br>Ste. 667<br>Denver, CO 80202-1602 | J-8 Equipment Company, Inc.<br>P.O. Box 40402<br>Denver, CO 80204-0402 | J.E. Adams Industries Ltd.<br>P.O. Box 2483<br>Cedar Rapids, IA 52406-2483 |

J8 Equipment Co.
C/O Tom Green
1305 Osage St.
Denver, CO 80204-2437

JIA, LLC d/b/a Santiagos
15310 East 108th Way
Commerce City, CO 80022-9852

Jimco Sales and Manufacturing
3113 St. Louis Avenue
Fort Worth, TX 76110-4132


John Masterson
3932 Azalea Street
Pueblo, CO 81005-3034

Johnson Brothers Finocchiaro
9320 J Street
Omaha, NE 68127-1207

Johnstone Supply
P.O. Box 40605
Denver, CO 80204-0605


KSG Distributing
1121 West Flint Meadow
Kaysville, UT 84037-9564

Kent News Co., LLC
100511 Airport Road
Scottsbluff, NE 69361-7619

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202-4432


Scottie S. Kleypas
6901 Shawnee Mission Parkway
Ste. 250
Overland Park, KS 66202-4029

Douglas D. Koktavy
10200 E. Girard Ave.
Building B Ste 120
Denver, CO 80231-5500

Krispy Kreme
P.O. Box 400730
Las Vegas, NV 89140-0730


Kubat Equipment and Service Co.
1070 South Galapago Street
Denver, CO 80223-2804

Robert A. Kumin
6901 Shawnee Mission Parkway
Ste. 250
Overland Park, KS 66202-4029

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911


Kutner Brinen Garber, P.C.
1660 Lincoln St., Ste. 1850
Denver, CO 80264-9911

L. Frances Camel Company
2500C North Lynndale Drive
Appleton, WI 54914-6078

Darryl S. Laddin
171 17th St., NW
Ste. 2100
Atlanta, GA 30363-1031


Larry's Glass
211 West 5th Street
North Platte, NE 69101-3925

David J. Lisko
633 17th St., Ste. 2300
Denver, CO 80202-3623

Loomis
Department 0757
P.O. Box 120001
Dallas, TX 75312-0757


Ludvik Propane Gas
111 West 7th Street
Walsenburg, CO 81089-2209

MC2 Equipment and Parts
P.O. Box 4868
Parker, CO 80134-1454

MK 19 Investments, LLC
1025 South Colorado Blvd.
Denver, CO 80246-2403


MK 19 Investments, LLC
c/o Palmer Property Management
3711 John F. Kennedy Parkway
Suite 340
Fort Collins, CO 80525-2658

William J Maloney
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Mark VII Equipment, Inc.
World Headquarters
5981 Tennyson Street
Arvada, CO 80003-6904


Susan L. Martineau
12151 Spruce St.
Thornton, CO 80602-8186

Matheson Tri-Gas, Inc.
Department 3028
P.O. Box 123028
Dallas, TX 75312-3028

McLane Company, Inc.
Attn: Neal Mayes
4747 McLane Parkway
Temple, TX 76504-4854

McLane Western, Inc.
P.O. Box 6138
Temple, TX 76503-6138

Meier Business Systems, Inc.
7872 Solution Center
Chicago, IL 60677-7008

Micro Center
P.O. Box 848
Hilliard, OH 43026-0848

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mountain Blue LLC
dba Rocky Mountain Ice
PO Box 501
Olathe, CO 81425-0501

Mountain States Specialties, Inc.
1671 Valtec Lane
Boulder, CO 80301-4620

Multiline Internatinal Imports, Inc.
5786 Logan Court
Denver, CO 80216-1405

NMC
11002 Sapp Brothers Drive
Omaha, NE 68138-4812

NMC Exchange, LLC
Department 1784
P.O. Box 911784
Denver, CO 80291-1784

NRC Realty & Capital Advisors, LLC
8601 N. Scottsdale Rd., Ste. 310
Scottsdale, AZ 85253-2738

