UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-23977-TBM |
| WESTERN CONVENIENCE STORES, INC. ) | |
| EIN: 84-1160742 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## OBJECTION TO PROOF OF CLAIM FILED BY
## BROWN TRANSFER COMPANY

The Debtor, Western Convenience Stores, Inc., by and through its attorneys, Kutner Brinen, P.C., states its objection pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007 to the Proof of Claim filed by Brown Transfer Company and as grounds therefor states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on December 28, 2015 ("Petition Date") and the Debtor remains a debtor-in-possession.

2. A bar date for filing Proofs of Claim has been established by Court Order in this case and the bar date was set as March 11, 2016 ("Bar Date").

3. Brown Transfer Company ("Creditor") filed a proof of claim in the amount of $322.04 (Claim No. 141)("Claim"). The Debtor's records reflect that the true pre-Petition Date amount due to Creditor is $188.84. As a result, Debtor objects to this Claim to the extent the Claim is greater than $188.84.

4. Based on the foregoing, claim number 141 should be reduced to $188.84.

WHEREFORE, the Debtor prays that the Court make and enter an Order reducing the Proof of Claim filed by Brown Transfer Company (No. 141) to $188.84 and for such further and additional relief as to the Court may appear proper.

Dated: June 10, 2016.               Respectfully submitted,

                                    By:   /s/ Jenny M.F. Fujii
                                          Lee M. Kutner, #10966
                                          Jenny M.F. Fujii, #30091
                                          **KUTNER BRINEN, P.C.**
                                          1660 Lincoln Street, Suite 1850
                                          Denver, CO 80264
                                          Telephone: (303) 832-2400
                                          Facsimile: (303) 832-1510
                                          E-Mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 9, 2016, I served via prepaid first class mail a copy of the foregoing **OBJECTION TO PROOF OF CLAIM FILED BY BROWN TRANSFER COMPANY AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF DEBTOR'S OBJECTION TO CLAIM FILED BY BROWN TRANSFER COMPANY** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Butch Brown, Owner/Agent
Brown Transfer Company
P.O. Box 158
Kearney, NE 68848-0158

Steven Flansburg
Registered Agent
Brown Transfer Company
5340 South Quebec Street
Suite 365 North
Greenwood Village, CO 80111

Brown Transfer Company
911 East 11st Street
P.O. Box 158
Kearney, NE 68848-0158

Hossein Taraghi
Western Convenience Stores, Inc.
9849 East Easter Avenue
Centennial, CO 80112

Kubat Equipment and Service Co.
ATTN: Craig Hoyer
1070 South Galapago Street
Denver, CO 80223

PepsiCo, Inc.
ATTN: Conrad Ragan
1100 Reynolds Blvd.
Winston-Salem, NC 27105

Harpel Oil Company
ATTN: Douglas C. Harpel
5480 Brighton Blvd.
Commerce City, CO 80022

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Philip A. Pearlman, Esq.
Jamie N. Cotter, Esq.
Spencer Fane, LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

John O'Brien, Esq.
Snell & Wilmer, LLP
1200 Seventeenth Street
Suite 1900
Denver, CO 80202-5854

Craig K. Schuenemann, Esq.
Bryan Cave, LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

Mark G. Stingley, Esq.
William J. Maloney, Esq.
Bryan Cave, LLP
1200 Main Street
Suite 3800
Kansas City, Missouri 64105

Adam L. Hirsch, Esq.
Kutak Rock, LLP
1801 California Street
Suite 3000
Denver, CO 80202-2658

Erica F. Houck Englert, Esq.
1801 California Street
Suite 3400
Denver, CO 80202

James B. Holden, Esq.
Lynda L. Atkins, Esq.
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, CO 80203

Gregory G. Hesse, Esq.
Hunton & Williams, LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75202-2799

Steven E. Abelman, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202

Paul G. Urtz, Esq.
Miller & Urtz, LLC
1660 Lincoln Street
Suite 2850
Denver, CO 80264

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363-1031

Samuel M. Kidder, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432

Robert A. Kumin, Esq.
Scott S. Kleypas, Esq.
Robert A. Kumin, P.C.
6901 Shawnee Mission Parkway
Suite 250
Overland Park, KS 66202

Scott A. Clark, Esq.
Burns, Figa & Will, P.C.
Plaza Tower One, Suite 1000
6400 South Fiddlers Green Circle
Greenwood Village, CO 80111

Neal K. Dunning, Esq.
Brown, Berardini, Dunning & Walker, P.C.
2000 South Colorado Boulevard
Tower Two, Suite 700
Denver, CO 80222

Douglas D. Koktavy, Esq.
Douglas D. Koktavy, P.C.
Building B, Suite 120
10200 East Girard Avenue
Denver, CO 80231

Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45208

Peter W. Ito, Esq.
ITO Law Group, LLC
1550 Larimer Street
Suite 667
Denver, CO 80202

Jeffrey N. Pomerantz, Esq.
Jeffrey W. Dulberg, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4100

Gregory S. Bell, Esq.
Bell, Gould, Linder & Scott, P.C.
322 East Oak Street
Fort Collins, CO 80524

NRC Realty & Capital Advisors, LLC
8601 North Scottsdale Road
Suite 310
Scottsdale, AZ 85253

Joseph D. Frank, Esq.
Jeremy C. Kleinman, Esq.
Frank Gecker, LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Soukup Bush & Associates, P.C.
2032 Caribou Drive
Suite 200
Fort Collins, CO 80525

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory, LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031

Mark Ralston, Esq.
Fishman Jackson, PLLC
13155 Noel Road
Suite 700
Dallas, Texas 75240

A Troy Ciccarelli, Esq.
Ciccarelli & Associates, P.C.
2616 West Alamo Avenue
Littleton, CO 80120

Matthew A. Gold, Esq.
Argo Partners
12 West 37th Street
9th Floor
New York, NY 10018

David J. Lisko, Esq.
633 17th Street
Suite 2300
Denver, CO 80202

Susan L. Martineau, Esq.
12151 Spruce Street
Thornton, CO 80602

Springer & Steinberg, P.C.
1600 Broadway Street
Denver, CO 80202

_____
Vicky Martina