UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
 )  Case No. 15-23977-TBM
WESTERN CONVENIENCE STORES, INC. )
EIN: 84-1160742 )  Chapter 11
   Debtor. )

## OBJECTION TO PROOF OF CLAIM FILED BY
## GUSTAVE A. LARSON COMPANY

The Debtor, Western Convenience Stores, Inc., by and through its attorneys, Kutner Brinen, P.C., states its objection pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007 to the Proof of Claim filed by Gustave A. Larson Company and as grounds therefor states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on December 28, 2015 ("Petition Date") and the Debtor remains a debtor-in-possession.

2. A bar date for filing Proofs of Claim has been established by Court Order in this case and the bar date was set as March 11, 2016 ("Bar Date").

3. Gustave A. Larson Company ("Creditor") filed a proof of claim in the amount of $6,631.87 (Claim No. 143)("Claim").  The Debtor's records reflect that the true pre-Petition Date amount due to Creditor is $5,168.70.  Further, the Claim was filed after the Bar Date, on April 29, 2016.  As a result, Debtor objects to this Claim to the extent the Claim is greater than $5,168.70.

4. Based on the foregoing, claim number 143 should be reduced to $5,618.70.

WHEREFORE, the Debtor prays that the Court make and enter an Order reducing the Proof of Claim filed by Gustave A. Larson Company (No. 143) to $5,168.70 and for such further and additional relief as to the Court may appear proper.

Dated: June 10, 2016.             Respectfully submitted,

                                   By:   /s/ Jenny M.F. Fujii
                                        Lee M. Kutner, #10966
                                        Jenny M.F. Fujii, #30091
                                        **KUTNER BRINEN, P.C.**
                                        1660 Lincoln Street, Suite 1850
                                        Denver, CO 80264
                                        Telephone: (303) 832-2400
                                        Facsimile: (303) 832-1510
                                        E-Mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on June 10, 2016, I served via prepaid first class mail a copy of the foregoing **OBJECTION TO PROOF OF CLAIM FILED BY GUSTAVE A. LARSON COMPANY AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF DEBTOR'S OBJECTION TO CLAIM FILED BY GUSTAVE A. LARSON COMPANY** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Gustave A. Larson Company
Box 774402
4402 Solution Center
Chicago, IL 60677-4004

Gustave A. Larson Company
W233
N2869 Roundy Circle West
Pewaukee, WI 53072

Hossein Taraghi
Western Convenience Stores, Inc.
9849 East Easter Avenue
Centennial, CO 80112

Kubat Equipment and Service Co.
ATTN: Craig Hoyer
1070 South Galapago Street
Denver, CO 80223

PepsiCo, Inc.
ATTN: Conrad Ragan
1100 Reynolds Blvd.
Winston-Salem, NC 27105

Harpel Oil Company
ATTN: Douglas C. Harpel
5480 Brighton Blvd.
Commerce City, CO 80022

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Gustave A. Larson Company
2425 South 162nd Street
New Berlin, WI 53151

Andrew Larson
Registered Agent
Gustave A. Larson Company
1200 East 58th Avenue
Denver, CO 80216

Philip A. Pearlman, Esq.
Jamie N. Cotter, Esq.
Spencer Fane, LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

John O'Brien, Esq.
Snell & Wilmer, LLP
1200 Seventeenth Street
Suite 1900
Denver, CO 80202-5854

Craig K. Schuenemann, Esq.
Bryan Cave, LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

Mark G. Stingley, Esq.
William J. Maloney, Esq.
Bryan Cave, LLP
1200 Main Street
Suite 3800
Kansas City, Missouri 64105

Adam L. Hirsch, Esq.
Kutak Rock, LLP
1801 California Street
Suite 3000
Denver, CO 80202-2658

Erica F. Houck Englert, Esq.
1801 California Street
Suite 3400
Denver, CO 80202

James B. Holden, Esq.
Lynda L. Atkins, Esq.
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, CO 80203

Gregory G. Hesse, Esq.
Hunton & Williams, LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75202-2799

Steven E. Abelman, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202

Paul G. Urtz, Esq.
Miller & Urtz, LLC
1660 Lincoln Street
Suite 2850
Denver, CO 80264

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363-1031

Samuel M. Kidder, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432

Robert A. Kumin, Esq.
Scott S. Kleypas, Esq.
Robert A. Kumin, P.C.
6901 Shawnee Mission Parkway
Suite 250
Overland Park, KS 66202

Scott A. Clark, Esq.
Burns, Figa & Will, P.C.
Plaza Tower One, Suite 1000
6400 South Fiddlers Green Circle
Greenwood Village, CO 80111

Neal K. Dunning, Esq.
Brown, Berardini, Dunning & Walker, P.C.
2000 South Colorado Boulevard
Tower Two, Suite 700
Denver, CO 80222

Douglas D. Koktavy, Esq.
Douglas D. Koktavy, P.C.
Building B, Suite 120
10200 East Girard Avenue
Denver, CO 80231

Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45208

Peter W. Ito, Esq.
ITO Law Group, LLC
1550 Larimer Street
Suite 667
Denver, CO 80202