UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-23977-TBM |
| WESTERN CONVENIENCE STORES, INC. ) | |
| EIN: 84-1160742 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### OBJECTION TO DUPLICATE PROOFS OF CLAIM FILED BY
### CLAIMS RECOVERY GROUP, LLC,
### AHLERS BAKING, INC.,
### CITY OF FORT COLLINS,
### HI-WAY DISTRIBUTING,
### MARK VII EQUIPMENT, INC.

The Debtor, Western Convenience Stores, Inc., by and through its attorneys, Kutner Brinen, P.C.,, states its objection pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007 to the Proofs of Claim filed by Claims Recovery Group, LLC, Ahlers Baking, Inc., City of Fort Collins, Hi-Way Distributing, and Mark VII Equipment, Inc., and as grounds therefor states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on December 28, 2015 ("Petition Date") and the Debtor remains a debtor-in-possession.

2. A bar date for filing Proofs of Claim has been established by Court Order in this case and the bar date was set as March 11, 2016 ("Bar Date").

3. Claims Recovery Group, LCC ("CRG") is the apparent assignee of several claims in this Chapter 11 case. CRG filed proofs of claim after the original claimant or assignor filed previous claims. None of the assignors have withdrawn their claims. As a result, there are duplicative claims that should be denied. In addition, the City of Fort Collins filed a duplicative claim that should be denied.

4. The following proofs of claim should be denied:
   a. Claim No. 27: Ahlers Baking, Inc., $1,798.11 (duplicative of Claim No. 131 filed by CRG);
   b. Claim No. 9: City of Fort Collins, $2,358.41 (duplicative of Claim No. 50 filed by the City of Fort Collins);

    c. Claim No. 40: Hi-Way Distributing, $31,812.79 (duplicative of Claim No. 123 filed by CRG);

    d. Claim No. 13: Mark VII Equipment, Inc., $36,185.45 (duplicative of Claim No. 124 filed by CRG);

    e. Claim No. 123: Claims Recovery Group, LLC, $31,812.79 (duplicative of Claim No. 124 filed by CRG.

5.    Based on the foregoing, claim numbers 27, 9, 40 13 and 123 should be denied in their entirety.

WHEREFORE, the Debtor prays that the Court make and enter an Order denying the Proofs of Claim filed by Claims Recovery Group, LLC (No. 123), Ahlers Baking, Inc. (No. 27), City of Fort Collins (No. 9), Hi-Way Distributing (no. 40), and Mark VII Equipment, Inc. (No. 13) in their entirety, and for such further and additional relief as to the Court may appear proper.

Dated: June 10, 2016.        Respectfully submitted,

By:   /s/ Jenny M.F. Fujii
Lee M. Kutner, #10966
Jenny M.F. Fujii, #30091
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-Mail: lmk@kutnerlaw.com

2

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 9, 2016, I served via prepaid first class mail a copy of the foregoing **OBJECTION TO PROOF OF CLAIM FILED BY CLAIMS RECOVERY GROUP, LLC; AHLERS BAKING, INC.; CITY OF FORT COLLNS; HI-WAY DISTRIBUTING; MARK VII EQUIPMENT, INC. AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF DEBTOR'S OBJECTION TO CLAIM FILED BY CLAIMS RECOVERY GROUP, LLC; AHLERS BAKINGS, INC.; CITY OF FORT COLLINS; HI-WAY DISTRIBUTING; MARK VII EQUIPMENT, INC.** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Claims Recovery Group, LLC
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Ahlers Baking, Inc.
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Arrowhead Distributing
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Eagle Emblems, Inc.
92 Union Avenue
Cresskill, NJ 007626-2128

Claims Recovery Group, LLC
RE: Hendrix Outdoors
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Mark VII Equipment
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: New Age Beverage Company
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Pioneer Distributing
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Santiago's Johnstown, LLC
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Santiago's Mexican Restaurant
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Southern Foods Group
d/b/a Meadow Gold
92 Union Avenue
Cresskill, NJ 07626-2128

Claims Recovery Group, LLC
RE: Tielke's Sandwich
92 Union Avenue
Creskill, NJ 07626-2128

Ahlers Baking, Inc.
1446 10th Street
Gering, NE 69341-2817

City of Fort Collins
P.O. Box 580
Fort Collins, CO 80522-0580

City of Fort Collins
ATTN: Robin Cochran
300 LaPorte Avenue
P.O. Box 580
Fort Collins, CO 80522-0580

City of Fort Collins, Sales Tax
City Attorney's Office
ATTN: Robin Cochran
Fort Collins, CO 80522-0580

