UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )     Case No. 15-23977-TBM
WESTERN CONVENIENCE STORES, INC. )
EIN: 84-1160742                                 )     Chapter 11
                                                )
        Debtor.                                 )

## AMENDMENT TO SCHEDULE F

The Debtor, Western Convenience Stores, Inc., by and through its attorneys, Kutner Brinen Garber, P.C., hereby amend its Schedule F in the form of that attached hereto.

Dated:  June 14, 2016                    Respectfully submitted,

                                         By:
                                            Lee M. Kutner #10966
                                            Jenny M.F. Fujii #30091

                                         **KUTNER BRINEN, P.C.**
                                         1660 Lincoln Street, Suite 1850
                                         Denver, CO  80264
                                         Telephone:  (303) 832-2400
                                         Facsimile:  (303) 832-1510
                                         E-mail: jmf@kutnerlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 14th day of June, 2016, I caused a true and correct copy of the foregoing **AMENDMENT TO SCHEDULE F** to be deposited in the United States Mail, postage prepaid and addressed as follows:

Alan K. Motes, Esq.
U.S. Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

_____
Vicky L. Martina

## CERTIFICATE OF SERVICE

I do hereby certify that on this \_\_\_\_ day of June, 2016, I caused a true and correct copy of the **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES AND NOTICE OF ORDER ESTABLISHING PROCEDURES AND BAR DATE FOR THE FILING OF PROOFS OF CLAIM AND/OR INTEREST PURSUANT TO BANKRUPTCY RULE 3003(c)(3)   AND REQUESTS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 U.S.C. § 503(B)(9)** to be deposited in the United States Mail, postage prepaid and addressed as follows:

Bell Plumbing & Heating
2150 South Abeline Street
Aurora, CO 80014

Hampton Inn Grand Junction
205 Main Street
Grand Junction, CO 81501

Hampton Inn Montrose
1980 North Townsend Avenue
Montrose, CO 81401

Hampton Inn Sidney
635 Cabela Drive
Sidney, NE 69162

Ken Turner
1929 Dodge Street
Sidney, NE 69162

Kevins Custom Electric LLC
515 Illinois Street
Sidney, NE 69162

Law Office of Timmins LLC
450 East 17th Avenue
Suite 210
Denver, CO 80203

Nebraska Machinery Co.
11002 Sapp Bros. Drive
Omaha, NE 68138

Safeguard Business Systems, Inc.
P.O. Box 88043
Chicago, IL 60680-1043

**Vicky Martina**

| Fill in this information to identify the case: |
| --- |

Debtor name **Western Convenience Stores, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **15-23977-TBM**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$12,746.00**  Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Payroll withholding tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,028,691.99**  Priority amount **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Fuel Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106,241.69 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll withholding taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,381.30 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Excise Tax for Fuel**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.00 | Unknown |
|---|---|---|---|---|

**Nebraska Department of Revenue**
P.O. Box 94818
Lincoln, NE 68509-4818

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll withholding tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**1-Iron Commercial Premium**
P.O. Box 17600
Denver, CO 80217-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**4-B Distributing, Inc.**
3042 Belford Court
Grand Junction, CO 81504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Western Convenience Stores, Inc.**__   Case number (If known) __**15-23977-TBM**__
       Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,201.48 |
|---|---|---|---|

**500 South Lincoln, LLC**
P.O. Box 882978
Steamboat Springs, CO 80488

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,790.10 |
|---|---|---|---|

**52/80 Designs**
3833 Steele Street
Suite A
Denver, CO 80205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.95 |
|---|---|---|---|

**A-1 Backflow**
410 Arrawanna Street
Colorado Springs, CO 80909

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**A-1 Backflow**
9816 WCR 7
Longmont, CO 80504

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,019.38 |
|---|---|---|---|

**Ace Ice Co., Inc. d/b/a Front Range Ice**
221 Hospital Road
Brush, CO 80723

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,478.00 |
|---|---|---|---|

**ACI Services**
2695 South Raritan Street
Englewood, CO 80110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,879.00 |
|---|---|---|---|

**Affiliated Wastewater Environmental Serv**
1701 West 64th Lane
Denver, CO 80221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| Debtor | **Western Convenience Stores, Inc.** | |
| | Name | |

Case number (if known) **15-23977-TBM**

**3.10** Nonpriority creditor's name and mailing address
**Affordable Water Service, Inc.**
3086 Shrider Road
Colorado Springs, CO 80920

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

**3.11** Nonpriority creditor's name and mailing address
**Ahlers Baking, Inc.**
1446 10th Street
Gering, NE 69341-2817

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,703.24**

**3.12** Nonpriority creditor's name and mailing address
**AHT Cooling Systems USA, Inc.**
3235 Industry Drive
Suite C
North Charleston, SC 29418

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$575.28**

**3.13** Nonpriority creditor's name and mailing address
**Alert Security, Inc.**
5261 South Quebec Street
Suite 200
Englewood, CO 80111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$101.97**

**3.14** Nonpriority creditor's name and mailing address
**All Temp Services, Inc.**
714 A Scarlett Drive
Grand Junction, CO 81505-9429