Neal Mayes
McLane Company, Inc.
4747 McLane Parkway
Temple, TX 76504-4854

Nebraska Department of Revenue
P.O. Box 94818
Lincoln, NE 68509-4818

Nebraska Logos, Inc.
315 South 9th Street
Suite 207
Lincoln, NE 68508-2276

Nebraska Lottery
301 Centennial South
P.O. Box 98901
Lincoln, NE 68509-8901

Net Sales, Inc.
P.O. Box 22438
Eugene, OR 97402-0418

New Age Beverage Company
1700 East 68th Avenue
Denver, CO 80229-7303

North Platte Bulletin
1300 East 4th
Suite F
North Platte, NE 69101-4393

Northeast Fire Safety
P.O. Box 935
Fort Morgan, CO 80701-0935

Northwest Concessions Supply
10800 S.E. Highway 12
Clackamas, OR 97015

Northwest Fire Extinguisher
850 North Franklin Avenue
P.O. Box 894
Colby, KS 67701-0894

Northwest Parkway, LLC
3701 Northwest Parkway
Broomfield, CO 80023-9479

NuCo2, LLC
P.O. Box 417902
Boston, MA 02241-7902

John A. O'Brien
1200 17th St.
Ste. 1900
Denver, CO 80202-5854

Offen Petroleum, Inc.
c/o Ronald Fano, Esq./Jamie Cotter, Esq.
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203-4554

Office Pride
P.O. Box 577
Franklin, IN 46131-0577

(c)OFFICE OF THE ATTORNEY GENERAL
STATE OF COLORADO
1525 N SHERMAN ST STE 700
DENVER CO  80203-1700

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, D.C. 20530-0001

Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598

Opis
Oil Price Information Service, LLC
P.O. Box 9407
Gaithersburg, MD 20898-9407

PDI
3407 South 31st Street
Temple, TX 76502-1944

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Fl.<br>Los Angeles, CA 90067-4003 | Parker Car Care Partners, LLC<br>10555 East Dartmouth Avenue<br>Suite 360<br>Aurora, CO 80014-2635 | Paulson Enterprises<br>8000 Robb Parkway<br>Arvada, CO 80005-2075 |
| Philip A. Pearlman<br>1700 Lincoln St.<br>Ste. 2000<br>Denver, CO 80203-4554 | PenSys, Inc.<br>2440 Professional Drive<br>Suite 100<br>Roseville, CA 95661-7773 | Pepsi Cola of Western Nebraska<br>ATTN Accounts Receivable<br>1901 Windhoek Drive<br>Lincoln, NE 68512-1269 |
| Pepsi-Cola Denver<br>P.O. Box 841828<br>Dallas, TX 75284-1828 | PepsiCo., Inc.<br>ATTN: Conrad Ragan<br>1100 Reynolds Blvd.<br>Winston-Salem, NC 27105-3400 | Phillips 66 Company<br>c/o Candice S. Schiffman<br>Special Counsel<br>3010 Briarpark Drive<br>Houston, Texas 77042-3706 |
| Pioneer Distributing Co.<br>P.O. Box 118<br>Gering, NE 69341-0118 | Platinum Sign Company, LLC<br>2916 Highway 6 and 24<br>I70B<br>Grand Junction, CO 81504-8613 | Polisnelli Shughart, P.C.<br>P.O. Box 878681<br>Kansas City, MO 64187-8681 |
| Jeffrey N. Pomerantz<br>10100 Santa Monica, 13th Floor<br>Los Angeles, CA 90067-4003 | Presto-X<br>P.O. Box 14087<br>Reading, PA 19612-4087 | Property Tax Advisors, Inc.<br>3090 South Jamaica Court<br>Suite 204<br>Aurora, CO 80014-2683 |
| Public Service Co<br>Attn: Kimbra Seawright<br>4701 Park Side Dr.<br>Amarillo, TX 79109-7509 | Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Quality Sound and Communications<br>P.O. Box 51<br>Hastings, NE 68902-0051 |
| Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | Mark H. Ralston<br>13155 Noel Rd.<br>Ste. 700<br>Dallas, TX 75240-5030 | Ramons Burritos<br>2695 West 92nd Avenue<br>Suite #C<br>Federal Heights, CO 80260-5259 |
| Rampart Plumbing & Heating Supply<br>Rampart Supply<br>1801 N Union St<br>Colorado Springs, CO 80909-2228 | Red Bull Distribution Co. of Colorado<br>P.O. Box 204750<br>Dallas, TX 75320-4750 | Red Bull Distribution Company, Inc.<br>Frost Brown Todd LLC c/o Ronald E. Gold<br>3300 Great American Tower<br>301 E. Fourth St.<br>Cincinnati, OH 45202-4245 |
| Red Hawk Fire & Security<br>P.O. Box 677685<br>Dallas, TX 75267-7685 | Reddy Ice Corporation<br>P.O. Box 730505<br>Dallas, TX 75373-0505 | Republic National Distributing Company<br>8000 Southpark Terrace<br>Littleton, CO 80120-5605 |
| Republic National Distributing Company<br>8648 South 117 Street<br>La Vista, NE 68128-5525 | Resource Environmental Group Services<br>7871 Brighton Road<br>Commerce City, CO 80022 | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80264-9911 |