Jeff Hornak, President
Hi-Distributing Corp. of America
3716 East State Street
Barberton, OH 44203

Ernie Hornak
Registered Agent
Hi-Way Distributing Corp. of America
3716 East State Street
Barberton, OH 44203

Mark VII Equipment, Inc.
5981 Tennyson Street
Arvada, CO 80003

CT Corporation System
Registered Agent
Mark VII Equipment, Inc.
1675 Broadway
Suite 1200
Denver, CO 80202

Steve Jeffs
Chief Executive Officer
Mark VII Equipment, Inc.
5981 Tennyson Street
Arvada, CO 80003

Hossein Taraghi
Western Convenience Stores, Inc.
9849 East Easter Avenue
Centennial, CO 80112

Kubat Equipment and Service Co.
ATTN: Craig Hoyer
1070 South Galapago Street
Denver, CO 80223

PepsiCo, Inc.
ATTN: Conrad Ragan
1100 Reynolds Blvd.
Winston-Salem, NC 27105

Harpel Oil Company
ATTN: Douglas C. Harpel
5480 Brighton Blvd.
Commerce City, CO 80022

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Philip A. Pearlman, Esq.
Jamie N. Cotter, Esq.
Spencer Fane, LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

John O'Brien, Esq.
Snell & Wilmer, LLP
1200 Seventeenth Street
Suite 1900
Denver, CO 80202-5854

Craig K. Schuenemann, Esq.
Bryan Cave, LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

Mark G. Stingley, Esq.
William J. Maloney, Esq.
Bryan Cave, LLP
1200 Main Street
Suite 3800
Kansas City, Missouri 64105

Adam L. Hirsch, Esq.
Kutak Rock, LLP
1801 California Street
Suite 3000
Denver, CO 80202-2658

Erica F. Houck Englert, Esq.
1801 California Street
Suite 3400
Denver, CO 80202

James B. Holden, Esq.
Lynda L. Atkins, Esq.
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, CO 80203

Gregory G. Hesse, Esq.
Hunton & Williams, LLP
1445 Ross Avenue
Suite 3700
Dallas, Texas 75202-2799

Steven E. Abelman, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202

Paul G. Urtz, Esq.
Miller & Urtz, LLC
1660 Lincoln Street
Suite 2850
Denver, CO 80264

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363-1031

Samuel M. Kidder, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432

Robert A. Kumin, Esq.
Scott S. Kleypas, Esq.
Robert A. Kumin, P.C.
6901 Shawnee Mission Parkway
Suite 250
Overland Park, KS 66202

Scott A. Clark, Esq.
Burns, Figa & Will, P.C.
Plaza Tower One, Suite 1000
6400 South Fiddlers Green Circle
Greenwood Village, CO 80111

Neal K. Dunning, Esq.
Brown, Berardini, Dunning & Walker, P.C.
2000 South Colorado Boulevard
Tower Two, Suite 700
Denver, CO 80222

Douglas D. Koktavy, Esq.
Douglas D. Koktavy, P.C.
Building B, Suite 120
10200 East Girard Avenue
Denver, CO 80231

Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45208

Peter W. Ito, Esq.
ITO Law Group, LLC
1550 Larimer Street
Suite 667
Denver, CO 80202

Jeffrey N. Pomerantz, Esq.
Jeffrey W. Dulberg, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4100

Gregory S. Bell, Esq.
Bell, Gould, Linder & Scott, P.C.
322 East Oak Street
Fort Collins, CO 80524

NRC Realty & Capital Advisors, LLC
8601 North Scottsdale Road
Suite 310
Scottsdale, AZ 85253

Joseph D. Frank, Esq.
Jeremy C. Kleinman, Esq.
Frank Gecker, LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Soukup Bush & Associates, P.C.
2032 Caribou Drive
Suite 200
Fort Collins, CO 80525

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory, LLP
171 17th Street NW
Suite 2100
Atlanta, Georgia 30363-1031

Mark Ralston, Esq.
Fishman Jackson, PLLC
13155 Noel Road
Suite 700
Dallas, Texas 75240

A Troy Ciccarelli, Esq.
Ciccarelli & Associates, P.C.
2616 West Alamo Avenue
Littleton, CO 80120

Matthew A. Gold, Esq.
Argo Partners
12 West 37th Street
9th Floor
New York, NY 10018

David J. Lisko, Esq.
633 17th Street
Suite 2300
Denver, CO 80202

Susan L. Martineau, Esq.
12151 Spruce Street
Thornton, CO 80602

Springer & Steinberg, P.C.
1600 Broadway Street
Denver, CO 80202

_____
**Vicky Martina**