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$395.70**

**3.15** Nonpriority creditor's name and mailing address
**AMEX Merchant Financing**
P.O. Box 981555
El Paso, TX 79998-1555

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$532,120.00**

**3.16** Nonpriority creditor's name and mailing address
**AmuseMints**
3833 Steele Street
Suite A
Denver, CO 80205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$213.60**

| Debtor | **Western Convenience Stores, Inc.** | Case number (If known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $558.75 |
|---|---|---|---|

**Arctic Glacier/Icehouse**
**1654 Marthaler Lane**
**Saint Paul, MN 55118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,663.70 |
|---|---|---|---|

**Arrowhead Distributing Co.**
**P.O. Box 118**
**Gering, NE 69341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.41 |
|---|---|---|---|

**Atmos Energy**
**P.O. Box 790311**
**Saint Louis, MO 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.31 |
|---|---|---|---|

**B & B Petroleum, LLC**
**P.O. Box 1561**
**North Platte, NE 69103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,097.40 |
|---|---|---|---|

**B & K Distributing, Inc.**
**P.O. Box 772172**
**Steamboat Springs, CO 80477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,689.14 |
|---|---|---|---|

**Bauer Built, Inc.**
**Highway 25 South**
**P.O. Box 248**
**Durand, WI 54736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.36 |
|---|---|---|---|

**Baywatch Enterprises**
**4895 Moline Street**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Bell Plumbing & Heating**
**2150 South Abilene Street**
**Aurora, CO 80014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$142.16

---

**3.25** | Nonpriority creditor's name and mailing address

**Best Western**
**Grande River Inn & Suites**
**3228 I-70 Business Loop**
**Clifton, CO 81520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$244.50

---

**3.26** | Nonpriority creditor's name and mailing address

**Beverage Distributing**
**P.O. Box 17647**
**Denver, CO 80217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,170.35

---

**3.27** | Nonpriority creditor's name and mailing address

**Big Family Foods, Inc.**
**3390 Peoria Street**
**Unit 302**
**Aurora, CO 80010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$666.91

---

**3.28** | Nonpriority creditor's name and mailing address

**BIMBO**
**File 52176**
**Los Angeles, CA 90074**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,500.23

---

**3.29** | Nonpriority creditor's name and mailing address

**Black Hills Energy**
**105 South Victoria Avenue**
**ATTN: New Business**
**Pueblo, CO 81003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,169.77

---

**3.30** | Nonpriority creditor's name and mailing address

**Blazer Electric Supply Co.**
**P.O. Box 636**
**Pueblo, CO 81002-0636**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$277.95

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (If known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,446.00 |
|---|---|---|---|

**Blue Rhino Corp.**
P.O. Box 281956
Atlanta, GA 30384-1956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.50 |
|---|---|---|---|

**Blue Ridge Distributing**
8945 J Street
Bay 9
Omaha, NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.05 |
|---|---|---|---|

**Board of Water Works of Pueblo, Colorado**
P.O. Box 755
Pueblo, CO 81002-0755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.50 |
|---|---|---|---|

**Bristol Brewing Co.**
1604 South Cascade Avenue
Colorado Springs, CO 80905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.82 |
|---|---|---|---|

**Brown Transfer Company**
P.O. Box 158
Kearney, NE 68848-2244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Cabo Partners, LLC**
8130 Buck Run
Salida, CO 81201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $829.50 |
|---|---|---|---|

**Calplush Mfg. Corporation**
3575 South Santa Fe Avenue
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.41 |
|---|---|---|---|

**Canon Business Solutions Central, Inc.**
**15004 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,117.91 |
|---|---|---|---|

**Cash-Wa Distributing**
**401 West 4th Street**
**Kearney, NE 68847**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,812.92 |
|---|---|---|---|

**Casper's Donuts, LLC**
**1706 Santa Fe Drive**
**Pueblo, CO 81006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.00 |
|---|---|---|---|

**CDOT Property Management**
**15285 South Golden Road**
**Building 47**
**Golden, CO 80401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,023.52 |
|---|---|---|---|

**Central Distributing**
**3244 F 1/2 Road**
**Clifton, CO 81520**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.01 |
|---|---|---|---|

**Century Link**
**P.O. Box 29040**
**Phoenix, AZ 85038-9040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402,802.56 |
|---|---|---|---|

**CGRS, Inc.**
**1301 Academy Court**
**Fort Collins, CO 80524**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Chamber of Commerce Heart of the Rockies**
406 West Highway 50
Salida, CO 80112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,391.44 |
|---|---|---|---|

**Charles Dowden**
12201 West Amherst Circle
Aurora, CO 80014

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,254.15 |
|---|---|---|---|

**Ciccarelli Enterprises, LLLP**
1010 Pikeview Street
Lakewood, CO 80215

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.59 |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 88005
Chicago, IL 60680-1005

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,027.53 |
|---|---|---|---|

**Citi Business Card**
Processing Center
Des Moines, IA 50363-0001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.60 |
|---|---|---|---|

**City of Grand Junction**
250 North 5th Street
Grand Junction, CO 81501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.10 |
|---|---|---|---|