| | | |
|---|---|---|
| Rising Sun Bakery<br>208 Clayton Street<br>Brush, CO 80723-2104 | Rocky Mountain Coors Distributing Co.<br>4710 Northpark Drive<br>Colorado Springs, CO 80918-3816 | Rocky Mountain Electronic Security, LLC<br>575 Valley Street<br>Unit 5<br>Colorado Springs, CO 80915-3715 |
| Rocky Mountain Ice Corp.<br>P.O. Box 501<br>Olathe, CO 81425-0501 | Rocky Mountain Petroleum Services<br>4490 South Wilcott Court<br>Denver, CO 80236-3324 | Rocky Mountain Pipeline System LLC<br>P.O. Box 4648<br>Houston, TX 77210-4648 |
| Rye Septic Service<br>8245 Park Road<br>Rye, CO 81069-8700 | Ryko<br>3217 Momentum Place<br>Dept. CH 16670<br>Chicago, IL 60689-5332 | S/G Associates<br>7840 Vallagio Lane<br>Englewood, CO 80112-5883 |
| Safe Systems, Inc.<br>421 South Pierce Avenue<br>Louisville, CO 80027-3019 | Salida Fire Extinguisher<br>944 East Rainbow Blvd.<br>Suite 302<br>Salida, CO 81201-2971 | Sandhills Distributing<br>720 Lake Drive<br>North Platte, NE 69101-7845 |
| Santiago's Johnstown, LLC<br>12 South Parish Avenue<br>Johnstown, CO 80534-7800 | Santiagos Mexican Restaurant<br>16698 Leyden Street<br>Brighton, CO 80602-6049 | Scent Bomb<br>8728 Apache Plume Drive<br>Parker, CO 80134-3963 |
| Craig K. Schuenemann<br>1700 Lincoln St., Ste. 4100<br>Denver, CO 80203-4541 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Seven Up/RC Bottling<br>P.O. Box 504550<br>Saint Louis, MO 63150-4550 |
| Snell Services, Inc.<br>P.O. Box 629<br>North Platte, NE 69103-0629 | Snowball Distribution<br>P.O. Box 150988<br>Lakewood, CO 80215-0988 | Soukup Bush & Associates, P.C.<br>2032 Caribou Dr., Ste. 200<br>Fort Collins, CO 80525-4326 |
| Southern Foods Group dba Meadow Gold<br>P.O. Box 710962<br>Denver, CO 80271-0962 | Southern Wine & Spirits<br>5270 Fox Street<br>Denver, CO 80216-1604 | Spectrum Screen Print & Design<br>4258 Kearney Street<br>Denver, CO 80216-4621 |
| Springer & Steinberg, PC<br>1600 Broadway St.<br>Denver, CO 80202-4927 | Springer and Steinberg<br>1600 Broadway<br>Suite 1200<br>Denver, CO 80202-4920 | Standard Sales Co., LP - Pueblo<br>130 Greenhorn Drive<br>Pueblo, CO 81004-4075 |
| Standard Sales Company - Colo. Springs<br>4330 Mark Dabling Blvd.<br>Colorado Springs, CO 80907-4208 | State of Colorado<br>Division of Securities<br>1560 Broadway<br>Suite 900<br>Denver, CO 80202-5150 | Steamboat Ice Co., LLC<br>32790 South Elk Drive<br>Steamboat Springs, CO 80487-9480 |