**City of Thornton**
Utility Billing
9500 Civic Center Drive
Denver, CO 80229-4326

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,645.04** |

**Coca Cola**
P.O. Box 102703
Atlanta, GA 30368

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,005.42** |

**Coca Cola Bottling Co. High Country**
P.O. Box 798
Rapid City, SD 57709-0798

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,724.64** |

**Coca-Cola Refreshments USA, Inc.**
P.O. Box 840232
Dallas, TX 75284-0232

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,500.00** |

**Colorado Logos, Inc.**
7717 West 6th Avenue
Suite #H
Lakewood, CO 80214

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$509,498.53** |

**Colorado Lottery**
201 West 8th Street
Suite 600
P.O. Box 7
Pueblo, CO 81002-0007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,791.30** |

**Colorado Petroleum Products Co.**
5590 High Street
Denver, CO 80216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$686.73** |

**Colorado Springs Utilities**
P.O. Box 1103
Colorado Springs, CO 80947-0010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.33 |
|---|---|---|---|

**Comcast**
P.O. Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.15 |
|---|---|---|---|

**Complete Door Systems, Inc.**
8100 Dahlia Street
Building 4
Henderson, CO 80640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.54 |
|---|---|---|---|

**Compufact Research, Inc.**
1236 Jungermann Road
Suite H-1
Saint Peters, MO 63376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,031.08 |
|---|---|---|---|

**Coors Distribution of North Platte**
642 North Willow Street
North Platte, NE 69101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,237.03 |
|---|---|---|---|

**Corporate Grounds Maintenance, LLC**
2139 Savage Road
Elizabeth, CO 80107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Cranmore Fire Protection**
17460 Colorado Road 36
Julesburg, CO 80737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $867.16 |
|---|---|---|---|

**Creager Mercantile**
4900 Acoma Street
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87.23**

**Crestview Water & Sanitation**
P.O. Box 21299
Denver, CO 80221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.50**

**Crystal Clear WaterTreatment**
12834 West 7th Place
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.54**

**Culligan - Ogallala**
120 East J Street
Ogallala, NE 69153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00**

**Culligan of Denver**
Lockbox Processing
P.O. Box 2932
Wichita, KS 67201-2932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,181.00**

**CWPMA**
1410 Grant Street
Suite B-103
Denver, CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**DAGS, LLC**
ATTN: Dana Houlton
P.O. Box 3743
Littleton, CO 80161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,442.75**

**Daylight Donuts - La Junta**
114 Santa Fe
La Junta, CO 81050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.23 |
|---|---|---|---|

**Days Inn - Sidney**
**3042 Silverberg Drive**
**Sidney, NE 69162**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,560.80 |
|---|---|---|---|

**Deli Express**
**16101 West 78th Street**
**Eden Prairie, MN 55344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,973.53 |
|---|---|---|---|

**Delta-Montrose Electric Association**
**P.O. Box 1608**
**Montrose, CO 81402-1608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,797.95 |
|---|---|---|---|

**Dietrich Distributing**
**102 Lake View Drive**
**Gering, NE 69341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,942.74 |
|---|---|---|---|

**DMF Bait Co.**
**1130 Sylvertis Street**
**Waterford, MI 48328**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.50 |
|---|---|---|---|

**Don Ramon's Burritos**
**11214 Vrain Drive**
**Westminster, CO 80331**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,187.50 |
|---|---|---|---|

**Douglas County Septic**
**P.O. Box 418**
**Franktown, CO 80116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.87 |
|---|---|---|---|

**Drydun, Inc./Shield Services,Inc.**
**2034 South Bannock**
**Denver, CO 80223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,163.85 |
|---|---|---|---|

**Eagle Emblems, Inc.**
**11365 Commercial Parkway**
**Castroville, CA 95012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.65 |
|---|---|---|---|

**Earthgrains**
**21066 Network Place**
**Chicago, IL 60673-1210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.68 |
|---|---|---|---|

**Eaton Sales & Service, LLC**
**P.O. Box 16405**
**Denver, CO 80216-0405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.65 |
|---|---|---|---|

**eCignatures, Inc.**
**50 South Havana Street**
**Suite 514**
**Aurora, CO 80012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Elite Snow Removal**
**ATTN: Jerilyn Harmon**
**P.O. Box 1480**
**Parker, CO 80134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.00 |
|---|---|---|---|

**Envirotech Pest Solutions**
**7344 South Alton Way**
**Unit C**
**Centennial, CO 80112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|---|
| | Name | | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,438.36 |
|---|---|---|---|
| | **Evers General Construction Co.** | ☐ Contingent | |
| | P.O. Box 369 | ☐ Unliquidated | |
| | Castle Rock, CO 80104 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|
| | **Express Toll** | ☐ Contingent | |
| | E-470 Public Highway Authority | ☐ Unliquidated | |
| | P.O. Box 5470 | ☐ Disputed | |
| | Denver, CO 80217-5470 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $508.39 |
|---|---|---|---|
| | **Faison Office Products Co.** | ☐ Contingent | |
| | 3251 Revere Street | ☐ Unliquidated | |
| | Suite 200 | ☐ Disputed | |
| | Aurora, CO 80011 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.53 |
|---|---|---|---|
| | **Federal Express** | ☐ Contingent | |
| | P.O. Box 94515 | ☐ Unliquidated | |
| | Palatine, IL 60094-4515 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,166.56 |
|---|---|---|---|
| | **Ferrellgas Propane** | ☐ Contingent | |
| | P.O. Box 173940 | ☐ Unliquidated | |
| | Denver, CO 80217-3940 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,209.32 |
|---|---|---|---|
| | **Fox Rothschild** | ☐ Contingent | |
| | 1225 17th Street | ☐ Unliquidated | |
| | Suite 2200 | ■ Disputed | |
| | Denver, CO 80202 | | |
| | Date(s) debt was incurred _ | Basis for the claim: _Legal Fees_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $594.69 |
|---|---|---|---|
| | **Freeman Signs, Inc.** | ☐ Contingent | |
| | 3883 North Monaco Parkway | ☐ Unliquidated | |
| | Denver, CO 80207 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | 15-23977-TBM |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,494.38**