Sterling Distributing
4433 South 96th Street
ATTN  Debbie
Omaha, NE 68127-1241

Mark G. Stingley
1200 Main St., Ste. 3800
Kansas City, MO 64105-2122

Stone Paving Co.
1210 Skinner Drive
North Platte, NE 69101-7271

Stone Sales and Marketing, LLC
11494 West 105th Way
Westminster, CO 80021-6678

Suncor Energy  USA , Inc.
717 17th Street, Suite 2900
Denver, CO 80202-3324

Suncor Energy  USA , Inc.
c/o Mark G. Stingley
Bryan Cave
1200 Main Street, Suite 3500
Kansas City, MO 64105-2139

Suncor Energy (U.S.A.) Inc.
c/o Michael E. Korenblat
717 17th Street, Suite 2900
Denver, CO 80202-3324

Superior Alarm & Fire Protection
P.O. Box 1706
Montrose, CO 81402-1706

Superior Firewood
11000 Northeast Frontage Road
Wellington, CO 80549-1705

Surveillance-Video.com
387 Canal Street
New York, NY 10013-1615

Sutherland Rodeo
38174 West Walker Road
Sutherland, NE 69165-2034

Swire Coca Cola
P.O. Box 1380
Draper, UT 84020-1380

Swire Coca-Cola, USA
12634 South 265 West
Draper, UT 84020-7931

Sysco Lincoln
P.O. Box 80068
Lincoln, NE 68501-0068

TEBO Store Fixtures
5771 Logan Street
Denver, CO 80216-1323

TNCI
P.O. Box 981038
Boston, MA 02298-1038

Tanya Faye Enteprises dba Santiagos
860 Kinner Street
Castle Rock, CO 80109-1514

Taste of Paradise
814 West 1st Street
Ogallala, NE 69153-2421

Telvent DTN
26385 Network Place
Chicago, IL 60673-1263

Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592

The Brenmar Company, Inc.
P.O. Box 3770
Omaha, NE 68103-0770

The Style N, Inc.
326 North Western Avenue
Suite 216
Los Angeles, CA 90004-2602

Tielke's Sandwich
87291 486th Avenue
Emmet, NE 68734-3813

Titan Distributing
2031 Bryant Street
Denver, CO 80211-5114

Titan Distributing, LLC
2031 Bryant Street
Unit 5
Denver, CO 80211-5114

Topics Entertainment
Countertop Software
P.O. Box 1419
Renton, WA 98057-1419

Transpac, Inc.
Lockbox FBO Transpac, Inc.
5337 Reliable Parkway
Chicago, IL 60686-0053