Frito-Lay, Inc.
75 Remittance Drive
Suite 1217
Chicago, IL 60675-1217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,406.63**

Frosty Freeze West, LLC
2591 Legacy Way
Grand Junction, CO 81503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.97**

G. Bradford Enterprises, Inc.
P.O. Box 9327
Raytown, MO 64133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,291.40**

GCR Tire Centers
518 East 4th Street
North Platte, NE 69101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

Gehl's Guemsey Farms, Inc.
P.O. Box 88238
Milwaukee, WI 53288-0230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,604.00**

Global Petroleum Electronic Builders
4880 Robb, Unit 5
Wheat Ridge, CO 80033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,743.17**

Grainger
Department 851137257
P.O. Box 419267
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|---|
| | Name | | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,254.89**

Gustave A Larson Company
Box 774402
4402 Solution Center
Chicago, IL 60677-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109.38**

Hampton Inn Grand Junction
205 Main Street
Grand Junction, CO 81501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$716.31**

Hampton Inn Montrose
1980 North Townsend Avenue
Montrose, CO 81401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.55**

Hampton Inn North Platte
200 Platte Oasis Parkway
North Platte, NE 69101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.85**

Hampton Inn Pueblo
3315 Gateway Drive
Pueblo, CO 81004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.35**

Hampton Inn Sidney
635 Cabela Drive
Sidney, NE 69162

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$344.22**

Hampton Inn Steamboat Springs
725 South Lincoln Avenue
P.O. Box 881510
Steamboat Springs, CO 80488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,321,000.00 |
|---|---|---|---|

**Harpel  Oil Co.**
5480 Brighton Blvd.
Commerce City, CO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.48 |
|---|---|---|---|

**Hendrix Outdoors**
222 East Center Street
Fallon, NV 89406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**Henning Brothers Leasing**
P.O. Box 309
Kearney, NE 68848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,186.52 |
|---|---|---|---|

**Hi-Way Distributing**
3716 East State Street
Barberton, OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,382.10 |
|---|---|---|---|

**High Plains**
P.O. Box 771
Scottsbluff, NE 69363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,513.05 |
|---|---|---|---|

**Hiland Diary Foods Company, LLC**
P.O. Box 3825
Omaha, NE 68103-0825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,551.57 |
|---|---|---|---|

**Home Fresh Foods**
4340 Glencoe Street
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322.29 |
|---|---|---|---|

**Home Lumber & Supply Co.**
300 West Railroad Street
Hershey, NE 69143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.27 |
|---|---|---|---|

**HR Direct**
P.O.Box 669390
Pompano Beach, FL 33066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.35 |
|---|---|---|---|

**Hubert Company**
25401 Network Place
Chicago, IL 60673-1254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,029.76 |
|---|---|---|---|

**inComm New E-Pay LLC**
9701 Higgins Road
Suite 200
Rosemont, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.88 |
|---|---|---|---|

**Ingle Supply Company**
904 West 10th Street
Pueblo, CO 81003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,819.41 |
|---|---|---|---|

**Intermountain Distributing Company**
P.O. Box 650
New Castle, CO 81647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,623.79 |
|---|---|---|---|

**Intermountain Rural Electric Association**
P.O. Box Drawer A
Sedalia, CO 80135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address

**International Wholesale Supply**
**ATTN: Accounts Receivable**
**11559 Rock Island Court**
**Maryland Heights, MO 63043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,345.86

---

**3.123** | Nonpriority creditor's name and mailing address

**Investigative Resources**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$817.50

---

**3.124** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**P.O. Box 915004**
**Dallas, TX 75391-5004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$128.76

---

**3.125** | Nonpriority creditor's name and mailing address

**J-8 Equipment Company, Inc.**
**P.O. Box 40402**
**Denver, CO 80204-0402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,801.94

---

**3.126** | Nonpriority creditor's name and mailing address

**J.E. Adams Industries Ltd.**
**P.O. Box 2483**
**Cedar Rapids, IA 52406-2483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$177.36

---

**3.127** | Nonpriority creditor's name and mailing address

**JIA, LLC d/b/a Santiagos**
**15310 East 108th Way**
**Commerce City, CO 80022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$112.50

---

**3.128** | Nonpriority creditor's name and mailing address

**Jimco Sales and Manufacturing**
**3113 St. Louis Avenue**
**Fort Worth, TX 76110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,923.13