Tri County Fire Protection
P.O. Box 309
Rifle, CO 81650-0309

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Ultimax Incorporated
1981 W. 64th Lane
Denver, CO 80221-2348

| | | |
|---|---|---|
| Ultimax, Inc.<br>1981 West 64th Lane<br>Denver, CO 80221-2348 | Paul G. Urtz<br>1660 Lincoln St.<br>Ste. 2850<br>Denver, CO 80264-2800 | VSD 4 LLC<br>c/o Steven E. Abelman, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202-4432 |
| VSD 4, LLC<br>P.O. Box 8216<br>Waco, TX 76714-8216 | Valiant Store Fixtures<br>12498 West Prentice Drive<br>Littleton, CO 80127-6215 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| Virgil Curry<br>12910 Road 16<br>Sidney, NE 69162-3023 | WW Grainger, Inc.<br>7300 N. Melvina Ave.<br>Niles, IL 60714-3998 | Wells Fargo Bank<br>ATTN: Mike Lazerri<br>9350 East Arapahoe Road<br>Greenwood Village, CO 80112-3699 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309-3605 | Western Convenience Stores, Inc.<br>9849 East Easter Avenue<br>Centennial, CO 80112-3723 |
| Western Convenience Stores, Inc.<br>Gustave A. Larson Company<br>W233 N2869 Roundy Circle West<br>Pewaukee, WI 53072-6285 | Western Resources Group<br>3305 West H Street<br>Ogallala, NE 69153 | Wildwest Munchies<br>546 SE 8th Street<br>Suite C 12<br>Loveland, CO 80537-6551 |
| Wyoming Beverage of Wyoming<br>P.O. Box 46<br>Cheyenne, WY 82003-0046 | Yant Equipment, Inc.<br>202 East River Street<br>Box 284<br>Ogallala, NE 69153-2711 | Yant Testing Supply & Equipment, Inc.<br>2309 N. 15th Street East<br>Omaha, NE 68110-2795 |
| eCignatures, Inc.<br>50 South Havana Street<br>Suite 514<br>Aurora, CO 80012-1074 | inComm New E-Pay LLC<br>9701 Higgins Road<br>Suite 200<br>Rosemont, IL 60018-4714 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Colorado Lottery<br>Fiscal A/R Department<br>225 North Main Street<br>Pueblo, CO 81003 | Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Express Bank, FSB | (d)Argo Partners<br>12 West 37th Street, 9th floor<br>New York, NY 10018-7381 | (d)Blue Rhino Corp.<br>P.O. Box 281956<br>Atlanta, GA 30384-1956 |
| (u)Bottling Group, LLC and its affiliates and | (u)C.G.R.S., Inc.<br>1301 Academy Ct<br>Fort Collins | (u)CASH-WA DISTRIBUTING |
| (u)Ciccarelli Enterprises, LLLP | (u)Claims Recovery Group LLC | (u)Colonial Pacific Leasing Corporation succe |
| (u)Colorado Petroleum Products Company | (d)Deli Express<br>16101 West 78th Street<br>Eden Prairie, MN 55344-5798 | (u)Frito-Lay North America, Inc. |
| (u)GE CAPITAL COMMERCIAL INC. | (u)Glassratner Advisory & Capital Group LLC | (u)Harpel Oil Company |
| (u)High Plains Bank | (u)Investigative Resources | (d)KSG Distributing<br>1121 West Flint Meadow<br>Kaysville, UT 84037-9564 |
| (u)MHC Truck Leasing Corp. | (u)McLane Company, Inc.<br>Dallas | (u)Nabisco |
| (u)Offen Petroleum, Inc. | (u)Official Committee of Unsecured Creditors | (u)Red Bull Distribution Company, Inc. |

| | | |
|---|---|---|
| (u)Southern Foods Group, LLC d/b/a Meadow Gol | (u)Suncor Energy (U.S.A.) Inc.<br>717 17th Street<br>Suite 2900<br>Denver | (u)VSD 4 |
| (d)Wildwest Munchies<br>546 SE 8th Street<br>Suite C-12<br>Loveland, CO 80537-6551 | End of Label Matrix<br>Mailable recipients  409<br>Bypassed recipients   28<br>Total              437 | |