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.00 |
|---|---|---|---|

**John Masterson**
**3932 Azalea Street**
**Pueblo, CO 81005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.00 |
|---|---|---|---|

**Johnson Brothers Finocchiaro**
**9320 J Street**
**Omaha, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545.96 |
|---|---|---|---|

**Johnstone Supply**
**P.O. Box 40605**
**Denver, CO 80204-0605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Ken Turner**
**1929 Dodge Street**
**Sidney, NE 69162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,780.73 |
|---|---|---|---|

**Kent News Co., LLC**
**100511 Airport Road**
**Scottsbluff, NE 69361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.80 |
|---|---|---|---|

**Kevins Custom Electric LLC**
**515 Illinois Street**
**Sidney, NE 69162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,939.71 |
|---|---|---|---|

**Krispy Kreme**
**P.O. Box 400730**
**Las Vegas, NV 89140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,594.25 |
|---|---|---|---|

**KSG Distributing**
**1121 West Flint Meadow**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,479.91 |
|---|---|---|---|

**Kubat Equipment and Service Co.**
**1070 South Galapago Street**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,485.00 |
|---|---|---|---|

**L. Frances Camel Company**
**2500C North Lynndale Drive**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,231.71 |
|---|---|---|---|

**Larry's Glass**
**211 West 5th Street**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.50 |
|---|---|---|---|

**Law Office of Timmins LLC**
**450 East 17th Avenue**
**Suite 210**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,375.48 |
|---|---|---|---|

**Loomis**
**Department 0757**
**P.O. Box 120001**
**Dallas, TX 75312-0757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.79 |
|---|---|---|---|

**Ludvik Propane Gas**
**111 West 7th Street**
**Walsenburg, CO 81089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,115.14**

Mark VII Equipment, Inc.
World Headquarters
5981 Tennyson Street
Arvada, CO 80003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$772.27**

Matheson Tri-Gas, Inc.
Department 3028
P.O. Box 123028
Dallas, TX 75312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279.71**

MC2 Equipment and Parts
P.O. Box 4868
Parker, CO 80134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517,205.66**

McLane Western, Inc.
P.O. Box 6138
Temple, TX 76503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.25**

Meier Business Systems, Inc.
7872 Solution Center
Chicago, IL 60677-7008

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$466.87**

Micro Center
P.O. Box 848
Hilliard, OH 43026-0848

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,198.19**

MK 19 Investments, LLC
c/o Palmer Property Management
3711 John F. Kennedy Parkway
Suite 340
Fort Collins, CO 80525

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.150** | Nonpriority creditor's name and mailing address
**Mountain States Specialties, Inc.**
1671 Valtec Lane
Boulder, CO 80301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$510.24

---

**3.151** | Nonpriority creditor's name and mailing address
**Multiline Internatinal Imports, Inc.**
5786 Logan Court
Denver, CO 80216

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,905.20

---

**3.152** | Nonpriority creditor's name and mailing address
**Nabisco**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$69.97

---

**3.153** | Nonpriority creditor's name and mailing address
**Nebraska Logos, Inc.**
315 South 9th Street
Suite 207
Lincoln, NE 68508

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,400.00

---

**3.154** | Nonpriority creditor's name and mailing address
**Nebraska Lottery**
301 Centennial South
P.O. Box 98901
Lincoln, NE 68509-8901

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$836.20

---

**3.155** | Nonpriority creditor's name and mailing address
**Nebraska Machinery Co.**
11002 Sapp Bros. Drive
Omaha, NE 68138

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$335.99

---

**3.156** | Nonpriority creditor's name and mailing address
**Net Sales, Inc.**
P.O. Box 22438
Eugene, OR 97402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$335.20

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,082.51 |
|---|---|---|---|

**New Age Beverage Company**
1700 East 68th Avenue
Denver, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $335.99 |
|---|---|---|---|

**NMC Exchange, LLC**
Department 1784
P.O. Box 911784
Denver, CO 80291-1784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**North Platte Bulletin**
1300 East 4th
Suite F
North Platte, NE 69101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Northeast Fire Safety**
P.O. Box 935
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,374.00 |
|---|---|---|---|

**Northwest Concessions Supply**
10800 S.E. Highway 12
Clackamas, OR 97015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.83 |
|---|---|---|---|

**Northwest Fire Extinguisher**
850 North Franklin Avenue
P.O. Box 894
Colby, KS 67701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Northwest Parkway, LLC**
3701 Northwest Parkway
Broomfield, CO 80023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Western Convenience Stores, Inc.** | | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $928.90 |
|---|---|---|---|

**NuCo2, LLC**
P.O. Box 417902
Boston, MA 02241-7902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,234.98 |
|---|---|---|---|

**Office Pride**
P.O. Box 577
Franklin, IN 46131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,781.76 |
|---|---|---|---|

**Opis**
**Oil Price Information Service, LLC**
P.O. Box 9407
Gaithersburg, MD 20898-9407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,495.00 |
|---|---|---|---|

**Parker Car Care Partners, LLC**
10555 East Dartmouth Avenue
Suite 360
Aurora, CO 80014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,253.13 |
|---|---|---|---|

**Paulson Enterprises**
8000 Robb Parkway
Arvada, CO 80005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,011.50 |
|---|---|---|---|

**PDI**
3407 South 31st Street
Temple, TX 76502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,871.67 |
|---|---|---|---|

**PenSys, Inc.**
2440 Professional Drive
Suite 100
Roseville, CA 95678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,518.90**

Pepsi Cola of Western Nebraska
ATTN: Accounts Receivable
1901 Windhoek Drive
Lincoln, NE 68512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,002.26**

Pepsi-Cola Denver
P.O. Box 841828
Dallas, TX 75284-1828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,509.65**

Pioneer Distributing Co.
P.O. Box 118
Gering, NE 69341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575.00**

Platinum Sign Company, LLC
2916 Highway 6 and 24
I70B
Grand Junction, CO 81504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$386.50**

Polsinelli Shughart, P.C.
P.O. Box 878681
Kansas City, MO 64187-8681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202.26**

Presto-X
P.O. Box 14087
Reading, PA 19612-4087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,637.00**

Property Tax Advisors, Inc.
3090 South Jamaica Court
Suite 204
Aurora, CO 80014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address
**Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,947.49

---

**3.179** | Nonpriority creditor's name and mailing address
**Quality Sound and Communications**
P.O. Box 51
Hastings, NE 68902-0051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.180** | Nonpriority creditor's name and mailing address
**Quill Corporation**
P.O. Box 37600
Philadelphia, PA 19101-0600

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,649.90

---

**3.181** | Nonpriority creditor's name and mailing address
**Ramons Burritos**
2695 West 92nd Avenue
Suite #C
Federal Heights, CO 80260-5202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,285.96

---

**3.182** | Nonpriority creditor's name and mailing address
**Rampart Supply, Inc.**
P.O. Box 1089
Colorado Springs, CO 80901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$352.95

---

**3.183** | Nonpriority creditor's name and mailing address
**Red Bull Distribution Co. of Colorado**
P.O. Box 204750
Dallas, TX 75320-4750

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$60,161.69

---

**3.184** | Nonpriority creditor's name and mailing address
**Red Hawk Fire & Security**
P.O. Box 677685
Dallas, TX 75267-7685

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$942.75

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,185.00 |
|---|---|---|---|

**Reddy Ice Corporation**
P.O. Box 730505
Dallas, TX 75373-0505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,043.19 |
|---|---|---|---|

**Republic National Distributing Company**
8648 South 117 Street
La Vista, NE 68128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,018.87 |
|---|---|---|---|

**Republic National Distributing Company**
8000 Southpark Terrace
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,253.13 |
|---|---|---|---|

**Resource Environmental Group Services**
7871 Brighton Road
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,415.61 |
|---|---|---|---|

**Rising Sun Bakery**
208 Clayton Street
Brush, CO 80723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,110.45 |
|---|---|---|---|

**Rocky Mountain Coors Distributing Co.**
4710 Northpark Drive
Colorado Springs, CO 80918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.85 |
|---|---|---|---|

**Rocky Mountain Electronic Security, LLC**
575 Valley Street
Unit 5
Colorado Springs, CO 80915-3715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,029.80** |
|---|---|---|---|

**Rocky Mountain Ice Corp.**
P.O. Box 501
Olathe, CO 81425

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,717.77** |
|---|---|---|---|

**Rocky Mountain Petroleum Services**
4490 South Wilcott Court
Denver, CO 80236

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,530.85** |
|---|---|---|---|

**Rocky Mountain Pipeline**
P.O. Box 414486
Boston, MA 02241-4486

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169,508.65** |
|---|---|---|---|

**Rocky Mountain Pipeline System**
P.O. Box 414486
Boston, MA 02241

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Rye Septic Service**
8245 Park Road
Rye, CO 81069

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$958.73** |
|---|---|---|---|

**Ryko**
3217 Momentum Place
Dept. CH 16670
Chicago, IL 60689-5332

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**Safe Systems, Inc.**
421 South Pierce Avenue
Louisville, CO 80027-3019

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number *(if known)* | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.57 |
|---|---|---|---|

**Safeguard Business Systems, Inc.**
P.O. Box 88043
Chicago, IL 60680-1043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.00 |
|---|---|---|---|

**Salida Fire Extinguisher**
944 East Rainbow Blvd.
Suite 302
Salida, CO 81201-2910

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,049.20 |
|---|---|---|---|

**Sandhills Distributing**
720 Lake Drive
North Platte, NE 69101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,457.25 |
|---|---|---|---|

**Santiagos Mexican Restaurant**
16698 Leyden Street
Brighton, CO 80602

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.60 |
|---|---|---|---|

**Scent Bomb**
8728 Apache Plume Drive
Parker, CO 80134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,693.78 |
|---|---|---|---|

**Seven Up/RC Bottling**
P.O. Box 504550
Saint Louis, MO 63150-4550

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,356.51 |
|---|---|---|---|

**Snell Services, Inc.**
P.O. Box 629
North Platte, NE 69103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,153.15 |
|---|---|---|---|

**Snowball Distribution**
P.O. Box 150988
Lakewood, CO 80228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,351.00 |
|---|---|---|---|

**Southern Foods Group dba Meadow Gold**
P.O. Box 710962
Denver, CO 80271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,779.65 |
|---|---|---|---|

**Southern Wine & Spirits**
5270 Fox Street
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,051.06 |
|---|---|---|---|

**Spectrum Screen Print & Design**
4258 Kearney Street
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Springer and Steinberg**
1600 Broadway
Suite 1200
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.30 |
|---|---|---|---|

**Standard Sales Co., LP - Pueblo**
130 Greenhorn Drive
Pueblo, CO 81004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,343.80 |
|---|---|---|---|

**Standard Sales Company - Colo. Springs**
4330 Mark Dabling Blvd.
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.213** | Nonpriority creditor's name and mailing address
Steamboat Ice Co., LLC
32790 South Elk Drive
Steamboat Springs, CO 80487-9480

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,449.10

---

**3.214** | Nonpriority creditor's name and mailing address
Sterling Distributing
4433 South 96th Street
ATTN: Debbie
Omaha, NE 68127

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,020.00

---

**3.215** | Nonpriority creditor's name and mailing address
Stone Paving Co.
1210 Skinner Drive
North Platte, NE 69101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$450.00

---

**3.216** | Nonpriority creditor's name and mailing address
Stone Sales and Marketing, LLC
11494 West 105th Way
Westminster, CO 80021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$328.18

---

**3.217** | Nonpriority creditor's name and mailing address
Superior Alarm & Fire Protection
P.O. Box 1706
Montrose, CO 81402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$132.00

---

**3.218** | Nonpriority creditor's name and mailing address
Superior Firewood
11000 Northeast Frontage Road
Wellington, CO 80549

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$276.75

---

**3.219** | Nonpriority creditor's name and mailing address
Surveillance-Video.com
387 Canal Street
New York, NY 10013

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,198.36

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.220** | Nonpriority creditor's name and mailing address
**Sutherland Rodeo**
38174 West Walker Road
Sutherland, NE 69165

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.221** | Nonpriority creditor's name and mailing address
**Swire Coca Cola**
P.O. Box 1380
Draper, UT 84020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$164,021.04

---

**3.222** | Nonpriority creditor's name and mailing address
**Sysco Lincoln**
P.O. Box 80068
Lincoln, NE 68501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,227.50

---

**3.223** | Nonpriority creditor's name and mailing address
**Tanya Faye Enteprises dba Santiagos**
860 Kinner Street
Castle Rock, CO 80109

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,390.00

---

**3.224** | Nonpriority creditor's name and mailing address
**Taste of Paradise**
814 West 1st Street
Ogallala, NE 69153

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$729.50

---

**3.225** | Nonpriority creditor's name and mailing address
**TEBO Store Fixtures**
5771 Logan Street
Denver, CO 80216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,564.59

---

**3.226** | Nonpriority creditor's name and mailing address
**Telvent DTN**
26385 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,049.90

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address
Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $447.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address
The Brenmar Company, Inc.
P.O. Box 3770
Omaha, NE 68103-0770

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $2,653.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address
The Style N, Inc.
326 North Western Avenue
Suite 216
Los Angeles, CA 90004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $10,133.72

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address
Tielke's Sandwich
87291 486th Avenue
Emmet, NE 68734

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $2,577.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address
Titan Distributing, LLC
2031 Bryant Street
Unit 5
Denver, CO 80211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $2,983.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address
TNCI
P.O. Box 981038
Boston, MA 02298-1038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $3,348.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address
Topics Entertainment
Countertop Software
P.O. Box 1419
Renton, WA 98507-1419

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $155.44

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

---

**3.234** Nonpriority creditor's name and mailing address

Transpac, Inc.
Lockbox FBO Transpac, Inc.
5337 Reliable Parkway
Chicago, IL 60686-0053

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$852.78

---

**3.235** Nonpriority creditor's name and mailing address

Tri County Fire Protection
P.O. Box 309
Rifle, CO 81650

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$398.27

---

**3.236** Nonpriority creditor's name and mailing address

Ultimax, Inc.
1981 West 64th Lane
Denver, CO 80221

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,536.56

---

**3.237** Nonpriority creditor's name and mailing address

Valiant Store Fixtures
12498 West Prentice Drive
Littleton, CO 80127

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,940.63

---

**3.238** Nonpriority creditor's name and mailing address

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,118.15

---

**3.239** Nonpriority creditor's name and mailing address

Virgil Curry
12910 Road 16
Sidney, NE 69162

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$448.38

---

**3.240** Nonpriority creditor's name and mailing address

Wells Fargo Bank
9350 East Arapahoe Road
Greenwood Village, CO 80112

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$120,963.33

---

| Debtor | **Western Convenience Stores, Inc.** | | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|---|
| | Name | | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|
| | **Western Resources Group**<br>**3305 West H Street**<br>**Ogallala, NE 69153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,319.67 |
|---|---|---|---|
| | **Wildwest Munchies**<br>**546 SE 8th Street**<br>**Suite C-12**<br>**Loveland, CO 80537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,411.07 |
|---|---|---|---|
| | **Wyoming Beverage of Wyoming**<br>**P.O. Box 46**<br>**Cheyenne, WY 82003-0046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,399.40 |
|---|---|---|---|
| | **Yant Equipment, Inc.**<br>**202 East River Street**<br>**Box 284**<br>**Ogallala, NE 69153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **500 South Lincoln LLC - Fuel**<br>**500 South Lincoln - Fuel**<br>**Steamboat Springs, CO 80487** | Line **3.3**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **500 South Lincoln, LLC - MDSE**<br>**500 South Lincoln**<br>**Steamboat Springs, CO 80487** | Line **3.3**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Best Western Inn - Bents Fort**<br>**P.O. Box 6**<br>**10950 E US 50**<br>**Las Animas, CO 81054** | Line **3.25**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Best Western Rambler Motel**<br>**457 Highway 85-87**<br>**Walsenburg, CO 81089** | Line **3.25**<br><br>☐ Not listed. Explain ___ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Western Convenience Stores, Inc.** | Case number (if known) | **15-23977-TBM** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Best Western Royal Gorge**<br>1925 Fremont Drive<br>Canon City, CO 81212 | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Black Hills Energy**<br>P.O. Box 6001<br>Rapid City, SD 57709-6001 | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Century Link**<br>P.O. Box 4300<br>Carol Stream, IL 60197-4300 | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Century Link**<br>P.O. Box 91154<br>Seattle, WA 98111-9254 | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **City of Thornton**<br>Sales/Use Tax<br>P.O. Box 910222<br>Denver, CO 80291-0222 | Line **3.51**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Coca-Cola Company**<br>P.O. Box 840232<br>Dallas, TX 75284-0232 | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Express Toll**<br>22470 East 6th Parkway<br>Suite 110<br>Aurora, CO 80018 | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Fox Rothschild**<br>c/o Prince Thomas<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222 | Line **3.92**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Internal Revenue Service**<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Office of the Attorney General**<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0001 | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Office of the Attorney General**<br>State of Colorado<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203 | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Office of the US Attorney**<br>District of Colorado<br>1225 Seventeenth Street, Suite 700<br>Denver, CO 80202-5598 | Line **2.3**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Western Convenience Stores, Inc. | | Case number (if known) | 15-23977-TBM |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **State of Colorado**<br>**Division of Securities**<br>1560 Broadway, Suite 900<br>Denver, CO 80202-5150 | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,177,989.98 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,128,244.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,306,234.12 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                        )
                                              )       Case No. 15-23977-TBM
WESTERN CONVENIENCE STORES, INC. )
EIN: 84-1160742                               )       Chapter 11
                                              )
      Debtor.                                 )

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
## AND/OR ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include the creditor/party listed below or on the attachment.

**Creditor/Party: Bell Plumbing & Heating, 2150 South Abeline Street, Aurora, CO 80014**

1.  Claim or Interest: $142.16

2.  This claim has been scheduled as (one box must be checked):
    [ ] secured - Schedule D;
    [ ] priority - Schedule E;
    **[X] general unsecured - Schedule F;**
    [ ] executory contract or unexpired lease - Schedule G; or
    [ ] co-debtor - Schedule H.

**Creditor/Party: Hampton Inn Grand Junction, 205 Main Street, Grand Junction, CO 81501**

1.  Claim or Interest: $109.38

2.  This claim has been scheduled as (one box must be checked):
    [ ] secured - Schedule D;
    [ ] priority - Schedule E;
    **[X] general unsecured - Schedule F;**
    [ ] executory contract or unexpired lease - Schedule G; or
    [ ] co-debtor - Schedule H.

**Creditor/Party: Hampton Inn Montrose, 1980 North Townsend Avenue, Montrose, CO 81401**

1.  Claim or Interest: $716.31

2.  This claim has been scheduled as (one box must be checked):
    [ ] secured - Schedule D;
    [ ] priority - Schedule E;
    **[X] general unsecured - Schedule F;**
    [ ] executory contract or unexpired lease - Schedule G; or
    [ ] co-debtor - Schedule H.

**Creditor/Party: Hampton Inn Sidney, 635 Cabela Drive, Sidney, NE 69162**

1. Claim or Interest: $1,860.35

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[X] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

**Creditor/Party: Ken Turner, 1929 Dodge Street, Sidney, NE 69162**

1. Claim or Interest: $700.00

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[X] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

**Creditor/Party: Kevins Custom Electric LLC, 515 Illinois Street, Sidney, NE 69162**

1. Claim or Interest: $553.80

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[X] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

**Creditor/Party: Law Office of Timmins LLC, 450 East 17th Avenue, Suite 210, Denver, CO 80203**

1. Claim or Interest: $1,567.50

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[X] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

**Creditor/Party: Nebraska Machinery Co., 11002 Sapp Bros. Drive, Omaha, NE 68138**

1. Claim or Interest: $335.99

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[X] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

**Creditor/Party: Safeguard Business Systems, Inc., P.O. Box 88043, Chicago, IL 60680-1043**

1. Claim or Interest: $168.57

2. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   **[X] general unsecured - Schedule F;**
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

Dated: June ___, 2016

By: _____
**Jenny M.F. Fujii #30091
Kutner Brinen, P.C.
1660 Lincoln Street, Suite 1850
Denver, CO  80264
Phone: (303) 832-2400
Facsimile: (303) 832-1510**